Craig Thomas Mallak
Chief Medical Examiner
District 17, Broward County, FL
5301 SW 31st Street
Fort Lauderdale, FL 33312
(954) 357-5200
CMallak@broward.org

**EDUCATION**

Forensic Pathology Fellowship, Armed Forces Institute of Pathology, 1996-97
Anatomic and Clinical Pathology Residency, National Naval Medical Center, Bethesda MD, 1993-1995
Anatomic and Clinical Pathology Residency, Naval Hospital Oakland, Oakland, CA, 1991-1993
M.D.   Creighton University, 1989
J.D.    Creighton University, 1985
B.S.    Michigan State University, Criminalistics, 1982

**EXPERIENCE**

**07/12-Present          Broward County Medical Examiner, Fort Lauderdale, FL**

Serve as the Chief of Broward County Office of Medical Examiner and Trauma Services. The office serves a population of 1.8 million permanent residents and several hundred thousand visitors that vacation and spend the winter months in South Florida. The office has a staff of 40 personnel including a toxicology laboratory that provides post-mortem and Driving Under the Influence testing for the County. By streamlining and using best practices decreased turnaround time in toxicology from 6-9 months to an average of 10-12 days for the last 22 months. Autopsy report around time decreased from an average of 9 months to less than 30 days.  In less than 18 months obtained NAME accreditation and have applied for American Board of Forensic Toxicology (ABFT) inspection and accreditation.  This accreditation by ABFT was the only deficiency noted in the NAME accreditation. In addition to the Medical Examiner, serve as the Chief Medical Officer and Director of Trauma Services for the County.  In this role have adopted uniform protocols for emergency medical services and the County is the second in the nation to adopt the advanced interventional stroke protocols.

**06/2002 – 06/12       Armed Forces Medical Examiner, Armed Forces Medical Examiner System, Dover Air Force Base, Dover, DE (formerly a division of the Armed Forces Institute of Pathology (AFIP), Washington, DC)**

I served as the leader of the only Federal Medical Examiner System including oversight of the Armed Forces Toxicology Laboratory, Armed Forces DNA Laboratory, Mortality Surveillance Division, and Forensic Pathology Fellowship Program.  Responsible for carrying out the functions mandated by 10 US Code 1471 and Department of Defense

1

5154.30 for the Department of Defense and other Federal agencies. The medical examiner staff employs over 250 staff, including 12 forensic pathologists, 35 Toxicologists, 120 DNA scientists, and additional support personnel. The system has as an annual budget of US $50M. Lead the transition of the Armed Forces Medical Examiner System through the transition of becoming a stand-alone organization after the disestablishment of the AFIP including building a new $80M/125k sq foot facility. I directed the medical investigation and analysis following the crash of the Space Shuttle Columbia (STS-107). Throughout the Iraqi and Afghanistan conflicts, initiated the first ever complete forensic investigation of every fatality from a declared conflict. Data gathered has been used to improve body armor, helmets, vehicles, and enhance battlefield medical care. Also, for the first time ever, initiated, implemented and carried out the first ever forensic pathology investigations of detainees held in United States custody. During this period, the Armed Forces DNA Laboratory identified the final two children of Czar Nicholas of Russia, putting an end to the speculations that the daughter of the Czar, Anastasia, survived the assassination of the other family members.

**06/2000 – 06/2002   Medical Corps Detailer, Naval Personnel Command, Millington, TN**

Responsible for assignment and career management of over 1000 Naval Medical Officers; also served as Regional Armed Forces Medical Examiner performing cases worldwide as requested by the Office of the Armed Forces Medical Examiner. In this role deployed to investigate deaths throughout the United States over twenty times during this tour. Maintained clinical laboratory skills by working every Monday morning at the University of Tennessee Medical School Pathology Department in Memphis, signing out surgical pathology and cytology cases as well as instructing residents.

**08/2000-06/2002   Deputy Shelby County Medical Examiner, Memphis, TN**

I served as a part time medical examiner with the Shelby County Medical Examiner's Office, 20-40 hours per month. Responsibilities included casework and instruction of pathology residents and a forensic pathology fellow. Duty days were on the weekends, holidays, and evenings, providing sole practitioner coverage for Shelby County and cases sent from other counties in West Tennessee. The office investigated over 5000 deaths per year, with 2000 cases admitted to the morgue and over 700 cases being autopsied.

**09/1997-06/2000 Regional Armed Forces Medical Examiner and Director of Ancillary Services, Naval Hospital Okinawa, Japan**

I served as the Medical Examiner for the Pacific region with responsibility of investigating deaths of military members in Japan, Korea, Guam, and other Pacific islands and countries where US personnel were stationed. In this position I was also responsible for investigating death of US civilians that were residing in Pacific region, when requested by the US State Department. Position required, on average, twice a month deployments for forensic pathology investigations off the island of Okinawa. Performed 60-autopsies, signed-out 2000 surgical pathology cases, and evaluated 1000

cytology specimens per year.  Position required 24/7 duty for medical examiner cases, and every third week for hospital pathology duties. As the Director of Ancillary Services, responsibilities included oversight of the Pharmacy, Physical Therapy, Radiology, and Laboratory Departments, with a staff of 200, and annual budget of $10.5 million.  As a hospital director I served on the executive steering committee, credentialing committee, ranking board for hospital staff during the annual evaluation cycle, and the executive committee of the medical staff.  During this period I was requested to deploy with the Federal Bureau of Investigation to Kosovo to investigate possible war crimes and allegations of genocide. I spent four weeks in Kosovo, performing 60 autopsies and preparing reports that were later used in war crimes trials.

**08/1995-06/1996   Associate Medical Examiner, Office of the Armed Forces Medical Examiner, Armed Forces Institute of Pathology Washington, DC**

I served as a medical examiner with the responsibility of deploying world-wide to investigate military deaths and others of federal interest, performing autopsies, and completing consultations for a period of 10 months prior to the commencement of the formal forensic pathology fellowship.

**08/1990-08/1991   General Medical Officer, 3d FFSG, Camp Kinser, Okinawa, Japan and Cubi Point, Philippines**

Battalion and Regimental Surgeon for the US Marine Corps - Supervised 30 Corpsman and served as a member of Regimental Battle Staff.   Provided General Practitioner care to 500-1500 Marines while in garrison and deployed. During this one-year tour I was deployed for eight months in the Philippines, and four months in garrison in Okinawa, Japan. Out of eight General Medical Officers, I was the only one to be recognized with the Navy-Marine Corps Achievement Medal at the completion of the tour of duty.

**08/1985-05/1989   Associate General Counsel for Godfather's Pizza, Inc, Omaha, NE**

This position was part time employment at a Multinational Corporation while attending medical school. Responsibilities included legal matters pertaining to contracts, leases, franchise agreements and general corporate law.

**PROFESSIONAL LICENSURE**

Medical
       California
       Michigan
       Tennessee (inactive)
       Florida
       Nebraska (inactive)
       North Carolina
Legal
       Nebraska

**SECURITY CLEARANCE – TS/SCI**

**BOARD CERTIFICATION**

American Board of Pathology - Anatomic and Clinical Pathology, 08 November 1995
American Board of Pathology - Forensic Pathology, 09 September 1997


**PUBLICATIONS**

*Loss of Signal, the STS 107 Columbia Mishap;* Author of Medical chapters, release date June 2014, NASA(US Printing Office) Publication

*Died of Wounds on the Battlefield; Causation and Implications for Improving Combat Casualty Care;* Trauma, Volume 71, Number 1, July Supplement 2011, pp 84-88.

*Postmortem Imaging: MCDT Features of Postmortem Change and Decomposition,* The American Journal of Forensic medicine and Pathology: March 2010 – Volume 31 – Issue 1- pp 12-17

*Coins as Intermediate Targets: Reconstructive Analysis With Synthetic Body Models*, The American Journal of Forensic Medicine and Pathology: June 2009 - Volume 30 - Issue 2 - pp 159-161

*Multidetector Computed Tomography Findings in Deaths with Severe Burns,* The American Journal of Forensic Medicine and Pathology: June 2009 - Volume 30 - Issue 2 - pp 137-141

*Quantitative Analysis of the Aminosteroidal Non-Depolarizing Neuromuscular Blocking Agent Vecuronium by LC–ESI-MS: A Postmortem Investigation,* Journal of Analytical Toxicology: July/August 2008, Volume 32, Number 6 - pp.422-427

*Virtual Autopsy: Two- and Three-dimensional Multidetector CT Findings in Drowning with Autopsy Comparison*, Radiology 2007, 243 – pp. 862-868

*Injury Severity and Causes of Death From Operation Iraqi Freedom and Operation Enduring Freedom: 2003-2004 Versus 2006*, Journal of Trauma-Injury Infection & Critical Care. Advances in Combat Casualty Care: Clinical Outcomes from the War: February 2008, 64(2) Supplement: S21-S27,

*Autopsy Radiography, Digital Radiographs (DR) vs Multidetector Computed Tomography (MCDT) in High-Velocity Gunshot Wound Victims,* The American Journal of Forensic Medicine and Pathology: March 2007, 28:3 – pp. 13-19

*Virtual Autopsy: Preliminary Experience in High-Velocity Gunshot Wound Victims*, Radiology: 2006, 240 - pp. 522-528.

*Blast Injuries, Aircraft Mishaps, and Radiation Injury*.  In <u>Basic Competencies in Forensic Pathology; A Forensic Pathology Primer</u>, edited by Prahlow, JA.  College of American Pathologists Press, 2006.

*Saddam's Revenge: A Post-Gulf War Casualty,* The American Journal of Forensic Medicine and Pathology: March 2001, 22(1) - pp. 43-45.

*A Deadly Anti-SIDS Device,* The American Journal of Forensic Medicine and Pathology: March 2000, 21(1), - pp. 79-82.

*A Penny (or Peso) for your Thoughts; An Unusual Intermediate Target,* The American Journal of Forensic Medicine and Pathology: September 1998, 19:3 –pp. 230-233.

*Atypical Cytomorphological Appearance of Cryptococcus neoformans,* Acta Cytologica: 40:2, 363-370, 1996.

*A Unique Intracytoplasmic Inclusion in a Probable Granular Renal Cell Carcinoma Metastasis,* Ultrastructural Pathology, 19:205-209, 1995.

**TEACHING APPOINTMENTS**

Clinical Instructor, Uniform Services School of Health Sciences, Bethesda, Maryland, 1993-1997

Clinical Instructor, George Washington University, Washington, DC, 1995-1997, 2002-2012


**RESEARCH GRANTS**

Virtual Autopsy and wound characterization, Phase I, DARPA funded, $3.97M, November 2004-May 2006

**APPOINTMENTS**

Board of Governors, National Association of Medical Examiners

College of American Pathologists, Forensic Pathology Committee, 2004-2010

US Navy FY 2006 and FY 2010 Medical Corps LCDR Selection Board

Center for Disease Control Sudden Infant Death Task Force

Program Chair, American Academy of Forensic Sciences Annual Meeting, February 2007

Section Secretary, Path-Bio, American Academy of Forensic Sciences, 2008-09

Section Chair, Path-Bio, American Academy of Forensic Sciences, 2009-2010

Invited editor, Journal of Forensic Sciences, 2007-present

Board of Editors, The American Journal of Forensic Medicine and Pathology, 2006-present

Editorial Board, Academic Forensic Pathology Journal

White House Subcommittee on Forensic Sciences, 2009-2012

**RECENT LECTURES AND PRESENTATIONS**

Memorial Health Systems, Grand Rounds, Forensic Pathology Role in Trauma System Improvement, September 2015

Navy League of Broward County, Full Accounting in a Time of War, October 2014

Broward Health System, Trauma Services and Medical Examiners; a Key Synergy to the Health of a Community, May 2013

Wartime Forensics, MENSA Convention, April 2013

Memorial Health System (Broward County, FL), The Medical Examiner as a Public Health Physician, February 2013

Veterans Administration, VISN-18, Graduation Speaker, August 2008

Arizona Emergency Services Association, 35th Annual Conference, Dealing with Mass Disasters, June 2008

NORTHCOM conference on dealing with weapons of mass destruction, Mar 2007

Creighton University First Annual Forensics in Healthcare Conference, October 2006

Phoenix VA Hospital and Medical Examiner Offices, May 2006

New York State Coroners and Medical Examiners Association Annual Meeting, Keynote Speaker, April 2006

Testimony before the US Senate and House of Representatives Armed Services Committees about advancements in body armor, January 2006

New Advances in Post Mortem Radiology, Joint Committee on Post Mortem Examinations, Sydney, Australia, November 2005

AMSUS Stitt Lecture Award, Nashville TN, November 2005

Armed Forces Epidemiology Board, Mortality Update, Colorado Springs, CO, September 2005

Masters Course in Death Investigation, Saint Louis University, Saint Louis, MO, July 2005

Southern California Association of Fingerprint Examiners Meeting, Ontario, CA, June 2005

Harvard Associates for Police Sciences, Keynote Speaker, Baltimore, Maryland June 2005

AFIP Ash Lecturer, Armed Forces Institute of Pathology, May 2005

Medicine Meets Virtual Reality, Virtual Autopsy Update, Long Beach, CA, January 2005