**Expert Report – May-June 2019 – For the case of "Fouty vs. Syria"**

**Requested by: Edward MacAllister (Perles Law Firm, PC) & F. R. Jenkins (Meridian 361 International Law Group, PLLC)**

Charles Lister is a Senior Fellow and the Director of Countering Terrorism and Extremism at the Middle East Institute, based in Washington DC. His work focuses primarily on the conflict in Syria, in particular on its armed and terrorist actors; and on issues of terrorism and insurgency across the Levant.

Prior to this, Lister managed nearly three years of intensive face-to-face engagement with the leaderships of over 100 Syrian armed opposition groups, on behalf the multinationally-backed Syria Track II Dialogue Initiative. Lister is a frequent source of briefings on the Syrian insurgency to political, military and intelligence leaderships in the United States, Europe, the Middle East and further afield. He appears regularly on television media, including on CNN, the BBC and Al-Jazeera and his articles have been widely published in the New York Times, the Washington Post, the BBC, CNN, Foreign Affairs and Foreign Policy, amongst others.

Lister has previously held positions as a Visiting Fellow at the Brookings Institution in Doha, Qatar and as head of MENA at IHS Jane's Terrorism and Insurgency Center in London, UK. Lister's critically acclaimed book, "*The Syrian Jihad: Al-Qaeda, the Islamic State and the Evolution of an Insurgency*" was published in 2016 by Oxford University Press. He has also published "*The Islamic State: A Brief Introduction*" (Brookings Press, 2015) and is now working on a third book on Syria, commissioned by Oxford University Press.

# PART 1:

## Chronological Overview: Al-Qaeda in Iraq/Islamic State in Iraq (1980s-2008)

*1980s-2003:*

The roots of Al-Qaeda in Iraq (AQI; 2004-2006) and the Islamic State in Iraq (ISI; 2006-2013) date back to the 1980s and to developments that crossed multiple countries: Jordan, Syria, Iraq, Iran, Afghanistan and Pakistan. The central node of this deeper history was the activities and ambition of one man: Ahmad Fadl al-Nazal al-Khalayleh, better and more notoriously known by his Arabic *kunya,* Abu Musab al-Zarqawi.

Born in the Jordanian town of Zarqa outside the capital Amman, Abu Musab al-Zarqawi was more or less an ordinary young man – until his father's death when he was 17. That experience changed Zarqawi's life, inducing him to leave school and enter into a life ruled more by drugs, alcohol and violence.[1] By the early-1980s, Zarqawi found himself in prison in Jordan, having been convicted on charges relating to drug possession and sexual assault.[2]

  

A spread of early images of Abu Musab al-Zarqawi (source: *GlobalSecurity.org*)

Zarqawi's time in prison in the mid-1980s served as his first introduction to Islamist extremism. Having been so influenced by that ideology, his release from prison as part of a larger amnesty in 1988 provided an opportunity to pursue a new path. Soon thereafter, Zarqawi travelled east to Afghanistan, where the Taliban and a sizeable contingent of foreign *mujahideen* were in conflict with the Soviet Union. Though the conflict there was subsiding by the time of his arrival, Zarqawi's move to Afghanistan and time spent across the border in northwestern Pakistan provided him with his first direct access to al-Qaeda, and in particular, a fellow Jordanian and highly influential thinker, Issam Mohammed Tahir al-Barqawi (Abu Mohammed al-Maqdisi).[3] Zarqawi's relationship with Maqdisi would become a guiding feature of his activities throughout the 1990s.

---

[1] Gary Gambill, "Abu Musab al-Zarqawi: A Biographical Sketch," *Jamestown Foundation Terrorism Monitor*, December 15, 2004
[2] Bruce Riedel, *The Search for Al Qaeda: Its Leadership, Ideology and Future* (Washington DC: Brookings Institution, 2008), pp.89-90
[3] M.J. Kirdar, "Al-Qaeda in Iraq," *Center for Strategic and International Studies*, June 2011



An undated, early picture (presumed from the 1990s) of Abu Mohammed al-Maqdisi (source: "Abu Musab al-Zarqawi: The Usama Bin Laden of Iraq," *Perspectives on World History & Current Events*)

In 1992, Zarqawi is thought to have returned to Jordan from Afghanistan, where he set about establishing his first militant outfit, known as *Bayt al-Imam*, which directed its energies against the Jordanian royal family. Those energies took both a rhetorical form, with Zarqawi and some of his followers engaging in increasingly public shows of opposition, calling for jihad within Jordan; and a violent one, including a failed suicide bombing outside an entertainment center in 1993. Soon after that incident, Zarqawi was re-arrested by Jordanian authorities and sentenced to 15 years in the infamous al-Sawaqa prison. One of his fellow prisoners was none other than Maqdisi – his then ideological guiding force.[4]

Throughout his time in prison, Zarqawi proactively sought to radicalize, recruit and expand the reach of *Bayt al-Imam*, making use of Maqdisi's authoritative reputation and his own aggressive style. By the time he was again released within a broader amnesty, in 1999, Zarqawi again chose to travel to Afghanistan – potentially in lieu of the fact that *Bayt al-Imam's* role in the so-called Millennium Plot in Jordan had been detected and was being pursued by Jordanian intelligence. Those attacks allegedly planned to conduct attacks on four separate targets inside Jordan: (1) a Radisson Hotel in Amman; the border zone between Jordan and Israel; the Christian holy site at Mount Nebo; and the site on the Jordan River where John the Baptist is thought to have baptized Jesus.[5]

In Afghanistan a second time, with a note of *tazqiyya* from another notorious Al-Qaeda ideologue, Omar Mahmoud Othman (Abu Qatada al-Filistini),[6] Zarqawi met with Al-Qaeda leader Osama Bin Laden, who was reportedly shocked by Zarqawi's vitriolic criticism of the Taliban's war against the Northern Alliance and deep sectarian hatred of Shia Muslims, as well as his tatoos and generally obnoxious attitude.[7] However, according to several accounts, senior Al-Qaeda figure Saif al-Adel was more sympathetic to Zarqawi and his influence secured him a $200,000 gift from Bin Laden,[8] for establishing a training camp in the western Afghan

---

[4] Riedel, *The Search for Al Qaeda,* p.92
[5] "The Millennium Plot," *60 Minutes, CBS News*, October 3, 2001
[6] Charles Lister, *The Syrian Jihad: Al-Qaeda, the Islamic State and the Evolution of an Insurgency* (New York: Oxford University Press, 2016), p.261
[7] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July-August 2006
[8] "Tracking Al Qaeda in Iraq's Zarqawi: Interview with ex-CIA Analyst Nada Bakos," *Musings on Iraq* (blog), June 30, 2014

province of Herat on land allegedly donated personally by Taliban leader Mullah Mohammed Omar.[9] Some time thereafter, Zarqawi renamed his group Jund al-Sham,[10] though that name did not remain for long, as it was replaced within the year 2000 by *Jamaat al-Tawhid wal Jihad*.






Images of Osama Bin Laden in 1989 (top and bottom left) during the war against the Soviet Union in Afghanistan and during a 1998 press conference in Khost, Afghanistan (bottom right) - (Sources: *New York Times* & *The Guardian*)

From his base in Herat, where he had reportedly attracted a following of as many as 3,000 mostly Jordanian and Palestinian militants, Zarqawi watched as the U.S. launched a military intervention and invasion of Afghanistan in late-2001. For a brief time, *Jamaat al-Tawhid wal Jihad* militants allegedly united with Al-Qaeda and units of the Taliban to combat the invasion, but by December 2001, Zarqawi and many of his men were on their way out, crossing from Herat into Iran[11] with the assistance of terrorist organization, Hizb-e-Islami Gulbuddin.[12] Many other senior Al-Qaeda figures, including relatives of Bin Laden, took a similar route.

Amid the arrest of a number of *Jamaat al-Tawhid wal Jihad* militants by authorities in Europe in early-2002, Zarqawi was forced to flee Iran and smuggle himself to Syria and later for periods in Lebanon, northern Iraq and again in Iran. Throughout this time of travel, Zarqawi reportedly continued to meet with his al-Qaeda ally, Saif al-Adel,[13] and towards late-2002, had set up camp

---

[9] Riedel, *The Search for Al Qaeda*, p.94
[10] Ibid.
[11] Loretta Napoleoni, *Insurgent Iraq: Al-Zarqawi and the New Generation* (New York: Seven Stories Press, 2005), pp.104-105
[12] Saif al-Adel, "My experience with Abu Musab al-Zarqawi," *Minbar al-Tawhid wal Jihad*
[13] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi."

more permanently in areas of Kurdish-dominated northern Iraq where another jihadist group, Ansar al-Islam, was an influential player.[14] When the U.S. launched its military invasion of Iraq in the Spring of 2003, a *Jamaat al-Tawhid wal Jihad* training camp in the northern Iraqi village of al-Biyara was one of the first targets hit.[15]

### 2003-2006:

Following the "shock and awe" of the U.S.-led invasion of Iraq in March 2003, an Iraqi insurgency began to take root. *Jamaat al-Tawhid wal Jihad* was a leading component of that early armed effort. In August 2003, its especially brutal and deadly role was underlined for the world to see, with three large-scale terrorist attacks – an August 7 car bombing outside the Jordanian Embassy in Baghdad, which killed 17 people; an August 19 suicide truck bombing outside the headquarters of the United Nations Assistance Mission in Iraq (UNAMI), which killed at least 20 people, including UN Special Representative Sergio Viera de Mello; and an August 29 suicide car bombing outside the Shia Muslim Imam Ali Mosque in the holy city of Najaf, which killed 95 people, including the spiritual leader of the Supreme Council of the Islamic Revolution (SCIRI) Ayatollah Mohammed Baqir al-Hakim.[16]



An image from the scene of Jamaat al-Tawhid wal Jihad's suicide bombing outside Baghdad's Canal Hotel, home to UNAMI's then Iraq headquarters (credit: Associated Press)

Through those spectacular attacks, Zarqawi and *Jamaat al-Tawhid wal Jihad* not only transformed the nature of an emerging conflict in Iraq, but they set out a clear set of targets: Zarqawi's home government, Jordan; Shia Muslims; and the international community and all of its representatives. The personally driven nature of this mission was clear, as also demonstrated by the fact that the August 29 attack in Najaf was conducted by the father of

---

[14] Gambill, "Abu Musab al-Zarqawi: A Biographical Sketch."

[15] Dr. Nimrod Raphaeli, "The Sheikh of the Slaughterers: Abu Mus'ab al-Zarqawi and the al-Qaeda connection," *Middle East Media Research Institute*, July 1, 2005

[16] Lister, *The Syrian Jihad*, p.264

Zarqawi's second wife. At the core of Zarqawi's mission, was his sectarian hatred for the Shia and deep determination to kill and defeat the "Crusader" alliance occupying Muslim lands in Iraq.

Those attitudes and objectives may initially have represented a peripheral, niche cause for Iraqi insurgents, but *Jamaat al-Tawhid wal Jihad* benefitted both from the dramatic nature of its early actions and by the U.S.-led strategy of de-Baathification, which swiftly made all members of the Baath Party unemployed, including the entire 250,000-strong Iraqi Armed Forces.[17] Zarqawi's particular brand of armed resistance also benefitted from the start from a channel of jihadist recruits that facilitated and funneled into Iraq by the neighboring Syrian government (*for more information, see PART 2, which follows*).

As a broader Iraqi insurgency took form in 2003 and into 2004, *Jamaat al-Tawhid wal Jihad* began to set itself apart through its brutal and extreme tactics, and by the graphic nature of some of its actions. That included the kidnap and beheading of American hostages, like Nicholas Berg, in May 2004. Meanwhile, *Jamaat al-Tawhid wal Jihad* militants in Sunni-majority areas of western Iraq had begun a campaign aimed at enforcing stricter behavioral norms and publicly listing people accused of collaborating with government authorities as targets for execution.[18] Following a bloody battle in Fallujah in the Spring of 2004, *Jamaat al-Tawhid wal Jihad* convened gatherings in the city in June, allowing large numbers of recruits to pledge their *bay'a* (Islamic allegiance) to Zarqawi, as the *emir* of the Islamic State in al-Fallujah.[19]

The gruesome execution of Nicholas Berg and subsequent developments in Fallujah took place while Zarqawi was in negotiations with Al-Qaeda and Bin Laden over the issue of *Jamaat al-Tawhid wal Jihad's* possible allegiance and integration into Al-Qaeda. Despite maintaining some strategic differences in perspective, those negotiations were concluded in September 2004 with *Jamaat al-Tawhid wal Jihad* pledging its allegiance to Al-Qaeda and renaming itself *Tanzim Qaedat al-Jihad fi Bilad al-Rafidayn*, or Al-Qaeda in Mesopotamia – or more simply, Al-Qaeda in Iraq (AQI).



An image from a Jamaat al-Tawhid wal Jihad video showing American hostage, Nicholas E. Berg, before his death by beheading. His executioner, the man in the middle, was allegedly Abu Musab al-Zarqawi.

---

[17] M.J. Kirdar, "Al-Qaeda in Iraq'
[18] Ibid.
[19] Ahmed S. Hashim, *Insurgency and Counter-Insurgency in Iraq* (Ithaca: Cornell University, 2006), pp. 42-43



A wanted poster issued in Iraq by the U.S. government, for Abu Musab al-Zarqawi



Images of Abu Musab al-Zarqawi, taken from two 2006 AQI videos

Having embraced the Al-Qaeda name and made clear its extremist identity clear to Iraqis, AQI escalated its violence further, increasing the use of suicide bombing,[20] launching greater numbers of spectacular attacks in urban, heavily populated areas, conducting yet more videotaped beheadings, and making even more explicit its hostility to any and all Shia Muslims. The increasingly notorious reputation that resulted from such brutality strained AQI's relationship with Al-Qaeda's central leadership, which was revealed in a series of letters sent to Iraq in 2005 by Ayman al-Zawahiri and senior leader Jamal Ibrahim Ashtiwi al-Misrati (Atiya Abd al-Rahman al-Libi), who called upon Zarqawi to restrain himself – avoid civilian killing and collateral damage as much as possible.

AQI's role in coordinating near-simultaneous bomb attacks at three hotels in Jordan's capital Amman – the Grand Hyatt, the Radisson and the Days Inn – deeply damaged the group's reputation. At the Radisson Hotel, AQI militants ended up striking a wedding celebration, killing 38 people, with 22 others killed at the other two attack sites. All were hit by suicide bombers. Soon thereafter, Amman witnessed a protest involving at least 100,000 people, who chanted aggressively against AQI and its Jordanian leader, Zarqawi.[21]

Within the jihadist milieu in Iraq though, AQI's global reputation was drawing in attention from smaller militant factions, five of which – Saraya al-Ghurabaa, Kataib al-Ahwal, Jaish al-Taifa al-Mansoura, Saraya Ansar al-Tawhid and Saraya al-Jihad al-Islami – agreed to unite with

---

[20] Ibid. p.180
[21] "Zarqawi defends Jordan attacks," *BBC News*, November 18, 2005

AQI in January 2006 to form a new movement: Majlis al-Shura al-Mujahideen (MSM).[22] Some experts have suggested the formation of the MSM was a ploy by Zarqawi to conceal or blur the role of Al-Qaeda,[23] though clear evidence for that is not available. Nevertheless, Zarqawi did appear to assume a less public-leaning profile following the formation of MSM until his death in a U.S. military operation in the Iraqi city of Baquba on June 7, 2006. Zarqawi's lead Islamic advisor, Sheikh Abd al-Rahman, was also killed in the same operation.

Zarqawi's death was presumably a significant shock to AQI and its partners within the MSM, but his leadership position was swiftly filled by a successor: Egyptian national Abu Hamza al-Muhajir (Abu Ayyub al-Masri), whose deep history within Al-Qaeda and relationship with its leader Zawahiri was well known. Although it appeared structured to survive the sudden loss of its charismatic leader, the MSM had also begun to face a growing level of resistance from within Sunni-majority communities, particularly in western Iraq. Tribes took the lead mobilizing anti MSM (or AQI) sentiment into local action and by September 2006, this *Sahwa* (or Awakening) had taken on a momentum of its own, thanks in part to growing U.S. support.

By this time, the MSM had been dissolved and the *Dawlat al-Islamiya fil Iraq* (the Islamic State in Iraq, or ISI) had been proclaimed and placed under the leadership of Hamid Dawoud Mohammed Khalil al-Zawi (Abu Omar al-Baghdadi). The ISI's formation video, it described itself clearly as a governing authority seeking to introduce *sharia* law, with reach into Iraq's Baghdad, Anbar, Diyala, Kirkuk, Salah ad Din, Ninawa, Babil and Wasit provinces.[24] Within weeks, AQI leader Abu Hamza al-Muhajir had confirmed his allegiance to the ISI and its *Emir al-Mu'minin* (Commander of the Faithful), Abu Omar al-Baghdadi.

 

Undated images allegedly showing ISI leader Abu Omar al-Baghdadi prior to his becoming ISI leader in 2006.

## 2007-2008:

As 2007 began, the ISI was facing an increasingly confident and powerful *Sahwa* movement, led from the front by Arabs who themselves came from and represented communities under the

---

[22] Lister, *The Syrian Jihad*, p.266

[23] M.J. Kirdar, "Al-Qaeda in Iraq" , Zack Gold, "Al-Qaeda in Iraq (AQI): An Al-Qaeda Affiliate Case Study," *Center for Naval Analyses*, October 2017

[24] Lister, *The Syrian Jihad*, p266-267

control of, or under the threat of the ISI itself. The *Sahwa* movement itself was heavily dependent on U.S. support – including weapons, training and facilitating the payment of salaries through Baghdad – and the fact that the U.S. military was launching a concurrent "troop surge," aimed at raising American force levels from 132,000 in January 2007 to 171,000 by October that year.[25] The intensity of the U.S-backed military pressure campaign against the ISI in 2007 had a significant impact, with open-source reporting suggesting 2,400 ISI militants killed and 8,800 captured – potentially equating to more than two-thirds of the ISI's entire force.[26] At the same time, the ISI's declining fortunes appeared to have an effect on the flow of foreign jihadist recruits into Iraq (most via Syria), whose estimated numbers began to decline from 2007 levels of 120 per month, to only 20 per month in 2009.[27]

By the end of 2007, the ISI had begun shifting resources to northern Iraq, and particularly into Ninawa governorate and its capital Mosul, away from its traditional heartlands in central and western Iraq, where the *Sahwa* had been most effective. In another possible attempt to conceal or underplay the role of al-Qaeda within the ISI, Abu Omar al-Baghdadi also announced on December 4, 2007 that AQI had been "officially dissolved in favor of the Islamic State."[28] That message was reiterated by al-Qaeda's then deputy leader Ayman al-Zawahiri, who declared:

> *There is nothing in Iraq today called al-Qaeda. Rather, the group al-Qaeda in Iraq has merged with other jihadi groups into the Islamic State of Iraq, may God protect it.*[29]

There could be no doubt that the *Sahwa* and accompanying U.S. troop surge was having a serious effect on the ISI and its ability to control territory, present itself as a "state," and to sustain a meaningful operational tempo. The emergence of an existentially significant challenge from within the *Sunni* community also forced the ISI to temporarily adapt its modus operandi, with the group proportionally increasing attacks on Sunni rivals, while also sustaining an attack campaign against the Shia and all official bodies linked to Iraq's central government. The shift north to Ninawa provided an opportune environment ripe for ISI exploitation, given its multi-ethnic and multi-sectarian nature. It was there that the ISI would ride out the sustained pressure it faced through 2007-2010.

---

[25] "Iraq Index: Tracking Variables of Reconstruction and Security in Post-Saddam Iraq," *Brookings Institution*, January 31, 2011
[26] Peter Bergen, *The Longest War* (New York: Free Press, 2011), pp.270-271
[27] Myriam Benraad, "Iraq's Enduring al-Qaeda Challenge," *Washington Institute for Near East Policy*, November 18, 2009
[28] Abu Omar al-Baghdadi, "Fa'amma l'zabad fa-yadhhab jufa-an," *Muassasat al-Furqan*, December 4, 2007
[29] Ayman al-Zawahiri, "Liqa al-Sahab al-rabi ma'al-shaykh Ayman al-Zawahiri," *Muassasat al-Sahab,* November-December 2007

# PART 2

## History Of Syrian Government Support, Facilitation Vis-À-Vis Jamaat al-Tawhid wal Jihad/AQI/MSM/ISI In Iraq:

Although on paper a secular state, Syria under Bashar al-Assad was a country that engaged – albeit delicately – with political Islam, in an attempt to keep it domestically under control and within the state's authority. Syria is also the longest-lasting State Sponsor of Terrorism, according to the U.S. Government.[30] Bashar al-Assad's father and Syria's previous president, Hafez al-Assad, had initiated a gradual opening up to more overt forms of public Islamic practice and activism in the 1990s – something emboldened further by an influx of Islamic finance from the Gulf, and in particular from Saudi Arabia. That lent the expansion of Islamic institutions a more conservative edge, at least in certain areas of the country.[31]

In the days and months after al-Qaeda's dramatic terrorist attacks in the United States on September 11, 2001, some of that conservative strain of political Islam began to emerge more publicly onto the Syrian scene. The core node of that sudden emergence was a Syrian national, Mahmoud Oul al-Ghassi. Better known as Abu al-Qaqa, this young man became a notorious public figure in late-2001 as the organizer of a celebratory festival marking the 9/11 attacks in Aleppo, featuring jihadi videos, attended by Syrian officials and covered by state media.

Abu al-Qaqa had based himself out of Aleppo's al-Sahour Mosque since the late-1990s. According to a police official then in the area, Abu al-Qaqa had arrived in the city escorted by officers of Syria's military intelligence directorate:

> *The man was dressed like a Pakistani and barely spoke a word. I don't know if he was shy or what, but the officer spoke on his behalf. We were instructed to produce a local ID card, a driving license and other documents for him, but without any registered address or other personal information. This was illegal in Syria, so we knew straight away, despite his youth and foreign appearance, that were dealing with someone important. It was only years later that we realized who we had helped.[32]*

Abu al-Qaqa was arrested by Syrian intelligence officers soon after the 9/11 celebration, alongside his deputy, a man known only as Abu Ibrahim, but they were both released soon after, without charge. As suggested by the Aleppan police officer's account from the late-1990s, the arrest and swift release raised suspicions that Abu al-Qaqa was an agent of Syria's military intelligence directorate – an organization with a reputation for infiltrating and influencing the activities of dangerous militant organizations inside Syria and elsewhere in the Levantine region.

---

[30] Matthew Levitt, "Syria's Financial Support for Jihad," *Middle East Quarterly*, Winter 2010, pp.39-48
[31] Lister, *The Syrian Jihad*, p.31
[32] Ibid., p.32



An image of Abu al-Qaqa, taken in Aleppo on an unknown date (source: Sami Moubayed)

 

Screenshots taken from an *Al Jazeera* documentary on Abu al-Qaqa, showing the two identities he maintained while in Syria.

Throughout 2002, Abu al-Qaqa began gathering a movement of violent extremists, using the name *Ghurabaa al-Sham* (Strangers of the Levant), who would meet regularly and often in public, making no secret of their jihadist views. In fact, multiple government officials attended on meeting, held under the title, "The People of the Levant Will Now Defeat the Jews and Kill Them All."[33] Such events showed not just a clear alignment of geopolitical values, but also a clear decision by the Syrian government's intelligence and security apparatus to provide space for such activities. Reflecting on Abu al-Qaqa's violent rhetoric, prominent Syrian Islamic figure Mohammed Habash – a former Member of Parliament and chief of de-radicalization at Damascus' infamous Sednaya prison – said:

> *Abu al-Qaqa was a strange phenomenon... He was preaching jihad in a mosque situation in one of Aleppo's most crowded neighborhoods. In the Sakhour mosque, he not only preached about jihad, but he held military training for young people heading to Iraq. With a sermon like that, an imam would usually spend the rest of his life in prison, along with his family and relatives and all those who attended the sermon.[34]*

---

[33] Ibid., p.33
[34] Michael Weiss and Hassan Hassan, *ISIS: Inside the Army of Terror,* (New York: Regan Arts, 2015), pp.105

II

By late-2002, Abu al-Qaqa's *Ghurabaa al-Sham* movement had grown to an estimated 1,000 men, which in ordinary circumstances, would likely have drawn a crackdown response from the Syrian state – fearing a dynamic growing out of control, and possibly into a future domestic threat. America's turn towards likely conflict in Iraq, therefore, came at an opportune moment for Assad's Syria, especially so given speculation that regime change in Iraq would be just the start of a U.S. campaign that would have Syria set in its sights next. As U.S. troops entered Iraq in March 2003, the Syrian government set about implementing a strategy aimed at attacking, undermining and ultimately defeating the U.S.-led coalition. As Syria's then Foreign Minister made clear, "Syria's interest is to see the invaders defeated in Iraq."[35]

Shortly thereafter, Syria's Grand Mufti, Sheikh Ahmed Kaftaro – someone appointed personally by President Assad – issued a public *fatwa* (Islamic ruling) making it *fardh ayn* (religiously obligatory) for all Muslims, male and female, to resist the "occupying forces" using any available means at their disposal, including suicide bombing.[36] Before the U.S. invasion had even started, the Syrian government had facilitated the establishment of a facility based across the road from the U.S. Embassy in Damascus, where prospective jihadist recruits could register and board state-provided transportation to the border, to cross into Iraq.[37] After repeated complaints from then U.S. Ambassador to Syria, Theodore Kattouf, the facility was moved to a Syrian government-owned building, where it continued to operate.[38] Syria had also negotiated an agreement with Iran, whereby the two countries would cooperate together to fuel "resistance" against U.S. and allied troops in Iraq.[39]

 

An image showing then Syrian Grand Mufti Ahmed Kaftaro alongside then Syrian President Hafez al-Assad in the 1990s (left); and a later image of Ahmed Kaftaro from the early-2000s.

Syria had already been considered a State Sponsor of Terrorism by the U.S. government since 1979, but its increasing flirtation with al-Qaeda in the early-2000s had attracted additional I.S. concern. Through 2003, the U.S. Congress debated and eventually passed the Syrian Accountability and Lebanese Sovereignty Restoration Act, which made clear that sanctions against the Syrian government were in part due to its support for terrorism and its policy of allowing them to operate openly on Syrian soil.

[35] David Schenker, "Damascus on Trial," *Middle East Quarterly*, Spring 2011, pp.59-66
[36] Juliette Terzieff, "Syrians told to prepare to fight with US/Iraq war is just the beginning, leaders say," *Chronicle Foreign Service*, March 31, 2003
[37] David Schenker, testimony in "Francis Gates, et al. v. Syrian Arab Republic, et al.," U.S. District Court for the District of Columbia, Civil Action No. 06-1500 (RMC)
[38] Ibid.
[39] Schenker, "Damascus on Trial"

It should not have come as a surprise then, when Iraq's then Foreign Minister, Naji Sabri, claimed that 5,000 foreign volunteers had crossed into Iraq from Syria in the first 11 days after the U.S. invasion in March 2003. One thousand more Palestinian volunteers from Damascus's Yarmouk refugee camp were reported to have joined within several more days; as did 100s of members of Syria's Lebanon Baath Party branch and a contingent of Palestinian Islamic Jihad militants who were "willing" to be suicide bombers.[40] Another early recruit was a young Syrian from Idlib, Taha Subhi Falaha, who years later would become a global name: Abu Mohammed al-Adnani, the notorious spokesman for ISIS leader, Abu Bakr al-Baghdadi.[41]

Former FBI special agent Ali Soufan, a specialist in al-Qaeda, has described the 2003 "pipeline" as a slick operation run "happily" by the Syrian government:

> *The pipeline soon included recruitment centers where would-be fighters could sign up at a registration desk in the morning and cross into Iraq by bus a few hours later. The Assad regime not only allowed this to take place; it happily assisted Zarqawi and his peers. Syrian officials ferried jihadists from Damascus International Airport to the Iraqi border.[42]*

In fact, the early phase of jihadist transit from Syria into Iraq had such a notable impact on the ability of jihadists to establish themselves as a determined resistance group against the U.S. and its allies that senior al-Qaeda figure Saif al-Adel sought out a way to use Syria as a transit base for other prominent al-Qaeda operatives to gain entry to Iraq.[43]

A former Syrian intelligence officer who had been based in northeastern Syria in 2003 admitted to veteran journalist Roy Gutman in 2016 that "we in Syria intelligence opened all the doors for [jihadists] to go to Iraq," 5,000 of whom he said entered within days of the invasion in 2003 for religiously-motivated reasons.[44] The former intelligence officer also claimed that Abu al-Qaqa "was only one of dozens" of jihadist clerics in Syria working for the intelligence services, who he said "kept a census" of detailed information regarding every recruit seeking to fight in Syria.[45] As part of a U.S. investigation of ISI documents detailing foreign fighter flows from Syria to Iraq, a conclusion was drawn that "Syrian authorities monitored the flow [of jihadists in Syria and towards Iraq], but made no move to stop it."[46]

On the first day of the invasion, a member of the Palestinian Arab Liberation Front (ALF) – an organization based in Syria - was killed in a U.S. airstrike in Iraq, along with another Syrian Palestinian who was killed when a bus he was travelling in was targeted by an American Apache helicopter strike on the road between Syria and Baghdad. UK Special Air Service (SAS)

---

[40] Lister, *The Syrian Jihad*, p.34
[41] Ali Soufan, *Anatomy of Terror: From the Death of Bin Laden to the Rise of the Islamic State*, (New York: W.W. Norton, 2017), p.127
[42] Soufan, *Anatomy of Terror:* p.126
[43] Ibid. p. 127
[44] Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *The Daily Beast*, December 1, 2016
[45] Ibid.
[46] Brian Fishman (ed.), "Bombers, Bank Accounts and Bleedout: Al-Qa'ida's Road In and Out of Iraq," *Combating Terrorism Center at West Point*, July 2008

personnel also arrested four entire buses full of suspected suicide bomber recruits, all carrying Syrian passports, in western Iraq after their arrival from Syria.[47]

Much of this initial facilitation network was thought to have been run by Abu al-Qaqa, who one Syrian government official described as the co-founder of AQI.[48] By that time, Abu al-Qaqa was leading regular marches from his mosque to Aleppo's city center, in which his followers would chant: "We are going to slaughter the Americans,"[49] according to a former Syrian diplomat. Another event saw him declare that Americans should be "slaughtered like cattle" in Iraq. One of those followers, a young Syrian man from Hama who joined Abu al-Qaqa's network to fight in Iraq, said recruits were provided training by Syrian intelligence officers, some of whom travelled with them all the way to the Iraqi border.[50] During this time, a sign had become visible on a wall of Abu al-Qaqa's mosque in Aleppo showing an image of a bomb with a red line on it, which was understood by many to have symbolized a message from Syrian authorities: Abu al-Qaqa's mobilization activities were acceptable, so long as they did not threaten violence at home in Syria.[51]

Another key figure was Mohammed Majid (aka Mullah Fuad), who from his base in Damascus, was a source of significant European concern as an apparent "gatekeeper in Syria for volunteers intent on reaching Iraq."[52] Like Abu al-Qaqa, Majid was almost certainly being managed by Syria's intelligence apparatus. An Italian investigation in 2003 concluded that "Syria has functioned as a hub for an al-Qaeda network," while interrogations of suspects "paint[ed] a detailed picture of overseers in Syria coordinating the movement of recruits and money."[53]

After several months, Syria's role in facilitating the recruitment and transit of jihadist volunteers from across the Middle East and further afield into Iraq had become increasingly clear. In September 2003, then U.S. Deputy Secretary of Defense Paul Wolfowitz testified to the Senate Armed Services Committee and revealed a number of seized foreign jihadist fighter passports:

> *A foreigner who came into Iraq on March 24th, through Syria – not a Syrian, but through Syria. The entry permit on his passport said he came to, quote, "volunteer for jihad." Here's another one, came into Iraq through Syria – same crossing point. The entry permit said: "to join the Arab volunteers." And here's a third one that came in on April 7th.[54]*

[47] Ibid., pp.34-35
[48] Sami Moubayed, "The Islamic Revival in Syria," *Middle East Monitor*, Sept-Oct 2006
[49] Gutman, "Assad Henchman"
[50] Ibid.
[51] Michael Weiss and Hassan Hassan, *ISIS: Inside the Army of Terror,* (New York: Regan Arts, 2015), pp.104-105
[52] Sebastian Rotella, "Italian police link Syria to al-Qaeda extremists/Nation served as way station for terror recruits, probe finds," *Los Angeles Times*, April 16, 2003
[53] Ibid.
[54] Paul Wolfowitz, "Deputy Secretary of Defense, Presentation Before the Senate Committee on Armed Services, Washington DC, September 9, 2003

 

A screenshot from then Deputy Defense Secretary Paul Wolfowitz's testimony before the Senate Armed Services Committee on September 9, 2003, during which he spoke about seized foreign jihadist passports, showing transits through Syria. (Source: *C-Span*)

Syria did not just become a critically-important transit point for Jamaat al-Tawhid wal Jihad (and later to AQI, the MSM, and the ISI), but the jihadist organization itself used Syria as a safe base for senior leadership figures. One such individual, Badran Turki Hishan al-Mazidih (aka Abu Ghadiya) was appointed as Jamaat al-Tawhid wal Jihad's chief of logistics – a position he held from within Syria alongside his cousin, Ghazy Fezza Hisan al-Mazidih (Abu Faysal) – both of whom worked between Damascus, a headquarters in the western mountain town of Zabadani, and in the eastern desert governorate of Deir ez Zour, along the Iraqi border. In his role as chief of logistics – a title he retained throughout AQI's existence and into the MSM and then the ISI – Abu Ghadiya is said to have "met regularly" with the then chief of Syria's Military Intelligence Directorate, Assef Shawkat[55] - a fact apparently not missed by some Iraq-based jihadists, who for a time issued online calls for him "to stand trial for alleged links to Syrian intelligence."[56] According to U.S. intelligence, Abu Ghadiya "obtained false passports for foreign terrorists, provided passports, weapons, guides, safe houses and allowances for foreign terrorists in Syria."[57] Notes written by Abu Ghadiya's aides have also suggested he played a crucial role in AQI and then the ISI's establishment and maintenance of global networks.[58]

Abu Ghadiya's network included active operatives and smugglers, who received jihadist volunteers arriving by air in Damascus and Aleppo international airports, and by land from Turkey, Jordan and Lebanon. Jihadist volunteers were typically provided bus travel to Iraq in groups of at least 15 at a time.[59] According to Iraqi intelligence, a series of high-level meetings convening Syrian Military Intelligence, AQI and Iraqi Baathists in which some of the largest bomb attacks of the Iraq war were planned, were held in Zabadani – likely in what had been Abu Ghadiya's headquarters.[60]

---

[55] Michael R. Gordon and General Bernard E. Trainor, *The Endgame: The Inside Story of the Struggle for Iraq, From George W. Bush to Barack Obama* (Vintage, 2013), p.230
[56] Brian H. Fishman, *The Master Plan: ISIS, Al-Qaeda and the Jihadi Strategy for Final Victory* (Yale University Press, 2016), p.121
[57] "Treasury Designates Members of Abu Ghadiyah's Network Facilitates Flow of terrorists, weapons and money from Syria to al Qaida in Iraq," *U.S. Department of the Treasury,* February 28, 2008
[58] Fishman, *The Master Plan*, p.121
[59] Lister, *The Syrian Jihad,* p.37
[60] Martin Chulov, "ISIS: The Inside Story," *The Guardian*, December 11, 2014

Syria's role in facilitating the activities of Iraq-based jihadists was not always done covertly. Occasionally, public figures would make clear their support for the likes of AQI and the ISI. For example, Ahmed Kaftaro's successor as Syrian Grand Mufti, Ahmed Hassoun, gave a public address in September 2004 during heavy conflict in the Iraqi city of Fallujah, in which he lauded the efforts of "our brothers" in AQI and called on them to "kill Americans."[61] The next year, U.S. troops launched an operation against AQI militants in western Iraq who were linked to Abu Ghadiya's Syria-based facilitation network and they soon found themselves engaged in a firefight with Syrian soldiers, several of whom were killed.[62]



Syria's then [state-appointed] Grand Mufti, Ahmed Hassoun, shown praying next to President Bashar al-Assad (source: AFP)

In early-2008, U.S. intelligence in Iraq detected indications that Abu Ghadiya was looking to source "100 American military uniforms," as part of an apparent plan to launch deadly attacks on U.S. troops using jihadists in disguise. In May, fighters operating from within Abu Ghadiya's Syria-based network crossed from eastern Syria into Iraq and launched a daring attack on an Iraqi police facility, killing 11 officers. U.S. officials later claimed Abu Ghadiya had led the attack himself.[63] In fact, the then commander of all U.S. military operations in Iraq, General David Petraeus wrote a letter to then U.S Secretary of Defense Robert Gates confidently asserting that "the operation could not have been carried out without the acquiescence of Syrian officials at some level."[64] Several months later in October 2008, Abu Ghadiya was killed by U.S. special operations forces in eastern Syria, in a rare cross-border raid, after which the U.S. military officer in charge of operations in Iraq's western Anbar province, Major General John Kelly, declared that "the Syrians clearly have harbored [the ISI]… it is a "sanctuary."[65]

---

[61] Kyle Orton, "The Assad Regime's Collusion with ISIS and al-Qaeda: Assessing the Evidence," *Blog*, March 24, 2014

[62] Raymond Tanter and Stephen Kersting, "Syria's Role in the Iraq Insurgency," *Jewish Policy Center*, Spring 2009

[63] Eric Schmitt and Thom Shanker, "Officials Say U.S. Killed an Iraqi in Raid in Syria," *New York Times*, October 27, 2008

[64] Michael R. Gordon and Wesley S. Morgan, "The General's Gambit," *Foreign Policy*, October 1, 2012

[65] Alex Kingsbury, "Syrians 'Clearly Have Harbored' Al Qaeda in Iraq, Says U.S. General," *U.S. News & World Report*, October 27, 2008

Another senior figure based out of Syria was Sulayman Khalid Darwish, a member of AQI's Shura Council, whose role – according to U.S. intelligence – was to forge documents, raise funds, and recruit jihadists and manage their transit into Iraq. There was also Fawzi Mutlaq al-Rawi (aka Abu Firas), the leader of the Iraqi branch of Syria's Baath Party, who U.S. intelligence accused of involvement in facilitating the financial flows to AQI from Syria, along with car bombs, rifles and suicide bombers.  As part of his designation by the U.S. Treasury in December 2007, al-Rawi had also been involved in AQI meetings, in which attacks were discussed and planned against U.S. targets, including the U.S. Embassy in Baghdad.[66] Neither Abu Ghadiya, his cousin, nor al-Rawi or Darwish appear to have been challenged by the Syrian government, and given the scale of their operation, it remains all-but impossible to imagine that the Syrian government was unaware of their activities.

The U.S. government had long been aware of Syria's complicity, as officials had repeatedly stated in public settings between 2003 and the final years of the occupation in 2008-2010. In fact, an intense spate of international pressure on Syria in 2004 and into early-2005 appeared to some to result in a strategic shift within the Syrian government, towards what appeared to be a crack-down on AQI's networks inside the country. Hundreds of jihadists were reportedly arrested – and in a clear indication of Syria's true intent, were then released within days.[67] The rate of foreign fighter recruitment and transit into Iraq remained steady, before increasing substantially in 2006 and 2007. By 2007, more than 100 jihadists were entering Iraq every month via Syria.[68] A classified U.S. intelligence report cited in 2012 in *Foreign Policy* magazine, described the infrastructure in place in Syria for jihadists in some more detail:

> *Once in Syria, they seek accommodations in hotels typically located near large markets or mosques frequented by foreigners, allowing [them] to blend into the general population... Within a few days, facilitators contact the recruits and escort them to safehouses where they await movement into Iraq. The safehouses often are clustered in neighborhoods in Damascus or Aleppo, but are also in border towns such as Al-Bukamal and Qamishli.[69]*

The same U.S. intelligence report also noted that AQI and ISI jihadists injured in Iraq often received medical assistance "at al-Nur Hospital in Damascus.[70] U.S. Central Command had also revealed in March 2007, that multiple AQI/ISI training camps were in operation on Syrian territory.[71] One of those camps may have been run by a notorious al-Qaeda jihadist, Shaker al-Absi, who among many other things, had allegedly been centrally involved in the killing of American citizen Laurence Foley in Jordan in 2002, from his then base in Syria. After being sentenced to death in absentia by Jordanian authorities, the Syrian government claimed it had placed him in prison, but he was in fact thought to have been released to run AQI and ISI training camps in Syria, preparing jihadists for their transit into Iraq.[72] Absi was widely alleged to have been an asset of Syria's intelligence apparatus, not just in relation to the Foley killing in

---

[66] "Treasury Designates Individuals with Ties to al Qaida, Former Regime," *U.S. Department of the Treasury*, December 7, 2007

[67] Raymond Tanter and Stephen Kersting, "Syria's Role in the Iraq Insurgency," *Jewish Policy Center*, Spring 2009

[68] Michael R. Gordon and Wesley S. Morgan, "The General's Gambit," *Foreign Policy*, October 1, 2012

[69] Michael R. Gordon and Wesley S. Morgan, "The General's Gambit," *Foreign Policy*, October 1, 2012

[70] Michael R. Gordon and Wesley S. Morgan, "The General's Gambit," *Foreign Policy*, October 1, 2012

[71] David Schenker, "Damascus on Trial," *Middle East Quarterly*, Spring 2011, pp.59-66

[72] Weiss and Hassan, *ISIS: Inside the Army of Terror,* p.106

2002 and his role within AQI in the mid-2000s, but also with regards to his leadership of jihadist group Fatah al-Islam in Lebanon and its conflict there in 2007.



An image of Fatah al-Islam leader Shaker al-Absi from 2007

One especially notable development that highlighted Syria's complicity came in September 2007, when U.S. special forces launched a counter-terrorism raid in the northwestern Iraqi town of Sinjar, during which Abu Ghadiya's deputy, "Abu Muthanna" was killed and a sizeable trove of documents was discovered detailing the organization's foreign fighter recruitment network through Syria. According to the so-called "Sinjar Records," at least 700 foreign jihadist militants crossed into Iraq from just one ISI crossing point with Syria between August 2006 and August 2007. Of that number, 576 declared their nationality on arrival into ISI ranks and only 8% were Syrian.[73] Not only did the numbers reveal the scale of the Syria-based facilitation network, but the scale itself also implied a substantial infrastructure that would have had to have been in place inside Syria, the like of which would not feasibly have been invisible or a challenge to disrupt for Syrian authorities. The fact that Abu Ghadiya managed financial assets and investments in the regime stronghold of Latakia, on the Mediterranean coast, illustrated the scope of AQI and the ISI's Syria operation.[74]

---

[73] "Bombers, bank accounts and bleedout: al-Qa'ida's road in and out of Iraq," *Combating Terrorism Center at West Point*, July 22, 2008
[74] Levitt, "Syria's Financial Support for Jihad"

 

استمارة شخصية

| | |
|---|---|
| تركي بن عبدالعزيز بن إبراهيم | الاسم |
| أبو الوليد | الكنية |
| الجزيرة - حي السويدي | العنوان |
| أخوه 0502029449    المنزل 4256145 | الهواتف |
| 10-4 – 1406 هـ | المواليد |
| يجوف | المنسق |
| مقاتل | المهنة في بلده |
| | العمل |
| جواز – 500 ريال – ساعة | الأمانات |
| 3- شوال – 1427 هـ | تاريخ الدخول |
| أبو حمد | طريق الدخول |
| أبو خالد | التوزيع |
| -1 | وصايا الأخ |
| -2 | |
| -3 | |
| -4 | |
| -5 | |

An example from the "Sinjar Records," showing ISI documentation for one of hundreds of arriving foreign jihadist coming from Syria into Iraq (source: *Combating Terrorism Center at USMA West Point*)

In a military briefing that followed Abu Muthanna's death and the discovery of the Sinjar documents, U.S. officials said that the evidence collected proved that Syria's Military Intelligence Directorate and its director, Asef Shawkat, were wholly aware of AQI and the ISI's operations inside Syria. Moreover, intelligence indicated that Syrian authorities had previously detained several AQI and ISI "facilitators," but they had all been released shortly afterwards to "continue facilitation activities."[75] Months later, a U.S. intelligence document went further:

> *Intelligence reports suggest [Syrian] authorities quite likely infiltrated multiple [AQI/ISI] networks, most notably the Abu Ghadiya network, to monitor threats to Syrian interests.[76]*

Throughout much of the conflict in Iraq, the U.S. Department of Defense had issued public, quarterly reports detailing the security situation in the country. Repeatedly between 2005 and 2008, those reports singled out Syria as a source of instability.[77] In May 2006, one such report clearly accused Syria of providing "assistance" to jihadists both before and during the war in Iraq. In a March 2007 report, the DOD was even more explicit, asserting that:

---

[75] Michael R. Gordon and Wesley S. Morgan, "The General's Gambit," *Foreign Policy*, October 1, 2012

[76] Michael R. Gordon and Wesley S. Morgan, "The General's Gambit," *Foreign Policy*, October 1, 2012

[77] Raymond Tanter and Stephen Kersting, "Syria's Role in the Iraq Insurgency," *Jewish Policy Center*, Spring 2009

*Syria continues to provide safe haven, border transit, and limited logistical support to some Iraqi insurgents... Syria remains the primary foreign fighter gateway into Iraq... Damascus appears to want to appease Islamist extremist groups. Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq.[78]*

A subsequent DOD report issued in September 2007 then asserted that:

*"90% of suicide bombers in Iraq are foreign fighters, and most continue to use Syria as their main transit route into Iraq. This network funnels about 50 to 80 suicide bombers per month into Iraq to conduct operations. Since January [2007], there have been nearly 280 suicide attacks, accounting for nearly 5,500 deaths, mostly of innocent Iraqi civilians."[79]*

A U.S. diplomatic cable dispatched from the U.S. Embassy in Baghdad in July 2008 went even further than the DOD and declared that the Syria-based "network continues to operate with the knowledge of the Syrian government and sends virtually all of its foreign terrorists into Iraq across the Syrian border."[80] The cable continued:

*Bashar al-Asad was well aware that his brother-in-law Asif Shawkat, Director of Syrian Military Intelligence, had detailed knowledge of the activities of [the ISI] facilitator Abu Ghadiya, who was using Syrian territory to bring foreign fighters and suicide bombers into Iraq. Both Lebanese President Michel Sulayman and Jordan's Director of General Intelligence had warned al-Asad and his GID Director, respectively, that the U.S. knew about these activities and urged him to take action, but their warnings were unheeded.[81]*

When later challenged by U.S. officials during a rare in-person meeting in February 2010, Syria's then Vice President Faisal Moqdad called in none other than Ali Mamlouk, the then director of Syria's General Intelligence directorate. Mamlouk explained that Syria's method for dealing with terrorism threats was "practical and non-theoretical... in principal, we don't attack or kill them immediately. Instead, we embed ourselves in them and only at the opportune moment do we move."[82] Given Syria's clear strategic desire to confront and undermine and ultimately defeat the U.S.-led occupation in Iraq, the definition of "opportune moment" presumably differed to what most of the international community would have considered. That strategy of embedding within terrorists likely continued after 2008 and then after the U.S. withdrawal from Iraq in 2010 and 2011. In fact, years later, an investigative reporter for Der Spiegel gained access to the private papers of ISIS leader Abu Bakr al-Baghdadi's deputy, Haji Bajr in northern Syria, which amongst other things, revealed his "decade of contacts to Assad's intelligence services."[83]

---

[78] Raymond Tanter and Stephen Kersting, "Syria's Role in the Iraq Insurgency," *Jewish Policy Center*, Spring 2009
[79] Raymond Tanter and Stephen Kersting, "Syria's Role in the Iraq Insurgency," *Jewish Policy Center*, Spring 2009
[80] Thomas Joscelyn, "Blowback in Syria," *Weekly Standard*, July 24, 2012
[81] "Gen Petreaus Meeting with PM Maliki," U.S. Diplomatic Cable, leaked by *Wikileaks*
[82] "Syrian Intelligence Chief Attends CT Dialogue with S/CT Benjamin," February 24, 2010 - U.S. Government cable, leaked by *Wikileaks*
[83] Christoph Reuter, "Secret Files Reveal the Structure of Islamic State," *Der Spiegel*, April 18, 2015



Assef Shawkat, pictured sitting next to former Syrian President and his father-in-law, Hafez al-Assad (left) and stood next to his brother-in-law Bashar al-Assad (right).



Ali Mamlouk, sat next to Bashar al-Assad

# PART 3

## Dynamics surrounding likely support to the Islamic State in Iraq immediately prior to crime (May 2007):

Violence in Iraq in late-2006 was peaking at an unprecedented high of 960 insurgent attacks per week,[84] with sectarianism a dominant factor driving a civil war between Shia and Sunni insurgent groups. The notorious bombing of the Shia al-Askari mosque in the city of Samarra in February 2006, an attack widely attributed to AQI, was the explosive event that sparked this sectarian war that spread across Iraq in 2006 and into 2007. Though the attack itself caused no casualties, more than 100 people were killed in violent incidents the following day.[85] The sectarianism that followed defined precisely what Zarqawi had intended for Iraq: a debilitating division of the country and the eruption of uncontrolled chaos and violence, which would create the conditions in which the U.S.-led coalition would withdraw, thereby gifting AQI the chance to govern over Sunni-dominated lands. The al-Askari bombing was followed by a series of other significant terrorist attacks, most claimed and others attributed to AQI/ISI, including:

23 November, 2006:      215 killed in Shia-majority Sadr City, Baghdad
3 February, 2007:        135 killed in a market in a Shia-majority area of Baghdad
6 March, 2007:          107 Shia pilgrims killed in bomb attacks across southern Iraq
27 March, 2007:         152 people killed in bombings in Shia-majority areas of Tal Afar
29 March, 2007:         82 people killed in Shia-majority al-Shaab area of Baghdad



An image of Samarra's Al-Askari Mosque taken after its bombing in 2006 (credit: Associated Press)

As Iraq's sectarian war was exploding across the country, the ISI sought to lead the charge in both killing as many Shia Iraqis as possible and in undermining and confronting the U.S.-led coalition presence in the country. As violence was seen to be peaking in late-2006, the U.S. government sought to counter the ISI's momentum by announcing in January 2007 the

---

[84] Mark Tran, "Mahdi Army biggest threat to Iraqi security, report says,"
[85] Robert F. Worth, "Muslim Clerics Call for an End to Iraqi Rioting," *New York Times*, February 25, 2006

initiation of a troop "surge" of 21,500 soldiers. An influx of additional manpower was intended to embolden a fledgling tribal uprising – the *Sahwa* – in western Iraq, led by prominent Sunni tribal figures like Abdulsattar Abu Risha, who were mobilizing their male fighting forces to turn against the ISI jihadists in their midst.

The combination of U.S. surge and tribal uprising placed great pressure on the ISI, which not only depended on local Sunni Arabs in western Iraq for the majority of its manpower, but also counted on them to permit their presence within their communities. The year 2007 therefore witnessed some of the highest levels of foreign fighter recruitment of the war – again, with the vast majority entering via Syria. Data from late-2007 suggested that well over 100 foreign jihadists had been joining the ISI in Iraq via Syria every month that year.[86] More than 700 alone crossed between one Syria-Iraq border crossing between August 2006 and August 2007,[87] with U.S. intelligence suggesting that at least 90% of ISI suicide bombers had come from or through Syria.[88]

The violence and chaos that ensued throughout this especially violent period in early-2007 appeared to have been the catalyst for a parliamentary vote in Baghdad on May 8, which for the first time, received a majority supporting the exit of American troops from Iraq. Out of 275 parliamentarians, 144 signed onto an internal vote that made it mandatory for the Iraqi government to approve through parliament any UN extension of the foreign forces mandate that allowed U.S. and allied troops to stay in Iraq.[89] Three days later, ISI militants conducted an armed assault on a U.S. military observation post in the village of al-Taqa, outside the town of al-Mahmudiya, near Yusufiyah, south of Baghdad – a raid that resulted in the immediate deaths of four U.S. soldiers and an Iraqi interpreter, and the capture of U.S. Army soldiers Alex R. Jimenez, Byron W. Fouty and Joseph Anzack.

Given the state of conflict dynamics in Iraq between late-2006 and May 2007, and given the clear evidence throughout the 2003-2008 period (laid out in Part 2) that senior elements within the Syrian regime provided support, facilitation and safe haven for al-Qaeda-linked jihadists to use Syrian territory to further their cause in Iraq, it is highly likely that such support, facilitation and safe haven was granted and was invaluable to the ISI in the immediate lead-up to the May 11/12, 2007 attack on the U.S. military observation post in al-Taqa. Given Syria's clear public position of seeking to violently defeat the U.S.-led coalition in Iraq and its relations with jihadists from AQI/ISI, it is also clear that the (1) rise of sectarian violence and ensuring chaos; (2) the U.S. troop surge; and (3) the launching of a tribal *Sahwa* all provided reasons for continued or enhanced levels of Syrian assistance to the ISI's campaign in Iraq.

The U.S. troop surge and *Sahwa* in particular appeared to pose an existential threat to the ISI in 2007 – a fact that by extension, represented a potentially existential threat to the Syrian government, at least within a mindset in which Syria would be the next target of regime change after Iraq. Moreover, the area in which the May 11, 2007 attack took place was widely suspected at the time to have become a crucial area of operations for the ISI's leadership,[90] making it an

[86] Peter Neumann, "Suspects into Collaborators," *London Review of Books*, Vol. 36., No. 7, April 3, 2014
[87] Bombers, bank accounts and bleedout: al-Qa'ida's road in and out of Iraq," *Combating Terrorism Center at West Point*, July 22, 2008
[88] Karen DeYoung, "Papers Paint New Portrait of Iraq's Foreign Insurgents," *Washington Post*, January 21, 2008
[89] Joshua Partlow, "Iraqi Lawmakers Back Bill on U.S. Withdrawal," *Washington Post*, May 11, 2007
[90] "Troops find missing U.S. soldiers' ID cards," *CNN*, June 17, 2007

especially sensitive area and one in which state support would have been likely to have had an effect.

# PART 4

## Conclusion:

It is my expert opinion, based on my experience studying, researching and analyzing this case and related issues that:

- The terrorist organization self-identified and known as the Islamic State in Iraq, or the ISI, was responsible for an armed attack on a U.S. military observation post in the village of al-Taqa south of Iraq's capital Baghdad late on May 11, 2007 which resulted in the immediate death of four soldiers and an Iraqi interpreter and the kidnap and subsequent death of three more U.S. soldiers – including Specialist Alex R. Jimenez and Private Byron W. Fouty.

- All open-source information suggests Specialist Alex R. Jimenez and Private Byron W. Fouty were kidnapped by the ISI, likely tortured, and later executed or died of injuries sustained during the May 11, 2007 attack.

- At the time of the attack in 2007, the ISI was the latest iteration of a well-established terrorist organization with roots dating back to the activities of its founding leader, Ahmad Fadl al-Nazal al-Khalayleh (aka Abu Musab al-Zarqawi) in Jordan and Afghanistan in the late-1980s. These previous iterations began with Bayt al-Imam (1992-1999), and then Jund al-Sham (1999-2000); Jamaat al-Tawhid wal Jihad (2000-2004); al-Qaeda in Iraq (2004-2006); and Majlis al-Shura al-Mujahideen (2006).

- The existence of the ISI and its previous iterations in Iraq from 2003 and the direction of its energies into militant efforts to defeat the U.S. and allied occupation of Iraq through a campaign of terrorist violence and sectarian conflict coincided with the publicly-stated interests of the government of neighboring Syria: to mire the U.S. in a debilitating conflict in Iraq, thereby preventing a feared invasion of Syrian territory and challenge to the rule of President Bashar al-Assad.

- Beginning earlier than 2003, the Syrian government and its powerful intelligence apparatus – particularly the Military Intelligence Directorate – displayed a willingness to engage with, infiltrate, exploit and manipulate terrorists within and linked to the ISI and its previous iterations.

- In 2003, when U.S. and allied forces invaded Iraq, statements from Syrian government officials clearly indicated their desire to mobilize armed resistance to confront the invasion. Soon after, a publicly-visible recruitment effort began, that mobilized male fighters from Syria and abroad and facilitated their transfer to Iraq. Available evidence indicates Syria's Military Intelligence Directorate managed this substantial policy, which in the years that followed saw thousands of jihadist recruits cross into Iraq to join the ISI and its antecedents and conduct terrorist activities.

-   In the time immediately preceding the May 2007 attack in al-Taqa, a significant U.S military "surge" and an accompanying Iraqi Sunni tribal "awakening" placed the ISI under unprecedented pressure, creating conditions in which the Syrian government had a particularly intense interest in facilitating an ISI pushback. Evidence – including captured ISI documentation at a Syria-Iraq border crossing – reveals that the rate of jihadist recruits crossing into Iraq from Syria in 2007 were at the highest levels of the entire war (from 2003 to 2010).

-   Given the fact that the Assad government is a dictatorship that rules Syria as a police state, with total control over all aspects of life, it remains impossible that the scale of ISI activities inside Syria – from recruitment, logistics, planning, financing, and training – could have occurred without the knowledge and involvement of elements of the Syrian government and its security apparatus. Moreover, any such knowledge and/or involvement would not have been possible without the knowledge and permission of individuals at the highest levels, including and particularly the President himself.

-   Without the extensive support provided by and space opened up to AQI and the ISI by the Syrian government throughout the period of time in question, the terrorist organization would not have had the capacity and means to have sustained the scale of insurgency that it did against the fledgling Iraqi state, Iraq's Shia community and the U.S.-led military coalition. Moreover, the support provided by the Syrian government to AQI and the ISI was strategic in nature and was responsive to dynamics and developments on the ground. The escalation in ISI terrorists crossing from Syria into Iraq in the period immediately preceding the attack in al-Taqa was not a coincidence, given the context in which it took place: the Sunni tribal awakening and the U.S. military "surge." Without the dynamic of Syrian government support at such a critical time in which the ISI was facing unprecedented pressure, the kind of high-profile attacks like that conducted in al-Taqa in May 2007 would not have occurred.