# Expert Witness Report
# *Fouty v. Syrian Arab Republic*

## Dr. Daveed Gartenstein-Ross
Chief Executive Officer, Valens Global
June 27, 2020

### I.     Scope of Engagement and Opinion

I have been retained by the Plaintiffs to provide an expert opinion on: 1) the evolution of the militant organization founded by Abu Musab al-Zarqawi, which I refer to in this report as the "Zarqawi organization," from 2000-08; 2) Syrian sponsorship of, and material support for, the Zarqawi organization from 2000-08; 3) the role that the Zarqawi organization played in the injuries suffered by, and deaths of, Alex Ramon Jiménez and Byron Wayne Fouty; 4) torture as a strategy and pattern for the Zarqawi organization; and 5) the Zarqawi organization's use of beheadings in its treatment of its captives.

Relying upon substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- Despite its various name changes (including Jamaat al-Tawhid wal-Jihad, al-Qaeda in Iraq, Majlis Shura al-Mujahedin, and the Islamic State of Iraq), there was continuity within the Zarqawi organization, including in the renamed iterations that emerged after Abu Musab al-Zarqawi's death. From 1999-2008, the Zarqawi organization can be characterized by continuity, and should be considered a single continuous organization.

- The evidence overwhelmingly demonstrates that the Islamic State of Iraq (which is the name that the Zarqawi organization employed at the time of the incident) was responsible for killing Byron Wayne Fouty and Alex Ramon Jiménez.

- Based on the well-established practices of the Islamic State of Iraq/Zarqawi organization, it is more likely than not that Fouty and Jiménez were tortured during their time in captivity.

- The Zarqawi organization had a common, well-established, and ongoing practice of beheading its captives.

- From 2000-08, the Syrian Arab Republic engaged in significant explicit and tacit support for the Zarqawi organization. It is more likely than not that, absent the support of the Syrian Arab Republic, Fouty and Jiménez could not have been kidnapped, held, tortured, and killed in the manner that they were.

## II.       Qualifications

This section describes my professional background, then discusses the methods I employ in analyzing jihadist groups and other violent non-state actors (VNSAs).

*Professional Background*

My professional life has been dedicated to understanding VNSAs' role in the world, and to helping policymakers, government agencies, private companies, and other clients fashion innovative solutions to the challenges that VNSAs pose. I am the Chief Executive Officer of Valens Global, a private commercial firm focused on understanding and fashioning responses to VNSAs. In this capacity, I have led a number of major client projects that will be detailed in this section. I also hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for over a decade.[1] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[2] Some of my past positions include Fellow at Google's think tank Jigsaw (for which I worked on several major projects responding to violent extremists' use of online platforms),[3] and Senior Advisor to the Director of the U.S. Department for Homeland Security's Office for Community Partnerships (2016-17).

I have experience teaching and lecturing at the university level. From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on Violent Non-State Actors. I also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on Violent Non-State Actors and an undergraduate course on Al-Qaeda and Its Affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching from 2013-present for the school's Executive Program in Counter-Terrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14). I have also delivered presentations at or for a number of major colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville University (Campbellsville, Ky.), Columbus State University (Columbus, Ga.), Duke University (Durham, N.C.),

---

[1] I previously served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have done for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (The Hague: ICCT – FDD Press, 2017); Daveed Gartenstein-Ross et al., *China's Post-2014 Role in Afghanistan* (Washington, D.C.: FDD Press, 2014); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[2] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[3] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, at https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. The website that Jigsaw set up to explain the Redirect Method can be found at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), High Point University (High Point, N.C.), Johns Hopkins University, the National Defence College (Abu Dhabi), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the United States Naval Academy (Annapolis, Md.), *Universität Tübingen (Tübingen, Germany), and* Uppsala University (Uppsala, Sweden).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my research beginning in approximately 1995, I have traveled overseas to conduct field research or do professional work in numerous countries that are relevant to understanding transnational jihadism, including Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed thousands of open-source documents about the jihadist movement in English, French, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, the European Union, NATO, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and jihadist groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection. My work has included delivering numerous open-source strategic reports about sub-state violence, including on the topic of ISIS; and delivering training and high-level briefings for officials and analysts, including on ISIS.

- serving as a Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among jihadist militants to anticipate where fractures are likely to occur in militant organizations. ISIS was one of the key organizations examined in this project.

- designing and delivering lectures on global terrorism, with a special emphasis on ISIS's attacks and regional posture, for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I have been one of the lead instructors since June 2016.

- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt and Iraq through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions from 2009 to the present. A number of my lectures for this program focused on ISIS's regional growth.

- serving as a Subject Matter Expert providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) four times, including projecting the aftermath of ISIS's advances in Iraq.

- serving as a Subject Matter Expert for the Global Counterterrorism Forum (GCTF). In this capacity, I was the lead drafter of a Good Practices Document on how to counter terrorist uses of unmanned aerial systems that was based on the discussions in workshops convened in Amman, Amsterdam, Berlin, and Seoul.[4]

- serving as the Principal Investigator for half a dozen projects, awarded through a competitive grant process, for Canada's Department of National Defence that relate to VNSAs and other twenty-first century challenges. Topics of the projects that I have led include possible ISIS futures in Africa; jihadist groups' attacks on Western interests in Africa; VNSAs' adoption of new and emerging technologies; and how artificial intelligence can project future VNSA attacks and activities.

- serving as the principal investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I was the lead author of a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a software platform for monitoring and evaluation of future counterterrorism capacity-building missions.

- organizing and facilitating a conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand militant groups' use of social media (particularly that of the ISIS affiliate Boko Haram), and to forge a strategic action plan for countering it.

- serving as a Subject Matter Expert for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.

- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- On three occasions, I have been court certified as an expert witness on ISIS and its predecessors, which I sometimes refer to as the "Zarqawi organization." In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge, and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court's decision on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[5] In *Foley v. Syrian Arab Republic* (D.D.C., 2017), I also served

---

[4] GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."
[5] *United States v. Young*, 916 F.3d 368, 380 (4th Circ. 2019).

as an expert witness on the Zarqawi organization.[6] I was also certified by the court to serve as an expert witness on the Zarqawi organization in *Sotloff v. Syrian Arab Republic* (D.D.C., 2020), though no written opinion has been issued as of the date of completion of the present expert report.

- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), I served as an expert witness on the Shia militant group Asaib Ahl al-Haq.[7]

- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a domestic ISIS attack in 2015.

- I served as an expert witness on the Taliban in Afghanistan in *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).

- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).

- I served as an expert witness on al-Shabaab and country conditions in Somalia in the following cases: *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required certification as an expert, I have undertaken other professional work related to VNSAs and jihadism for a variety of clients:

- I have produced country-specific and actor-specific analytic reports for three major firms in the oil and gas industry that needed to make investment decisions related to VNSAs, or to protect their facilities and personnel in various locations, including in Iraq.

- I have designed and led strategic simulations exploring the competition between VNSAs and state actors for major academic institutions like Johns Hopkins University and Georgetown University.

- I have served as a consultant for the Anti-Defamation League, playing a lead role in producing reports on extremist groups and leading training for domestic law enforcement.

- I served as a Subject Matter Consultant to the private security firm Corporate Risk International for a live hostage negotiation with the Iraq-based militant group Asaib Ahl al-Haq.

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the Canadian House of Commons. Legislative testimony I have given

---

[6] *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186 (D.D.C. 2017).
[7] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48 (D.D.C., 2018).

that relates to ISIS and Syria includes: "ISIS Post Caliphate: Threat Implications for America and the West" (U.S. House Committee on Homeland Security, May 23, 2018); "The Paris Attacks: A Strategic Shift by ISIS?" (U.S. House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, December 2, 2015); "The Impact of ISIS on the Homeland and Refugee Resettlement" (U.S. Senate Committee on Homeland Security and Governmental Affairs, November 19, 2015); "The Islamic State's Strengths and Vulnerabilities" (Canadian House of Commons Standing Committee on Foreign Affairs and International Development, February 5, 2015); "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East" (U.S. Senate Foreign Relations Committee, March 6, 2014).

Additionally, I am an author with specialized knowledge about ISIS and its predecessor organizations, VNSAs, jihadism, and militancy in Iraq. I am the author or volume editor of twenty-three books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my Curriculum Vitae, but some relevant selections that pertain to the key issues in this case include:

Books and Monographs
- My book *Enemies, Near and Far: How Jihadist Groups Strategize, Plot and Learn*, has been accepted for publication by Columbia University Press (acceptance required peer review).
- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.
- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT – The Hague, 2016.
- *Islamic State vs. al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), The New America Founation, 2015.
- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters
- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "MENA Countries' Responses to the Foreign Fighter Phenomenon" (with B. Moreng), in A. de Guttry et al. eds., *Foreign Fighters Under International Law and Beyond* (The Hague: T.M.C. Asser Press, 2016).
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).
- "Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges* (Philadelphia: University of Pennsylvania Press, 2015).
- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson, D. Bellutta, C. Pulice & V.S. Subrahmanian), *Studies in Conflict & Terrorism* (2019).
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.

- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "Violent Non-State Actors in the Age of Social Media: A Twenty-First Century Problem Requires a Twenty-First Century Toolkit," *Georgetown Security Studies Review*, February 2017.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.
- "Recent Attacks Illuminate the Islamic State's Europe Attack Network" (with N. Barr), Jamestown Foundation, April 27, 2016.
- "Tunisian Jihadism After the Sousse Massacre" (with B. Moreng), *CTC Sentinel*, October 2015.
- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.
- "A Critical Link between Jabhat al-Nusra and al-Qaeda: Abu Humam al-Suri," *Militant Leadership Monitor* 6:5 (May 2015).
- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).
- "Perceptions of the 'Arab Spring' Within the Salafi Jihadi Movement" (with T. Vassefi), *Studies in Conflict & Terrorism* 35:12, November 2012.

Selected Commentary, Op-Eds, and Policy Analysis

- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "Foreign Terrorist Fighters from Southeast Asia: What Happens Next?" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, February 17, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "Terrorists and Technological Innovation" (with C. Clarke and M. Shear), *Lawfare*, February 2, 2020.
- "What Do Asia's Returning Isis Fighters Do Next? You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "Greece is the Weak Spot in Post-Caliphate European Counterterrorism (with C. Clarke), *The National Interest*, January 31, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Growing Challenge of Aviation Insider Threats" (with S. Sheafer), *Aviation Security International*, December 19, 2018.
- "The Demographics of Southeast Asian Jihadism" (with V. Hagerty & M. Dement), *War on the Rocks*, September 5, 2018.
- "Terrorists Are Going to Use Artificial Intelligence," *Defense One*, May 3, 2018.
- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.
- "Terrorists Are Using Drones Now. And That's Not the Worst of It," *Fortune*, September 9, 2017.
- "The Manchester Attack Shows How Terrorists Learn," *The Atlantic*, May 23, 2017.

- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.
- "The Myth of Lone-Wolf Terrorism" (with N. Barr), *Foreign Affairs*, July 27, 2016.
- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.
- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

I have also spoken at events and conferences throughout the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference (Amsterdam, December 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016),[8] the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), and others. Presentations and conference papers I have delivered dealing with ISIS and the Zarqawi organization include:

- "How Terrorist Organizations and Violent Extremists are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.
- "Violent Non-State Actors as Deadly Early Adopters," Canadian Department of National Defence, Ottawa, September 18, 2019.
- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.
- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "The Violent Non-State Actor Technology Adoption Curve," T2 Conference on Technology and the Future of Terror, sponsored by Georgia State University and Sam Nunn School at Georgia Tech, Atlanta, Ga., April 11, 2019.
- "Islamic State's Virtual Planners Model," The Jamestown Foundation, Washington, D.C., June 6, 2018.
- "Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa," Defence Engagement Program, Canadian Department of National Defence, Ottawa, January 29, 2018.
- "Islamic Extremist Propaganda," Institute of World Politics, Washington, D.C., November 28, 2017.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, November 13, 2017.
- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.

[8] *ISIL*, which stands for the Islamic State of Iraq and the Levant, is the acronym that the U.S. government employed to refer to ISIS at the time.

- "The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.
- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "What Next? Regional Trends and Threats," Conference on What the New Administration Needs to Know About Terrorism & Counterterrorism, Georgetown University Center for Security Studies and St Andrews University Handa Centre for the Study of Terrorism and Political Violence, Washington, D.C., January 26, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Islamic State's Virtual Planners: A New Method of Terrorist Attack for the Social Media Age," Anti-Defamation League Advanced Training School, Washington, D.C., Dec. 6, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.
- "The 'Islamic State': The Future of Global Jihad?," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 8, 2015.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The Competition between the Islamic State and al-Qaeda," Center for American Progress, Washington, D.C., May 6, 2015.

_Methodology_

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by various U.S. courts.[9] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume _National Security Management in Federal Structures_, several common factors should be analyzed across the range of VNSAs.[10] These factors include leadership, ideology, group goals, strategy, organizational structure, recruiting, and financial support. My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs.

Turning to application of my comparative analysis method, I rely mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations. These are documents commonly relied upon by experts in the field. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and

---

[9] See, e.g., _United States v. Young_, 916 F.3d 368, 380 (4th Circ. 2019) (in upholding my the permissibility of my expert witness testimony, noting that my comparative analysis method "appears to be indistinguishable from that which" the Fourth Circuit approved in an earlier case); _United States v. Farhane_, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of Evan Kohlmann's testimony in a case where he employed the comparative analysis method, and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, _United States v. Hausa_, 12 Cr. 0134 (E.D.N.Y., February 10, 2017), p. 4.

[10] Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in _National Security Management in Federal Structures: Perspectives from India and the United States_ (Kochi, India: Centre for Public Policy Research, 2014).

against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, secondary sources also serve useful purposes. First, secondary sources can provide important historical information, adding rich context to a topic. Second, some secondary sources do a strong job of synthesizing large amounts of information. A third important purpose is that some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report, I was able to cross-check all the secondary sources I utilized against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is Annenberg University Professor at the University of Pennsylvania.[11] In this manner, I can identify early if my anticipatory analysis does not match unfolding events, and adjust it as needed.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials, my expert opinion on the issues laid out above follows. Section III of this report provides background on the evolution of the Islamic State of Iraq (ISI). Section IV describes the Syrian Arab Republic's support for the Zarqawi organization from 2000-08. Section V details the Islamic State of Iraq's culpability in the deaths of Byron Wayne Fouty and Alex Ramon Jiménez. Section VI describes the Zarqawi organization's use of torture as a strategy throughout the period relevant to this case. Section VII further establishes the Zarqawi organization's routine practice of beheading its captives.

## III.    The Evolution of the Islamic State of Iraq (ISI)

Since its emergence in 1993, the Zarqawi organization has undergone several name changes. Those changes are indicated in the following chart:

| Name employed | Years used |
| --- | --- |
| Bayat al-Imam | c. 1993-1999 |
| Jund al-Sham | c. 1999-2004 |
| Jamaat al-Tawhid wal-Jihad | 2004 |
| Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq) | 2004-2006 |
| Majlis Shura al-Mujahedin fi al-Iraq (Mujahedin Shura Council) | 2006 |
| Islamic State of Iraq (ISI) | 2006 – 04/2013 |

While the group's leadership, decision-making and agenda evolved over time, as is the case for any organization, in no case did the group's change in names represent a fundamental shift away from the previous iteration.[12] Rather, new names and rebrands were part of a continuous pattern for the

---

[11] Philip E. Tetlock and Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).
[12] I previously testified about this conclusion in another case that was heard by the District of Columbia District Court. In that case, the Court agreed with my conclusions:

Zarqawi organization—which alternatively adopted the monikers Bayat al-Imam, Jund al-Sham, JTJ, AQI, MSC, and ISI—and did not change the core of what it was. There was clear continuity of leadership, ideology, and strategy from one name to the next.

*A short biography of Abu Musab al-Zarqawi*

Ahmed Fadil al-Nazal al-Khalayleh, better known as Abu Musab al-Zarqawi, attained international notoriety for his brutality and also his success as a militant leader. Zarqawi and his network were responsible for some of the worst atrocities committed in Iraq during the height of the country's civil war. This made Zarqawi one of the world's most wanted men, with the U.S. government offering the same reward amount for him as it did for Osama bin Laden.[13] He was directly responsible for a wave of assassinations, hostage takings and beheadings that lasted until a U.S. airstrike killed him in 2006. Sadly, the wave of brutality that Zarqawi unleashed did not die with him.



*Abu Musab al-Zarqawi*

Zarqawi was born in 1966 in the Jabal Alabiad area of Zarqa, Jordan, to a poor, conservative family belonging to the Bani Hassan tribe.[14] Known as a thug in his early life, as a youth he generally did not attend religious services. In a well-regarded biographical account of Zarqawi, Mary Anne Weaver describes the interviews she conducted in Jordan with people who knew him during this period:

> Everyone I spoke with readily acknowledged that as a teenager al-Zarqawi had been a bully and a thug, a bootlegger and a heavy drinker, and even, allegedly, a pimp in Zarqa's underworld. He was disruptive, constantly involved in brawls. When he was fifteen (according to his police record, about which I had been briefed in Amman), he participated in a robbery of a relative's home, during which the relative was killed. Two years later, a year shy of graduation, he had dropped out of school. Then, in 1989, at the age of twenty-three, he traveled to Afghanistan.[15]

---

Although effectively the same organization throughout, the Zarqawi Terrorist Organization operated under various names during the time period relevant to this case, including, among others, "Jamaat al-Tawhid wal-Jihad" ("JTJ"), "al-Qaeda in Iraq" ("AQI") and "Mujahidin Shura Council" ("MSC"). Despite these name changes, Plaintiffs presented undisputed expert testimony that the Zarqawi Terrorist Organization's ideology, strategy and leadership remained consistent throughout this period. Gartenstein-Ross T2-59; Ex. 37 (Expert Report of Dr. Daveed Gartenstein-Ross), at 1 ("At no point from 1999-2007 did the Zarqawi organization undergo such a fundamental transformation that its various iterations during this period cannot be considered a continuation of one another."). The Court accordingly continues to refer to this group uniformly as the Zarqawi Terrorist Organization.

*Foley v. Syrian Arab Republic*, No. 11-699, U.S. Dist. LEXIS 56395 (D.D.C., April 13, 2017), pp. 12-13.

[13] Federal Bureau of Investigation, press release, "FBI Updates Most Wanted Terrorists and Seeking Information—War on Terrorism Lists," February 4, 2006; "U.S. Raises Zarqawi Reward to $25m," CNN, July 1, 2004.

[14] Fouad Hussein, *Al-Zarqawi: The Second Generation of al-Qaeda* (London, 2005, translated from Arabic), p. 7.

[15] Mary Anne Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi," *The Atlantic*, July/August 2006.

Prior to leaving for Afghanistan, Zarqawi underwent a religious awakening at Zarqa's al-Falah mosque. In his well-regarded scholarly volume on ISIS, Brian Fishman notes that Zarqawi's mother first enrolled him in religious classes, "no doubt hoping to keep him out of a life of crime."[16] Following his turn toward piety, Zarqawi hoped to fight the Soviet Union in Afghanistan. The Soviet occupation of that country became a major magnet for "foreign fighters" like Zarqawi. Though Zarqawi arrived too late to fight in the anti-Soviet jihad, he did join the transnational jihadist movement during his time in Afghanistan.

Al-Qaeda leader Osama bin Laden was then in Afghanistan, and Zarqawi trained for combat in the Sada camp, which bin Laden ran.[17] Zarqawi also met fellow Jordanian Abu Muhammad al-Maqdisi (born Isam Muhammad Tahir al-Barqawi) in Afghanistan. Maqdisi was, and remains, a renowned Salafi jihadist cleric. He became Zarqawi's ideological mentor.[18] Zarqawi also built relationships with other jihadists in Afghanistan that allowed him to form the Zarqawi organization, the militant outfit that would undergo several name changes, and that would ultimately become known as ISIS years after its founder's death.

This background section now briefly turns to the evolution of the early Zarqawi organization through several name changes.

### Bayat al-Imam/Jund al-Sham

While in Afghanistan, Zarqawi and Maqdisi established their own militant Islamist group.[19] Composed of around a dozen men, it was known by police and reporters as Bayat al-Imam (Allegiance to the Imam). But members of the group reportedly referred to their organization instead as Tawhid wa-l-Jihad (Monotheism and Jihad).[20] The group's primary goal was to overthrow Jordan's monarchy and replace it with an Islamic government.

This group naturally attracted Jordanian authorities' attention. Zarqawi and Maqdisi returned to Jordan in 1993, and authorities arrested them the following year. Fishman notes that, prior to their arrest, their group "tried several ill-fated attacks," and they were finally apprehended "after members attacked a Jordanian border crossing with Israel, likely in an effort to torpedo the ongoing peace negotiations."[21] Both men were convicted on terrorism charges, and were sentenced to 15 years in prison.[22]

Zarqawi's years in Jordanian prison were pivotal to his militant career. Journalist Abdallah Abu Rumman, who met Zarqawi in prison in September 1996, when Abu Rumman was also incarcerated, recalled that Zarqawi's organization was "amongst the strongest and most influential" associations in the prison.[23] Zarqawi had a strong leadership style, and "was able to control everyone and organize all

---

[16] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), loc. 207 of 8220.

[17] Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi."

[18] Ibid; see also Didier Francois, "Top Billing," *Libération* (Paris; original in French), June 13, 2005.

[19] Weaver, "The Short, Violent Life" (quoting the account of Abu Muntassir Bilah Muhammad, who was also one of Bayat al-Imam's co-founders).

[20] Didier Francois, "Top Billing."

[21] Fishman, *The Master Plan*, loc. 257 of 8220.

[22] George Michael, "The Legend and Legacy of Abu Musab Al-Zarqawi," *Defence Studies* 7:3 (2007), p. 340.

[23] *Al-Sharq al-Awsat*, March 8, 2004.

the details of relations within the group."[24] Eventually Zarqawi eclipsed the more accommodation-minded Maqdisi, and became the emir of the prison group.[25]

Bayat al-Imam maintained links to militants beyond the prison walls. Prisoners' family members routinely smuggled out religious tracts written by Maqdisi. Prominent London-based Salafi jihadist cleric Abu Qatada al-Filistini in turn published writings by Bayat al-Imam members in his magazine *Al-Minhaj*, thus allowing prominent jihadists like Saif al-Adl to stay abreast of the activities of their "brothers" in Jordan's prisons. Adl recalled:

> Our brother [Abu Qatada] would publish these brothers' writings in his London based
> magazine *Al-Minhaj*. We read the brother Abu Muhammad al-Maqdisi's letters as well
> as Abu Musab's. We also read the transcripts of what they said in court. Our brother
> Abu Qatada al-Filistini would always tell us that we have good brothers operating in
> Jordan.[26]

In 1999, King Abdullah II declared a general amnesty for Jordanian prisoners. Both Zarqawi and Maqdisi were released. Zarqawi promptly returned to South Asia. He was briefly arrested in Hayatabad, Pakistan for overstaying a residence permit, after which he went back to Afghanistan.[27]

Two weeks after he arrived in Kandahar, Zarqawi met with Saif al-Adl, who was then al-Qaeda's security chief.[28] Adl played an important role in facilitating al-Qaeda's partnership with Zarqawi, though there is some dispute among jihadist leaders about how central he was.[29] Adl claimed that bin Laden and Ayman al-Zawahiri were initially reluctant to associate with Zarqawi, and said that he personally counseled al-Qaeda's leadership to work with Zarqawi.[30] The leadership eventually endorsed Zarqawi establishing a military camp in the city of Herat, in western Afghanistan.[31] Bin Laden indirectly provided funding and equipment for the camp.[32] But al-Qaeda did not develop a formal, public alliance with Zarqawi at the time.

As Adl later explained, al-Qaeda did not "want Abu Musab or the other brothers in Herat to be completely subjected to us, but rather want them to operate in coordination and cooperation with us so that we could all pursue our common objectives."[33] The decision to base Zarqawi in Herat, far

---

[24] Ibid.

[25] Ibid.; Weaver, "The Short, Violent Life"; Hazim al-Amin, "Al-Zarqawi's Followers in Jordan Visit Their Shaykhs in Jail and Wait for the Chance to Join Abu Musab in Iraq," *Al-Hayah* (London; original in Arabic), December 14, 2004.

[26] Hussein, *Al-Zarqawi*; see also Weaver, "The Short, Violent Life" (noting how Maqdisi's tracts "were smuggled out" of the prison by the wives and mothers of inmates).

[27] Jean-Charles Brisard and Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (New York: Other, 2005),  p. 66; Hussein, *Al-Zarqawi*.

[28] Hussein, *Al-Zarqawi*.

[29] Adl has framed himself as central to overcoming the initially heavy skepticism that bin Laden and Zawahiri had toward Zarqawi. But bin Laden disputed this, and pointed to at least one factual error in Adl's account. See discussion in Fishman, *The Master Plan*, locs. 459-63 of 8220. This factual dispute amongst jihadists is not material to my conclusions in this section.

[30] Hussein, *Al-Zarqawi*.

[31] Ibid.; see also Hazim al-Amin, "Al-Zarqa Produces al-Khalayleh and al-Maqdisi, and the Returnees from Kuwait Rallied Around Them," *Al-Hayah* (London; original in Arabic), December 15, 2004.

[32] Hussein, *Al-Zarqawi*.

[33] Ibid.

from al-Qaeda's operational bases in eastern Afghanistan, reflected al-Qaeda's decision to give Zarqawi considerable autonomy as he built his organization.

During his time in Herat, Zarqawi developed outreach and recruitment operations in Jordan and Syria, and grew the number of militants in the camp.[34] He focused in particular on recruiting fighters from "Bilad al-Sham," a region that includes Jordan, Syria, Lebanon, and historic Palestine.[35] Consistent with what would become a longstanding pattern of adopting new monikers without substantively changing the organization, the Zarqawi organization's network in Herat became known as Jund al-Sham (Soldiers of the Levant), though the banner above the entrance to the Herat camp read *Tawhid wal-Jihad*—which, as mentioned, is the name by which insiders referred to the group during this period.[36] Graduates of the Herat camp would later take part in notable plots, including the 2002 assassination of Laurence Foley in Amman.[37]

Shortly after the establishment of the Herat camp, Zarqawi tasked Abu Abdel Rahman al-Shami, a fellow Jordanian militant, with expanding his network into northern Iraq.[38] On September 1, 2001, Shami helped form the group Jund al-Islam with Kurdish jihadist leader Abu Abdullah al-Shafi'i and Iraqi militant Abu Wa'il. Following the 9/11 attacks, Jund al-Islam merged with a Kurdish jihadist organization operating in northern Iraq known as Ansar al-Islam.[39]

The U.S. invasion of Afghanistan in late 2001 forced Zarqawi and around 300 Jund al-Sham members to relocate from Herat.[40] Zarqawi and a number of his followers moved through Iran into northern Iraq, and finding refuge with Ansar al-Islam.[41] Thereafter, though Zarqawi expanded his organization into other countries in the region, his main focus was on building his organization in Iraq.

The Zarqawi network took on the name Jamaat al-Tawhid wa-l-Jihad (JTJ) before becoming known as al-Qaeda in Iraq.[42]

### Al-Qaeda in Iraq

In October 2004, Zarqawi pledged *bayat* (an oath of allegiance) to bin Laden, and JTJ became al-Qaeda's first official affiliate. When it did so, the group adopted the moniker Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda of Jihad Organization in the Land of Two Rivers). The group was better known as al-Qaeda in Iraq (AQI). By joining al-Qaeda, Zarqawi gained access to an international fundraising, facilitation and recruitment network, while retaining much of his autonomy.

---

[34] Ibid.

[35] Weaver, "The Short, Violent Life"; Fawaz Gerges, *ISIS: A History* (Princeton: Princeton University Press, 2016), p. 66.

[36] Hussein, *Al-Zarqawi*; Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p.13.

[37] Weiss & Hassan, *ISIS*, p. 13.

[38] Ibid., p. 14.

[39] Hussein, *Al-Zarqawi*.

[40] Mary Anne Weaver, "The Short, Violent Life"; Hussein, *Al-Zarqawi*.

[41] Isma'il Zayir, "Dozens of Arab Afghans 'Slip' Into Northern Iraq," *Al-Hayah* (London; original in Arabic), February 1, 2002; Husni Mahalli, "Another 'al-Qaeda' and New Mullahs in Iraqi Kurdistan; Will Kurdistan Become Tora Bora?," *Al-Majallah* (original in Arabic), February 10, 2002.

[42] The origins of the JTJ moniker can be traced back to Zarqawi's days as the leader of Bayat al-Imam in Suwaqah prison. It was another of the many names that the jihadists in Suwaqah prison used to refer to themselves. Hussein, *Al-Zarqawi* (quoting Maqdisi on this point). There is no consensus among observers as to when the Zarqawi organization adopted the JTJ name publicly. According to journalist Fouad Hussein, whose interviews with Saif al-Adl and other Zarqawi associates gave him impressive access to the network's inner workings, Zarqawi's group formally announced itself as JTJ at the beginning of 2004. Ibid.

Zarqawi's network retained organizational continuity and cohesion even as it became an al-Qaeda affiliate. Its leadership structure and membership ranks remained intact. Those who had worked with Zarqawi in the early days of JTJ either maintained their positions within the organization or grew in stature—part of a natural process of promotion—once Zarqawi formally aligned with al-Qaeda.[43]

*The Mujahedin Shura Council (MSC)*
On January 15, 2006, AQI's deputy emir, Abu Maysarah al-Iraqi, announced the establishment of the Majlis Shura al-Mujahidin fi al-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group comprised of six Iraqi Sunni militant factions. These factions were AQI, the Victorious Sect Army, the Monotheism Supporters Brigades (Saraya Ansar al-Tawhid), the Islamic Jihad Brigades (Saraya al-Jihad al-Islami), the Al-Ghuraba (Foreigners) Brigades, and the Al-Ahwal (Fear) Brigades.[44] As Brian Fishman notes in his book *Master Plan*, Abu Bakr al-Baghdadi came into AQI's orbit weeks later, when the group Ahl al-Sunnah wa al-Jama'a Army, in which Baghdadi served as the emir of the Sharia Committee, officially joined the MSC on January 29.[45]

Though the MSC purported to function as a coalition, the group was AQI's brainchild, born out of strategic necessity. At this time, AQI faced growing criticism from local Iraqi groups for representing a foreign agenda and conducting indiscriminate terrorist attacks against civilians. Facing this discontent, AQI envisioned MSC as a way to rebrand, highlighting its local origins and connections in an effort to regain the support of other Iraqi factions. Indeed, the individual chosen to lead this group was a previously unknown figure by the name of Abdallah bin Rashid al-Baghdadi, who was chosen to provide an Iraqi face to the MSC leadership.[46] Attacks in Iraq claimed by MSC during its relatively brief existence did not invoke AQI's name, seemingly in order to downplay AQI's involvement in the Iraqi insurgency, and to draw attention instead to Iraqi militants. Nonetheless, AQI quietly remained the dominant player in the Iraqi Salafi jihadist landscape.

The main thing MSC accomplished, in addition to providing a cover for AQI, was formalizing longstanding alliances between AQI and lesser-known insurgent groups. Ultimately the MSC was, like AQI and JTJ before it, a repurposed version of the group's previous iteration. The establishment of ISI, described in the following section, can be understood as a continuation of this strategy of rebranding and expansion in an effort to gain greater support and legitimacy not only within the Iraqi insurgent landscape but within the global Muslim community.

---

[43] Leaders within the organization demonstrating this continuity include Abu al-Ghadiyah (born Sulayman Khalid Darwish) and Abu Azzam al-Iraqi (also known as both Abdallah Najm Abdallah Muhammad al-Jawari, and also Abdallah Abu Azzam). See Muhammad Abu Rumman, "Sulayman Khalid Darwish, also known as Abu al-Ghadiyah, One of the Most Prominent Leaders of the Al-Qaeda Organization in Iraq Killed," *Al-Ghadd* (Amman; original in Arabic), June 25, 2005; U.S. Department of the Treasury, "Syrian National Designated by U.S. as Terrorist Financier," January 25, 2005 (designating al-Ghadiyah); Media Division of the Mujahedin Shura Council in Iraq, "Biographies of Eminent Martyrs, Part XLV: Abu Zahra al-Issawi," July 18, 2010 (providing early background on Abu Azzam); Al-Sharqiyah television, September 28, 2005 (reporting Abu Azzam's elevation to AQI's emir in Baghdad); Al-Furqan Media Production Establishment, "From History's Secrets: Al-Zarqawi As I Knew Him, Part 1," September 7, 2007 (describing Abu Azzam's elevation to AQI's *shura* council).

[44] See, e.g., Muhammad al-'Ubaydi, Nelly Lahoud, Daniel Milton & Bryan Price, *The Group That Calls Itself a State: Understanding the Evolution and Challengers of the Islamic State* (West Point: Combating Terrorism Center, 2014).

[45] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* (New Haven, CT: Yale University Press, 2016), p. 151.

[46] Ibid., p. 79.

*Islamic State of Iraq (ISI)*
On October 15, 2006, the Majlis Shura al-Mujahidin fi al-Iraq (better known as the Mujahedin Shura Council, or MSC) announced its establishment of the Islamic State of Iraq (ISI).[47] Consistent with the jihadist organization's decision to form the MSC just ten months prior, this was part of a continued effort to gain greater legitimacy and unify the Iraqi Sunni militant factions not yet encompassed under the MSC umbrella.

Though Zarqawi died before the creation of ISI, its establishment advanced AQI's longstanding strategic objectives. According to the aforementioned al-Qaeda leader Saif al-Adl, establishing an Islamic state in Iraq was one of Zarqawi's core goals in relocating to the country.[48] Indeed, in 2005, al-Qaeda's deputy emir Ayman al Zawahiri had articulated the establishment of an Islamic emirate as one of the jihadists' earliest priorities for Iraq, in a letter he wrote to Zarqawi:

> [I]t is my humble opinion that the Jihad in Iraq requires several incremental goals: The first stage: Expel the Americans from Iraq. The second stage: Establish an Islamic authority or amirate, then develop it and support it until it achieves the level of a caliphate- over as much territory as you can to spread its power in Iraq, i.e., in Sunni areas, is in order to fill the void stemming from the departure of the Americans, immediately upon their exit and before un-Islamic forces attempt to fill this void.[49]

Following Zarqawi's death in June 2006, Zawahiri used his eulogy for Zarqawi to re-emphasize this strategic priority. He stated, "My Mujahid brothers in Iraq, know that the Islamic Ummah has put its hope in you, and that you must establish an Islamic state in Iraq, then make your way towards captive Jerusalem and restore the Caliphate which was toppled through the cooperation of the Crusaders and the traitorous slaves of the English."[50] According to a 2008 interview with ISI's war minister Abu Hamzah al-Muhajir, Zarqawi organization members began consulting with various insurgent leaders to lay the groundwork and build support for the establishment of the Islamic State of Iraq around the time of the release of Zawahiri's eulogy.[51]

Indeed, Brian Fishman notes that while ISI was largely viewed in the West as "just another rebranded AQI," the group in fact "immediately set out to build a scalable bureaucratic framework that would eventually define the Islamic State during the Syrian civil war."[52] Fishman outlines a number of concrete bureaucratic steps that ISI took during this period. Among other things, the group:

- Named a cabinet, including Ministries of Agriculture and Marine Wealth, Oil, and Health;

- Executed small-scale public works projects, like irrigation canals;

---

[47] Majlis Shura al-Mujahidin fi al-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.
[48] Cole Bunzel, *From Paper State to Caliphate: The Ideology of the Islamic State* (Washington, DC: Center for Middle East Policy at Brookings Institute, 2015), p. 15.
[49] Zawahiri's letter to Zarqawi can be found at https://ctc.usma.edu/app/uploads/2013/10/Zawahiris-Letter-to-Zarqawi-Translation.pdf.
[50] Ayman al-Zawahiri, eulogy of Abu Muhammad al-Zarqawi, posted on the Islamic Renewal Organization's website, June 24, 2006.
[51] Abu Hamzah al-Muhajir, audio interview, posted by Al-Furqan Media Production Establishment, October 24, 2008.
[52] Fishman, *The Master Plan*, loc. 1794 of 8220.

- Managed health and safety regulations, including setting speed limits on roads;

- Created an internal bureaucracy for political and military administration;

- Called on "Muslim brothers around the world, especially those neighboring our dear state" to emigrate, and promised to "provide them with benefits and expertise";

- Enforced strict financial accounting procedures;

- Completely rebranded all of its propaganda;

- Enforced rigorous pay scales and cared for the family of deceased fighters;

- And recruited members with a range of administrative and scientific backgrounds, not just military experience.[53]

While this bureaucratic framework is significant, it did not result in ISI becoming a fundamentally different organization, rather than an extension of the Zarqawi organization. The continuity between MSC and ISI will be detailed subsequently.

It should be noted that the creation of a "state" apparatus was no mere pipe dream on the part of the Zarqawi organization. The organization had experienced significant military successes, particularly in Iraq's majority-Sunni Anbar province. A report about that province written by Col. Peter Devlin on August 17, 2006, shortly before the ISI was announced, provided a stark assessment, describing the Zarqawi organization as the "dominant organization of influence" in Anbar.[54] (Consistent with the custom of the U.S. government at the time, Devlin continued to refer to the jihadist group as AQI despite its various name changes, thus reflecting the U.S.'s assessment that there was overall continuity in the organization.) Col. Devlin assessed the Zarqawi organization as having surpassed not only nationalist insurgents but also Iraq's government and coalition forces in the day-to-day life of average Sunnis. In fact, Devlin concluded that the Zarqawi organization had "become an integral part of the social fabric of western Iraq." Though most Sunnis in Anbar disliked the Zarqawi organization, many saw it as an inevitable part of their lives, as well as a possible means of protection from physical threats they faced. By late 2006, the Zarqawi organization was able to control territory inside Iraq that was larger in size than New England.[55] To many observers, the situation—with fighting between Sunnis and Shiites, the rise of the Zarqawi organization, powerful Shia militias, and sophisticated improvised explosive device technology that took a daily toll—seemed hopeless, and the war lost.

But ISI would encounter a significant challenge that ultimately led to the group's defeat—though it would, of course, powerfully reemerge in the post-Arab Spring environment. Though the Zarqawi organization had tried to mask its activities in Iraq under the pretense of an Iraqi-led insurgent coalition, many Sunni tribal leaders had long been disgusted by the group, and saw the jihadist organization for what it was: a brutal organization, foreign in its conception, that was trying to forcibly

---

[53] Ibid., locs. 1801-08 of 8220.

[54] Col. Peter Devlin, "State of the Insurgency in al-Anbar," intelligence assessment, August 17, 2006, p. 2.

[55] Peter L. Bergen, *The Longest War: The Enduring Conflict between America and al Qaeda* (New York: Free Press, 2011), p. 271.

impose an oppressive form of the Islamic faith that was alien to Iraq. Just before ISI's formation, in September 2006, around 30 of these leaders held a meeting to formally voice their opposition to the Zarqawi organization and form a coalition called *Majlis inqadh al-Anbar*, or the Anbar Salvation Council, to combat the al-Qaeda elements in their midst.[56] This was the genesis of what would popularly become known as the Awakening movement.

The establishment of the Awakening, which would become one of the bulwarks against the Zarqawi organization's expansion in Iraq between 2007 and 2008, prompted the leaders of the Zarqawi organization to try to rally tribal support to counter this growing opposition.[57] On October 12, 2006, just days before the announcement of ISI's establishment, the MSC formed its own tribal coalition, the Hilf al-Mutaiyabin (which translates to "Alliance of the Perfumed Ones").[58] MSC's coalition included not only the MSC, but also several members of the Sunni clans, and three other militant organizations: Jaysh al-Fatihin, Jund al-Sahaba, and Katab Ansar al-Tawhid wal-Sunna.[59] Three days later, when MSC announced the establishment of ISI, the latter two groups were listed as founding members.

When the MSC rebranded to ISI, the coalition appeared to have added seven new member organizations since its founding: Ahl al-Sunnah wal-Jama'a Army, al-Murabitin Brigades, Jund al-Sahabah Group, Katab Ansar al-Tawhid wal-Sunna, Kurdistan Brigades, Millat Ibrahim Brigades, and Fursan al-Tawhid Brigades. Close examination of the founding member groups reveals that four were MSC holdovers, and one group had former affiliations with AQI. In other words, only two organizations lacked previous affiliation to the MSC or AQI. This again underscores the ISI as a group that was dominated by the Zarqawi organization. Here is a brief look at the founding members of ISI:

- *Jund al-Sahabah Group & Katab Ansar al-Tawhid wal-Sunna*. Both the Jund al-Sahabah Group and Katab Ansar al-Tawhid wal-Sunna were members of the Hilf al-Mutaiyabin Coalition, and thus affiliates of the MSC before they joined ISI.

- *Al-Murabitin Brigades*. Similarly, though it is not clear exactly when al-Murabitin Brigades joined the MSC, it is clear that by May 2006, the brigade was one of the eight member organizations in the coalition. Indeed, in a MSC video entitled "Call to Unite Ranks of Mujahidin in Land of the Two Rivers," MSC highlights the organizations united under its banner—the two notable additions since its statement being Ahl al-Sunnah wal-Jama'a Army and al-Murabitin Brigades.[60]

[56] *Al-Bayyinah al-Jadidah* (Arabic), September 20, 2006 (reporting on Shaykh Abdul Sattar al-Rishawi convening a "war council" to oppose AQI).
[57] Myriam Benraad, "Iraq's Tribal 'Sahwa': Its Rise and Fall," *Middle East Policy* 18:1, Spring 2011.
[58] Paul Kamolnick, *Al-Qaeda & Islamic State: History, Doctrine, Modus Operandi & U.S. Strategy to Degrade and Defeat Terrorism Conducted in the Name of Sunni Islam* (Madison & Adams Press, 2017). The coalition's name was meant to invoke the original *Hilf al-Mutayyabin*. It was an "oath of solidarity and allegiance" sworn by members of the Quraysh tribe during the time of the Prophet Muhammad, which promised to put unity before tribal alliances when faced with oppression or injustice. See discussion in Muhammad Mohar Ali, *Sirat al-Nabi and the Orientalists* (Medinah: King Fahd Complex for the Printing of the Holy Quran & Centre for the Service of Sunnah and Sirah, 1997).
[59] Mujahedin Shura Council, announcement of new alliances, October 12, 2006. This announcement was reported contemporaneously in several Western press outlets, including AFP.
[60] Mujahedin Shura Council, "Call to Unite Ranks of Mujahidin in Land of the Two Rivers," part 3, posted to the al-Meer Forums, May 16, 2006.

- *Ahl al-Sunnah wal-Jama'a Army.* Established in 2003, Ahl al-Sunnah wal-Jama'a Army began exhibiting ideological affinity with the Zarqawi organization as early as 2005, and began cooperating with AQI on the battlefield in early 2006.[61] In one statement attributed to the Central Office of the Ahl al-Sunnah wal-Jama'ah Army and published to a jihadist forum in December 2005, the group "exalted" Zarqawi and bin Laden, and condemned Iraqi media for sowing discord and disunity among Iraqi jihadist groups.[62] About one month later, Ahl al-Sunnah wal-Jama'ah Army issued its first video production. In it, the group again highlighted key al-Qaeda figures like bin Ladin, Zarqawi and Zawahiri, and stressed the need to mitigate against the "political divisions" among Muslim insurgent groups.[63] Less than a week later, a jihadist website published undated statements attributed to the Ahl al-Sunnah wal-Jama'ah Army, claiming responsibility for an attack in Diyala against the al-Mahdi Army, in coordination with "a unit belonging to al-Qaeda Organization."[64] On January 28, 2006, the emir of the Ahl al-Sunnah wal-Jama'ah Army issued a statement expressing a desire to join the MSC, and the following day, MSC welcomed the group into its ranks.[65] The emir of the Sharia Committee for Ahl al-Sunnah wal-Jama'ah Army at this time was the future ISIS emir Abu Bakr al-Baghdadi.[66]

- *Kurdistan Brigades.* Though the Kurdistan Brigades do not appear to have ever joined the MSC, the group had clear ties to al-Qaeda. In May 2007, AFP described the group as "an Ansar-allied group calling itself the 'Kurdistan Brigades of al-Qaeda.'"[67] Following the incorporation of the Kurdistan Brigades into ISI, the group continued to identify with al-Qaeda. In a statement featured on Al-Arabiyah's program "Death Industry" in November 2008, the group reiterated its pledge to ISI and specifically stressed its al-Qaeda affiliation.[68] And in an interview with the online Kurdish news source Kurdistani Nuwe in May 2011, the head of the Iraqi Kurdish Anti-Terror Agency, Lahur Talabani, drew direct connections between al-Qaeda leadership and officials within the Kurdistan Brigades.[69]

- *Millat Ibrahim Brigades & Fursan al-Tawhid Brigades.* The final groups highlighted as founding members of ISI, Millat Ibrahim Brigades and Fursan al-Tawhid Brigades, are the only two groups that seemed to have no prior ties to AQI or MSC. However, a BBC Monitoring report released shortly after the MSC announced the pledge of allegiance from Millat Ibrahim Brigades and Fursan al-Tawhid Brigades questions the existence of these groups, describing them as "previously unknown battalions."[70]

---

[61] Charles Lister, "Islamic State Senior Leadership: Who's Who?" The Brookings Institute, December 2014, https://www.brookings.edu/wp-content/uploads/2014/12/en_whos_who.pdf.
[62] Ahl al-Sunnah wal-Jama'ah Army, statement posted to Bayt al-Maqdis Islamic Forums, December 11, 2005.
[63] Ahl al-Sunnah wal-Jama'a Army, video posted to Al-Meer Forums, January 18, 2006.
[64] Ahl al-Sunnah wal-Jama'a Army, statement posted to Shamila Net, January 23, 2006.
[65] See Ahl al-Sunnah wal-Jama'a Army, statement posted on Al-Meer Forums, January 28, 2006; Mujahedin Shura Council, statement welcoming Ahl al-Sunnah wal-Jama'a Army into its group, January 29, 2006.
[66] According to some accounts, Baghdadi founded Ahl al-Sunnah wal-Jama'a Army in late 2003. Others suggest that he only joined the group later. Regardless, by the time the group joined the MSC, Baghdadi was part of its leadership.
[67] AFP news agency, May 10, 2007.
[68] *Death Industry*, Al-Arabiyah television, November 8, 2014.
[69] Kurdistani Nuwe Online (Kurdish), May 10, 2011.
[70] BBC Monitoring, "Islamic State of Iraq Claims Two Battalions Pledged Allegiance," November 30, 2006.

In sum, the organizational makeup of the ISI demonstrates that the establishment of the "state" formalized existing alliances. This is not to say that ISI's establishment had no impact on the organization, but rather demonstrates continued dominance by the Zarqawi organization. This section now profiles several members of the ISI leadership. In many ways the makeup of ISI's leadership on the individual level mirrored the makeup of its membership on an organizational level. The leadership of ISI generally consisted of individuals with clear ties to AQI or else previously unknown Iraqi figures for which there is little to no information available even now. Here are the pedigrees of some of ISI's top leaders from the cabinet level to the regional emir level:

- *Emir: Abu Umar al-Baghdadi.* The chosen leader of ISI, Abu Umar al-Baghdadi, was an unknown figure prior to his elevation as the organization's emir.[71] Born Hamid Dawud Muhammad Khalil al-Zawi, Baghdadi originated from Anbar Province. Born into an affluent family, Baghdadi worked as a police officer for 11 years before he was fired for promoting extremist beliefs. After his termination from the police force, he became an imam.[72] Though he was relatively obscure when he became emir, according to a biography published on jihadist forums, Baghdadi's ties to the Zarqawi organization date back to as early as 2003, when he joined JTJ. He later became a member of the MSC, and served as the organization's governor of Diyala province before assuming the position of ISI's emir in the wake of Zarqawi's death.[73]

- *Minister of War: Abu Ayyub al-Masri.* Though Baghdadi held the position of ISI's emir, most analysts see him as largely a figurehead, and—despite the jihadist organization's efforts to project otherwise—the real individual calling the shots minister of war Abu Ayyub al-Masri (aka Abu Hamzah al-Muhajir). Abu Ayyub al-Masri's ties to Zarqawi and the Zarqawi organization date back to 1999, when the two trained together at the al-Faruq camp in Afghanistan.[74] Originally from Egypt, al-Masri emerged onto the jihadist scene in the 1980s as part of Ayman al-Zawahiri's group, Egyptian Islamic Jihad (EIJ). After spending time in Sudan and then Pakistan in the mid-1990s, al-Masri travelled to Afghanistan, where he became an expert in explosives.[75] In 2002, al-Masri travelled to Iraq. During his time fighting as an insurgent in the country, al-Masri joined AQI, and began working closely with Zarqawi as a "master bomb maker and terror coordinator."[76] Following Zarqawi's death, Ayman al-Zawahiri reportedly "hand-picked" al-Masri to lead the al-Qaeda-affiliated jihadist group in Iraq.[77] Prior to the formation of ISI, the Media Commission of the MSC announced Abu Ayyub al-Masri as the new emir of AQI on June 12, 2006. The establishment of ISI just four months later, as well as the selection of Abu Umar al-Baghdadi as the state's emir, shows that the jihadist organization was continuing the "Iraqization program" that Zarqawi had started—

[71] Fishman, *The Master Plan*, p. 89; *Al-Durar al-Shamiyah* (Arabic), April 5, 2014 (quoting an ISIS defector who described Abu Umar al-Baghdadi as "not known in the organization as a leader, small or big," and saying that instead he was just "a normal person").
[72] *Death Industry*, Al-Arabiyah television, May 7, 2010; Fishman, *The Master Plan*, p. 89.
[73] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami Jihadist Forum, November 20, 2014.
[74] Shaun Waterman, "Confusion Swirls Over Zarqawi Successor," UPI, June 20, 2006 (quoting information provided by Gen. William Caldwell).
[75] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami Jihadist Forum, November 20, 2014.
[76] Bill Roggio, "Abu Ayyub al Masri, Al Qaeda in Iraq's Leader, Reported Captured in Mosul," *Long War Journal*, May 8, 2008.
[77] Bill Roggio, "U.S. and Iraqi Forces Kill Al Masri and Baghdadi, al Qaeda in Iraq's Top Two Leaders," *Long War Journal*, April 19, 2010.

in other words, giving the jihadist group an Iraqi face.[78] Though al-Masri may have been the one pulling the strings within the organization, he was a foreigner and thus likely understood that he could not publicly assume leadership of the nascent state. Shortly after the MSC announced the establishment of ISI under the leadership of Abu Umar al-Baghdadi, al-Masri put out a statement urging other Iraqi insurgent groups to pledge allegiance to Baghdadi and unite under the ISI banner. He publicly declared allegiance to al-Baghdadi.[79] Despite this, U.S. analysts' assessment that Abu Ayyub al-Masri nonetheless remained the true power in the organization is explained in a publicly-available Defense Intelligence Agency document, which states that, in reality, al-Masri outranks Baghdadi: "Al Baghdadi is an Iraqi and was put in power to try and gain support for the ISI. He is more of a figurehead than a real leader. All of the orders and commands come from" al-Masri.[80]

- *Public Relations Minister/Official Spokesman: Muharib Abd al-Latif al-Juburi (aka Abu Abdullah).* Muharib al-Juburi's ties to the Zarqawi organization date back to at least 2004.[81] Following Zarqawi's death, Muharib al-Juburi continued to serve as a trusted courier for Abu Ayyub al-Masri, and, according to al-Masri, he was instrumental in establishing ISI, and securing the support of the tribal leaders in Anbar Province and Baghdad. [82] According to the esteemed Iraqi researcher Hisham al-Hashimi, following the establishment of ISI, Juburi was one of the masterminds behind the creation of the group's dedicated media arm, which would become known as Al-Furqan Establishment for Media Production.[83] Juburi managed al-Furqan and served as ISI's official spokesman until he died in April 2007.[84]

- *General Security Minister: Abu Abd-al-Jabbar al-Jannabi.* Though not a member of AQI per se, another Zarqawi organization associate within the ISI cabinet was cleric Abu Abd-al-Jabbar al-Jannabi. Prior to becoming General Security Minister of ISI, Jannabi served as the emir of the Mujahideen Shura Council in Fallujah. As the *New York Times* reported, he was known to have "provided safe haven for foreigners like Mr. Zarqawi and anyone willing to take up arms against the Americans or the interim Iraqi government."[85]

Beyond the cabinet, many regional emirs were also AQI members. Here are some notable examples:

- *Jarrah al-Shami (aka Abu Hajar).* Described by a jihadist biographer as "one of the pillars of the Islamic State of Iraq," ISI's emir of Anbar, Jarrah al-Shami, became involved in the Iraq jihadi

---

[78] This conclusion aligns with the analysis in Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 63.

[79] Abu Hamzah al-Muhajir, audio message, posted to the Islamic Renewal Organization forum, November 10, 2006.

[80] The DIA document is available at http://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FOIA-Reading-Room-Iraq/FileId/84074/.

[81] As the emir of al-Ghuraba Brigades, Muharib al-Juburi had formed an alliance with Zarqawi as early as 2004. From 2004-06, Muharib al-Juburi served as one of Zarqawi's most trusted couriers and representatives of Zarqawi organization's senior leadership. When the MSC announced its formation in 2006, al-Ghuraba Brigades became one of the founding members.

[82] Abu Hamzah al-Muhajir, audio interview, Al-Furqan Media Production Establishment, October 24, 2008.

[83] Mu'ayyad Basim, "Iraqi Researcher Reveals Organizational Structure of ISIL's Media Arm [trans. from Arabic]," *Al-Sabah al-Jadid*, June 4, 2014.

[84] Islamic State of Iraq, "The Islamic State of Iraq Brings the Good Tidings to the Muslim Nation of the Martyrdom of its Official Spokesman," World News Network website, May 3, 2007.

[85] Robert F. Worth, "Marines Find Vast Arms Cache in Falluja Leader's Mosque," *New York Times*, November 25, 2004.

scene as early as 2004, when he participated in the Second Battle of Fallujah.[86] After being imprisoned briefly in 2005, al-Shami joined up with Zarqawi. During his career in the Zarqawi organization, al-Shame was promoted to the military amir of Jazirat al-Ramadi, then the emir of Anbar Province. He continued to serve as the emir of Anbar Province after the ISI was established, and continued in his position until his death in 2007.

- *Abu-Qaswarah al-Maghribi (aka Muhammad Mumu Maruf)*. Described by AFP as having "ties" to Zarqawi, Abu Qaswarah al-Maghribi was considered "al-Qaeda's number two in Iraq" before his death in October 2008.[87] While little is known about his trajectory within AQI, according to a biography published by the jihadist al-Battar Media Foundation, in addition to being AQI's second in command, he was also ISI's "emir of Northern Iraq."[88] Following his death, ISI's media arm al-Furqan Media Production Establishment published an 8-minute audio statement by Abu Umar al Baghdadi eulogizing the slain leader.[89]

- *Manaf Abd al-Rahim al-Rawi*. Longtime Zarqawi associate Manaf Abd al-Rahim al-Rawi, a veteran member of AQI, ultimately served as ISI's Baghdad emir. As Brian Fishman explains, "al-Rawi was not part of the jihadi inner circle, but he was adjacent to it."[90] Recruited by the aforementioned Abu Abd al-Rahman al-Falahi in 2003, al-Rawi began his jihadist career as the driver and assistant to Abu Muhammad al-Lubnani, one of Zarqawi's most trusted advisors.[91] In a 2010 television interview aired on *Al-Iraqiyah*, al-Rawi described his relationship with Lubnani as "very close," and recounted his experience working in proximity to the leaders of the nascent Zarqawi organization, such as Zarqawi and Abu Anas al-Shami.[92] In 2004, al-Rawi participated in the major battles in Fallujah, during which he met other notable jihadist figures. In June 2004, U.S. forces arrested al-Rawi, and he was imprisoned in Camp Bucca, a U.S. military prison later known for housing some of the most radical elements of the Iraqi jihadist movement, including Abu Bakr al-Bagdadi. After his release three and a half years later, al-Rawi leveraged the contacts he had made in prison, as well as his pre-incarceration jihadist connections, to rejoin AQI.[93] With the help of al-Masri, al-Rawi secured a position as deputy to Hajji Abd al-Wahid, the head of ISI in Baghdad. When al-Wahid was demoted a year later, al-Rawi took over.[94] From 2008 until he was arrested again in 2010, al-Rawi directed ISI's deadly operations and activities in Baghdad and Anbar province, including attacks and assassinations. Al-Rawi became one of Abu Ayyub al-Masri's most trusted associates, and was put in charge of coordinating and distributing messages to and from the top echelons of ISI's leadership.[95] This trust ultimately led to al-Masri's demise. In March 2010, Iraqi forces arrested al-Rawi, and a few weeks later he gave up the names of two key ISI couriers. This information allowed U.S. forces to find, and kill or capture, the top leaders of ISI.[96]

[86] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami Jihadist Forum, November 20, 2014.
[87] "Swede Killed Was AQ Second in Command in Iraq," Agence France-Presse, October 15, 2008.
[88] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami Jihadist Forum, November 20, 2014.
[89] Abu Umar al-Baghdadi, video released by Al-Furqan Media Production Establishment, October 22, 2008.
[90] Fishman, *The Master Plan*, p. 141.
[91] Ibid., p. 140.
[92] Al-Iraqiyah Television, May 12, 2010.
[93] Ibid.
[94] Ibid.
[95] *Al-Durar al-Shamiyah*, April 5, 2014 (reporting the testimony of ISIS defector Abu Ahmad).
[96] Michael R. Gordon & Bernard E. Trainor, *The Endgame: The Inside Story of the Struggle for Iraq, from George W. Bush to Barack Obama* (New York: Vintage Books, March 2013), p. 622.

In April 2010, U.S. and Iraqi forces raided a safe house north of Baghdad and killed ISI leaders Abu Ayyub al-Masri and Abu Umar al-Baghdadi. The blow was seen as the biggest hit inflicted upon the organization since the death of Abu Musab al-Zarqawi in 2006. Around one month later, on May 16, 2010, ISI announced the selection of a new emir, Abu Bakr al-Baghdadi al-Husayni al-Qurashi, the man who would lead the group's resurgence.[97] This iteration of the organization would become notorious globally when it was known as the Islamic State, or ISIS.

## IV.   Syrian Support for the Zarqawi Organization from 2000-08

Syria's considerable support for the Zarqawi organization was intended to undermine coalition efforts in Iraq. This desire to see the United States defeated in Iraq was articulated explicitly by Syrian officials, from the very earliest days of the U.S. invasion. Addressing the country's parliament in March 2003—the month of the U.S. invasion—Syria's then-foreign minister Farouq al-Sharra said that "Syria has a national interest in the expulsion of the invaders from Iraq."[98] Though Syria's involvement with the Zarqawi network oscillated between tacit approval (which allowed for some plausible deniability) and blatant support, evidence of such support from around 2002 to around 2008 is well documented, and has been established by credible analysts and also numerous court opinions.[99]

*Syria's Role as a Transit Point and Safe Haven for Militants.* Syria's role as the primary transit point for militants heading to Iraq, as well as a permissive operating environment for Zarqawi network operatives stationed there, has been outlined and verified by insider accounts, official U.S. government statements, captured documents and data, and contemporaneous open-source reporting. For example, a June 2005 *Washington Post* article provides the account of 32-year-old trafficker, Abu Ibrahim, who had been smuggling foreign fighters from Syria into Iraq since as early as 2003. Describing the operating environment in Syria before the U.S. invasion, Abu Ibrahim detailed his work for Abu Qaqaa, a Syrian cleric who is best known for his role in recruiting AQI fighters.[100] (Abu Qaqaa is described in further detail below.) Describing himself as Abu Qaqa's "right-hand man," Abu Ibrahim explained the latitude that Abu Qaqaa's operation enjoyed in Syria. According to Abu Ibrahim, mere weeks after the 9/11 attacks, "the group felt bold enough to celebrate in public in Aleppo with a 'festival,' as it was called, featuring video of hand-to-hand combat and training montages of guerrillas leaping from high walls."[101]

Abu Qaqaa was arrested as a result of his sponsorship of this festival, as it came at a very sensitive time, less than a month after the 9/11 attacks, when the U.S. enjoyed its maximum ability to exert pressure internationally. But even at that charged time, Abu Qaqaa was released within mere hours of his arrest. Abu Ibrahim recalled that by 2002 these festivals were featured biweekly, and were even attended by "Syrian security officials and presidential advisors." Abu Qaqaa and his supporters found

---

[97] See "God Is Great, A Statement of the Islamic State of Iraq's Shura Council [trans. from Arabic]," posted to Al-Fallujah Islamic Forums, May 16, 2010.

[98] Neil MacFarquhar, "Syria Wants U.S. To Lose War, Its Foreign Minister Declares," *New York Times*, March 31, 2003.

[99] While I have reached my own conclusions with respect to Syria's support to the Zarqawi organization/AQI, I am indebted in particular to the research of David Schenker. Some of the evidence discussed herein has been outlined in his prior testimonies in *Thuneibat v. Syrian Arab Republic* and *Gates v. Syrian Arab Republic*. In both cases, the district court found his analysis and evidence to be legitimate and compelling (as shown by the Findings of Fact in both judgments).

[100] Ghaith Abdul-Ahad, "Outside of Iraq But Deep in the Fight," *Washington Post*, June 8, 2005.

[101] Ibid.

themselves with a level of authority that "rivaled that of the Amn Dawla, or state security."[102] This included the authority to engage in *hisba*-oriented violence and intimidation designed to uphold a strict version of *sharia* (Islamic law). Flexing these muscles, Abu Qaqaa's men even broke into "houses in the middle of the night to confront people accused of bad behavior."[103] Significantly, the *Washington Post* article observes:

> In a dictatorship infamous for its intolerance of political Islam, such freedom made some of the cleric's lieutenants suspicious. "We asked the sheik why we weren't being arrested," said Abu Ibrahim. "He would tell us it was because we weren't saying anything against the government, that we were focusing on the common enemy, America and Israel, that beards and epaulets were in one trench together."[104]

Syria's support for insurgents quickly became apparent to U.S. officials. America invaded Iraq in March 2003, and before the end of that month, U.S. Secretary of Defense Donald Rumsfeld had already "accused Syria of allowing military supplies to be transported across its border to Iraq."[105] Thus, the U.S. tried to pressure the Syrian regime. Yet Abu Ibrahim's account illustrates how the regime's response was designed to maintain its support for the insurgency, as it shifted its posture from a policy of blatant facilitation of insurgents to one of tacit acceptance masked by disingenuous crackdowns. The *Washington Post* explains:

> In the first days of the war, fighters swarmed into Iraq aboard buses that Syrian border guards waved through open gates, witnesses recalled. But late in 2004, after intense pressure on Damascus from the Bush administration, Syrian domestic intelligence services swept up scores of insurgent facilitators. Many, including Abu Ibrahim, were quietly released a few days later. In the months since, the smugglers have worked in the shadows. In a series of interviews carried out in alleyways, a courtyard, a public square and a mosque, Abu Ibrahim was being visibly followed by plainclothes agents of the security service, Amn Dawla. In December, the service confiscated his passport and national identity card. His new ID was a bit of cardboard he presented each month to his minders; the entries for April and May were checked.[106]

Contemporaneous public statements from U.S. officials further underscore the importance of Syrian support for the insurgency by highlighting America's frustration with the volume of fighters and military supplies entering Iraq from Syria at the time. As alluded to previously, in a news conference in March 2003, Secretary Rumsfeld stated that "we have information that shipments of military

---

[102] Ibid.
[103] Ibid.
[104] Ibid.
[105] Neil MacFarquhar, "Syria Wants U.S. To Lose War, Its Foreign Minister Declares," *New York Times*, March 31, 2003.
[106] Abdul-Ahad, "Outside of Iraq But Deep in the Fight." The *Washington Post* report acknowledged:

> Few other details of Abu Ibrahim's account could be verified independently. But the structure of the human smuggling organization he described was consistent with the assessments of U.S. and Iraqi officials who closely study Syria's role in the insurgency. Other specifics jibed with personal histories provided by foreign fighters interviewed in the Iraqi city of Fallujah on the eve of a U.S. offensive in November. Those interviews also echoed earlier accounts of Iraqi insurgents, including descriptions of the role of a Syrian cleric known as Abu Qaqaa in promoting a holy war, or jihad, against the West.

Ibid.

supplies have been crossing the border from Syria into Iraq, including night-vision goggles…. These deliveries pose a direct threat to the lives of coalition forces. We consider such trafficking as hostile acts, and will hold the Syrian government accountable for such shipments."[107] A month later, on *Face the Nation*, Secretary Rumsfeld further described "busloads of people coming out of Syria into [Iraq]." Rumsfeld analogized Syria's support for foreign fighters moving into Iraq to Saddam Hussein's state support for suicide bombers striking Israeli targets, the latter of which was unambiguous.[108]

The Under Secretary of State for Arms Control and International Security, John Bolton, was even more blunt in his assessment. While testifying before the House International Relations Committee (now known as the House Foreign Affairs Committee) in September 2003, Bolton declared: "We have seen Syria take a series of hostile actions toward Coalition forces in Iraq. Syria allowed military equipment to flow into Iraq on the eve of and during the war. Syria permitted volunteers to pass into Iraq to attack and kill our service members during the war, and is still doing so."[109] The same month, the Administrator of the Coalition Provisional Authority in Iraq, Ambassador L. Paul Bremer, testified to the same committee that "out of the 278 third-country nationals who were captured by coalition forces in Iraq, the 'single largest group are Syrians.'"[110]

Despite pressure from the U.S., Syria's efforts to slow the flow of foreign fighters were meager. Any progress that Syria made during this period appeared deceptive to most informed observers, with the Syrian regime doing just enough to temporarily ameliorate American concerns, without trying in any real way to address the problem. Unsurprisingly, jihadists eager to fight coalition forces in Iraq were not deterred by Syria's efforts. In August 2005, a jihadist calling himself al-Muhajir al-Islami posted a guide for those who wished to join the jihad in Iraq. His guide provided concise instructions:

> Arrange [their] trip to take place over two stages. The first stage is to learn the area, the people and the roads, and then head toward the city of Dayr Al-Zawr [Syria] near the Iraqi border. It is recommended to enter the city using a car and do not carry large sums of money. If anyone asks, say you are here on a vacation and have come to go fishing in the Euphrates—therefore, bring some fishing equipment and another person with you so you won't look suspicious. It is an inexpensive region and usually you will end up paying $300 for 15 days in a four star hotel. A tank of gas will cost you around $10.[111]

The fact that he openly suggested travel through Syria for those who wanted to fight in Iraq is indicative of Syria's permissive environment.

Syria's sporadic and superficial efforts did not stop a March 2007 Department of Defense (DoD) report from finding that Syria's tacit support for the Iraqi insurgency had continued well into that year. This is significant, as al-Qaeda in Iraq was by then the leading force in the Sunni insurgency. Indeed, a report written by Col. Peter Devlin in August 2006 described al-Qaeda in Iraq as the "dominant

---

[107] "Syria Backs 'Iraqi People' in War," CNN, March 31, 2003.

[108] *Face the Nation*, April 13, 2003, https://www.cbsnews.com/news/ftn-4-13-03/.

[109] John R. Bolton, "Syria's Weapons of Mass Destruction and Missile Development Programs," testimony before the House International Relations Committee, Subcommittee on the Middle East and Central Asia, September 16, 2003.

[110] Quoted in *Public Law 108-175,* "Syria Accountability and Lebanese Sovereignty Restoration Act of 2003," December 12, 2003, https://www.congress.gov/108/plaws/publ175/PLAW-108publ175.pdf.

[111] Al-Muhajir al-Islami, "The New Road to Mesopotamia," posted online in 2005.

organization of influence" in Iraq's Sunni-majority Anbar province, which abuts Syria's southeastern border.[112] The aforementioned DoD report on Syrian support for the insurgency states:

> Syria continues to provide safe haven, border transit, and limited logistical support to some Iraqi insurgents, especially former Saddam-era Iraqi Ba'ath Party elements. Syria also permits former regime elements to engage in organizational activities, such that Syria has emerged as an important organizational and coordination hub for elements of the former Iraqi regime. Although Syrian security and intelligence services continue to detain and deport Iraq-bound fighters, Syria remains the primary foreign fighter gateway into Iraq. Despite its heightened scrutiny of extremists and suspected insurgents, Damascus appears to want to appease Islamist extremist groups. Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq.[113]

In October 2007, U.S. forces killed the Zarqawi organization's emir of the Iraq and Syrian border area—an individual known as Muthanna—and subsequently obtained a tranche of documents that further elucidated AQI's robust cross-border operations. These documents corroborated the accounts of individuals like the aforementioned Abu Ibrahim, as well as the claims of U.S. officials. According to Major General Kevin Bergner—who then served as the spokesman for Multi-National Force – Iraq, and whose statements represented the coalition's conclusions, drawn from the best available intelligence—Muthanna was "a key facilitator of the movement of foreign terrorists once they crossed into Iraq from Syria."[114]

The documents obtained in the raid, which became known as the "Sinjar records," were closely studied in a 2008 report by the Combating Terrorism Center at West Point (CTC).[115] These records unambiguously demonstrate the extent to which AQI capitalized on Syria's deliberately lackadaisical approach. Indeed, CTC's report concluded that "all of the fighters listed in the Sinjar Records crossed into Iraq from Syria."[116] Indeed, according to a follow-up report published by CTC in 2008, local sources interviewed by the authors described how "hundreds of fighters passed through Abu Kamel and Hasake just before the US invasion." The follow-up report further concluded that "the Syrian authorities monitored the flow, but made no move to stop it."[117] The authors thus determined that "the Syrian government has willingly ignored, and possibly abetted, foreign fighters headed to Iraq. Concerned about possible military action against the Syrian regime, it opted to support insurgents and terrorists wreaking havoc in Iraq."[118]

Over the years, the U.S. State Department consistently pointed to Syria's culpability in the movement of foreign fighters into Iraq. The State Department's annual *Country Reports on Terrorism* in 2008, 2009,

---

[112] Col. Peter Devlin, "State of the Insurgency in al-Anbar," Defense Intelligence Agency intelligence assessment, August 17, 2006.
[113] Department of Defense, *Measuring Stability and Security in Iraq* (March 2007), p. 17.
[114] Multi-National Force – Iraq, Press Release, "Maj. Gen. Kevin Bergner and Brig. Gen. Michael Walsh," October 3, 2007.
[115] Though I cite to CTC's conclusions several times in this section, I examined the relevant documents independently, and I only cite CTC's report where my analysis of the available evidence aligns with that of the CTC.
[116] Combating Terrorism Center at West Point, *Al-Qaeda's Foreign Fighters in Iraq: A First Look at the Sinjar Fighters* (2007).
[117] Peter Bergen, Joseph Felter, Vahid Brown & Jacob Shapiro, *Bombers, Bank Accounts, & Bleedout: Al-Qa'ida's Road In and Out of Iraq* (West Point, NY: Combating Terrorism Center at West Point, 2008), p. 90.
[118] Ibid., p. 62.

and 2010 all identified Syria as the main conduit for foreign fighters entering Iraq.[119] According to the 2008 *Country Reports on Terrorism*, while the number of fighters flowing into Iraq from Syria appeared to have declined from the previous year, and Syria had made some efforts to curb these flows, Syria nonetheless "remained a key hub for foreign fighters en route to Iraq."[120] The 2009 and 2010 reports reached similar conclusions, highlighting a decline in foreign fighters heading to Iraq, but acknowledging that those who did traveled "predominantly through Syria."[121]

The decline in foreign fighters that these reports note should not be attributed primarily to Syrian efforts. In 2007, the U.S. undertook a "surge" of forces, implemented a population-centric counterinsurgency campaign, and aligned itself with the aforementioned *Sahwa* movement, an uprising of Sunni tribal leaders opposed to al-Qaeda's brutal approach to the Iraq conflict. From 2007 through the onset of the Arab Spring, there was an observable, and marked, decline in insurgent attacks; and AQI was significantly weakened during this period. The fact that AQI and the broader Sunni insurgency had been drastically weakened would naturally deter many foreign fighters from entering Iraq, and thus diminish the foreign fighter flows independent of Syrian efforts.

The 2009 *Country Reports on Terrorism* report explained that, despite the reduced foreign fighter flows, the continued operation of foreign fighter facilitation networks in Syria "remains troubling. Bombings in Iraq in 2009 underscore the threat these networks continue to pose." The report did allow, though, that "the United States recognizes Syrian efforts to decrease foreign fighter travel into Iraqi [sic] during the reporting period."[122] The 2010 report was less charitable to the Syrian government's efforts, describing it as having "a mixed record on Iraq." Much like the 2008 and 2009 reports, the 2010 report acknowledged Syria's efforts to secure its borders, but reiterated that "Syria remained a key hub for foreign fighters en route to Iraq and a safe haven for Iraqi Baathists expressing support for terrorist attacks against Iraqi government interests and coalition forces."[123] The State Department's analysis was validated years later by a former senior ISIS official, Abu Ahmed—interviewed by *The Guardian* in 2014—who confirmed that "the mujahideen all came through Syria."[124] Although "a very small number had made it from Turkey, or Iran," according to Abu Ahmed, "most came to Iraq with the help of the Syrians," and those whom he met while incarcerated at the infamous Camp Bucca had "flown to Damascus" before heading to Iraq.[125]

In addition to serving as a hub for foreign fighters traveling to Iraq, Syria also served as a safe haven for key Zarqawi organization operatives and ex-Baathist insurgents. For example, one of the Zarqawi organization's leaders, Abu al-Ghadiyah (born Sulayman Khalid Darwish) was based in Syria. The U.S.

---

[119] The State Department's *Country Reports on Terrorism* are compiled annually after a rigorous research and verification process that uses a number of different inputs and analytic assessments to comment on the state of terrorism in geographically diverse places.

[120] U.S. Department of State, *Country Reports on Terrorism 2008* (2009).

[121] U.S. Department of State, *Country Reports on Terrorism 2009* (2010); U.S. Department of State, *Country Reports on Terrorism 2010* (2011).

[122] U.S. Department of State, *Country Reports on Terrorism 2009* (2010).

[123] U.S. Department of State, *Country Reports on Terrorism 2010* (2011).

[124] Martin Chulov, "Isis: The Inside Story," *Guardian*, December 11, 2014. Abu Ahmed engaged in two years' worth of discussions with *The Guardian* before agreeing to speak on the record. Over the course of the discussions, *The Guardian* learned of Abu Ahmed's long history of involvement with Baghdadi and the Zarqawi network. Abu Ahmed was reportedly incarcerated with Abu Bakr al-Baghdadi at Camp Bucca, and became an "essential member" of the Zarqawi network after his release. Indeed, described by *The Guardian* as "one of Iraq's most formidable and connected militants," Abu Ahmed's account is widely considered to be a credible insider report by experts in the field.

[125] Ibid.

Treasury Department designated Abu al-Ghadiyah in 2005 for his role in the Zarqawi network, which included fundraising and recruiting. Detailing his activities, the designation illustrates the essential role that Abu al-Ghadiyah was able to play in the Zarqawi organization while stationed in Syria, and how the flow of fighters from Syria into Iraq enabled him to finance and recruit for the Zarqawi organization:

> Darwish handles mostly financial issues for Zarqawi, collecting, and distributing funds for him. Specifically, Darwish sent donations of $10,000-$12,000 to Zarqawi in Iraq every 20-25 days. Darwish sent the money into Iraq through suicide attack volunteers who were entering the country. Darwish also was essential to recruiting and dispatching terrorist operatives, both for the planned attacks in Jordan and for operations elsewhere, particularly Iraq. For example, Darwish contacted jihadists who had been in Afghanistan and who were, by 2004, scattered in different countries; he recruited among these jihadists for fighters to join Zarqawi in Iraq.[126]

Following his death in 2005,[127] the Abu al-Ghadiya *kunya* reappeared with Badran Turki Hishan al-Mazidih, leading some observers to conflate these two individuals.[128] Despite some minor confusion about the *kunya*, Mazidih had his own distinguished jihadist career until his death in 2008, reportedly serving as the Zarqawi organization's Syrian commander for logistics as early as 2004. His U.S. Treasury designation describes in greater detail what this position entailed, explaining that he

> obtained false passports for foreign terrorists, provided passports, weapons, guides, safe houses, and allowances to foreign terrorists in Syria and those preparing to cross the border into Iraq. [Mazidih] received several hundred thousand dollars from his cousin Saddah—also designated today—and used these funds to support anti-U.S. military elements and the travel of AQI foreign fighters… As of the spring of 2007, [Mazidih] facilitated the movement of AQI operatives into Iraq via the Syrian border.[129]

To assist his prolific recruitment and fundraising, Mazidih cultivated a small familial network of Zarqawi organization operatives in Syria. One of his cousins, known by the *kunya* Abu Faysal (born Ghazy Fezza Hishan al-Mazidih), was Mazidih's deputy and "right-hand man." Abu Faysal "acted as the commander for [Mazidih's] AQI network when [Mazidih] traveled," and planned to contribute to an attack against "Coalition forces and Iraqi police in Western Iraq."[130] Another of Mazidih's cousins, Saddah Jaylut al-Marsumi, was integral to the transfer of funds, fighters, and suicide bombers from Syria into Iraq. Indeed, Marsumi "transferred several hundred thousand dollars to a hawala in Iraq, where [Mazidih] received the funds and used them to support anti-U.S. military elements and the travel of AQI foreign fighters."[131] Finally, Mazidih's brother, Akram Turki Hishan al-Mazidih,

---

[126] U.S. Department of the Treasury, press release, "Syrian National Designated by U.S. as Terrorist Financier," January 25, 2005.

[127] See article in *Al-Ghadd* (Arabic), June 25, 2005.

[128] Despite a shared pseudonym, it is clear that Darwish and Mazidih were separate incarnations of Abu al-Ghadiya. Not only did Mazidih work for AQI *after* Darwish's death, but he was also the ringleader of a familial network, composed of men with the shared Mazidih name.

[129] U.S. Department of the Treasury, press release, "Treasury Designates Members of Abu Ghadiyah's Network Facilitates Flow of Terrorists, Weapons, and Money from Syria to al Qaida in Iraq," February 28, 2008.

[130] Ibid.

[131] Ibid.

collaborated with Mazidih to direct "AQI operations near Al Qa'im in Iraq" and smuggle "weapons from Syria for use in Iraq." Akram al-Mazidih also reportedly "ordered the execution of all persons found to be working with the Iraqi Government or U.S. Forces."[132] Much like the case of Sulayman Khalid Darwish, the case of Badran Turki Hishan al-Mazidih and his familial network of operatives demonstrates the significant freedom of movement and operation afforded to key Zarqawi organization members in Syria. Even after the elimination of the first Abu al-Ghadiya, another capable Zarqawi organization member filled his position, and ensured that fighters, money, and weapons continued to flow across the border.

*Syria's Role Providing Active Support to the Zarqawi Organization and the Insurgency.* Thus, the Syrian regime had a demonstrably permissive attitude toward the Zarqawi organization and other insurgents making use of its territory as a transit point and safe haven. This permissive attitude is noteworthy in itself. But in addition, Syria at times provided far more active support to the insurgency in Iraq, including to jihadist factions, including the Zarqawi organization.

Regime defector Nawaf Fares has claimed that during his time working for the Syrian government, he was part of "an operation to smuggle jihadist volunteers into Iraq from Syria after the 2003 invasion."[133] In an interview with London's *Daily Telegraph* immediately following his 2012 defection, Fares explained:

> After the invasion of Iraq in 2003, the regime in Syria began to feel danger, and began planning to disrupt the U.S. forces inside Iraq, so it formed an alliance with al-Qaeda.… All Arabs and other foreigners were encouraged to go to Iraq via Syria, and their movements were facilitated by the Syrian government. As a governor at the time, I was given verbal commandments that any civil servant that wanted to go would have his trip facilitated, and that his absence would not be noted.[134]

Fares further contextualized his experience in an interview with CNN in July 2012. The news network reported:

> "The Syrian regime felt threatened and felt that it, too, might fall," Fares recalled. "So they had an agreement with al Qaeda to keep the road open to Iraq. The militants started coming from all over the world through Syria, under the eyes of the Syrian secret police, which are directly responsible for the killing of thousands of Iraqis in Iraq as well as Americans and coalition forces. The secret police were encouraging enthusiastic young people in Syria to go for jihad in Iraq and join al Qaeda," Fares continued. "Bashar al-Assad and his security forces are directly responsible for the killing of thousands and thousands of Iraqis and coalition forces, because he gave al Qaeda everything it needed. He trained and provided shelter and he built safe havens for them to hide in." One of these "safe havens," Fares said, was the Syrian border village of al Sukariya, near the border city of Abu Kamal.[135]

---

[132] Ibid.

[133] Ruth Sherlock, "Syria's Assad Accused of Boosting al-Qaeda With Secret Oil Deals," *Telegraph* (U.K.), January 20, 2014.

[134] Ruth Sherlock, "Exclusive Interview: Why I Defected from Bashar al-Assad's Regime, by Former Diplomat Nawaf Fares," *Telegraph* (U.K.), July 14, 2012.

[135] Ivan Watson and Samya Ayish, "Ex-Syrian Ambassador Calls For Foreign Military Intervention," CNN, July 15, 2012.

Why would the Assad regime adopt such policies? As Fares's statements make clear, one fundamental driver is that the regime felt threatened, and believed that its policies of supporting insurgent groups could help prevent a military intervention to topple it. The Syrian government's apparent hopes in pursuing these policies included: 1) to tie down the U.S. in Iraq; 2) to allow the Iraq conflict to serve as an outlet for domestic jihadists, thus preventing them from causing trouble at home; and 3) to gain "street cred" by being one of the few Arab governments to sanction armed opposition to the American presence in Iraq.

As with many defector claims, it is not possible to verify all the specifics of Fares's account, and the regime's relationship with the Zarqawi organization was deliberately kept *sub rosa* at the time. However, Fares's claim that the Assad regime decided to actively support the Zarqawi organization should be judged highly likely because 1) it is consistent with U.S. government officials' determination about the Syria/Zarqawi organization relationship, 2) it is consistent with the regime's demonstrable relationships with several key Zarqawi organization figures, and 3) it is consistent with the Iraqi government's findings about the Syria/Zarqawi organization relationship.

Turning to U.S. officials' determinations, former Levant country director for the Office of the Secretary of Defense David Schenker testified in the 2008 civil lawsuit *Gates v. Syrian Arab Republic* that "in the months prior to the [U.S.] invasion, the Assad regime allowed the establishment of an office across the street from the U.S. Embassy in Damascus where would-be insurgents could sign up and board a bus to travel to Baghdad."[136] Schenker testified:

> The line of military-aged males routinely stretched down the block in this closely-regulated neighbourhood of Damascus. So brazen was the GOS [Government of Syria] support for terrorism, that then U.S. Ambassador to Syria Ted Kattouf complained to the Syrian Government about these activities. After months of unsuccessful US diplomatic demarches, Damascus finally responded to U.S. requests and moved the sign-up to Damascus Fairgrounds—a government-owned property—where it continued its work for several more months.[137]

Further, a senior official in the Obama administration said that Fares's account of Syrian policy toward militant groups, including the Zarqawi organization, was "broadly consistent with [the Obama administration's] understanding." The official said that, "since 2003, al-Assad allowed the Zarqawi organization and associates to facilitate weapons, money and fighters to al Qaeda's Iraq-based affiliate."[138] Not only did U.S. officials later speak about this relationship when President Obama was in office, but also contemporaneously fingered active Syrian support for the Zarqawi organization during the Bush years, as this support was at its height. Looking at contemporaneous claims made during the period in question, the U.S.'s ambassador to Iraq, Zalmay Khalilzad, said publicly that state-run Syrian newspapers were "glorify[ing] the terrorists as resistance fighters," and that Syrian authorities were "'allow[ing] youngsters misguided by Al Qaeda—from Saudi Arabia, from Yemen, from North Africa—to fly into Damascus International Airport,' attend training camps and then cross into Iraq."[139]

[136] David Schenker testimony, *Gates v. Syrian Arab Republic,* trial transcript (D.D.C., September 26, 2008), pp. 87-88.
[137] Schenker testimony, p. 4.
[138] Watson and Ayish, "Ex-Syrian Ambassador Calls For Foreign Military Intervention."
[139] Joel Brinkley, "American Envoy Says Syria Assists Training of Terrorists," *New York Times*, September 13, 2005.

Moving on from U.S. government officials' conclusions, this report now highlights the Syrian government's relationships with key Zarqawi organization members. Syria's support of the aforementioned Zarqawi organization recruiter Abu Qaqaa is particularly noteworthy. By the time of his assassination in Aleppo in September 2007, Abu Qaqaa was largely considered to be an agent of the Syrian state.  Indeed, Abu Qaqaa gave "regular sermons at Aleppo's al-Tawabbin mosque, something normally done only with the permission of Syria's Al-Awqaf Ministry."[140] Further, BBC reported that Abu Qaqaa had been "appointed head of a religious school by the Syrian government" in the year prior to his death.[141] Scholar Charles Lister weighed in on Abu Qaqaa's regime affiliation in his book *The Syrian Jihad*, describing the cleric's "relationship with Syrian intelligence" as "almost certain." Citing the aforementioned reports, Lister also noted that Syrian officials attended Abu Qaqaa's funeral—which Lister notes was described as having "all the trappings of a state occasion"—as indicative of this relationship.[142]

Abu Qaqaa's ties to the Syrian regime were further validated in 2009, when Iraq aired the confession of Mohammed Hassan al-Shemari, the head of the Zarqawi organization in Diyala province. Shemari said that he had received training from "a Syrian intelligence agent called Abu al-Qaqaa." According to his confession, Shemari travelled from Saudi Arabia to "an al Qaeda training camp in Syria." Shemari said that Abu al-Qaqaa ran the training camp, which was "well known to Syrian intelligence."[143] In an interview with the *Daily Beast* in 2016, regime defector and former intelligence official Mahmud al-Naser confirmed that Abu Qaqaa was "one of dozens" of imams "commissioned" by Syrian intelligence.[144]

Abu Qaqaa was not the only figure tying the Syrian regime to the Zarqawi organization. Fawzi Mutlaq al-Rawi, appointed by President Assad as "leader of the Iraqi wing of the Syrian Ba'ath party" in 2003, was designated by the U.S. Department of the Treasury in 2007 "for providing financial and material support to AQI."[145] Fawzi appears to have supported whatever group the regime wanted him to. His activities, coupled with his relationship to the Syrian state, should be taken as proof positive that Assad had chosen a side in the Iraqi insurgency, and basically paid no price for it until the outbreak of the 2011 civil war.

According to aforementioned regime defector Nawaf Fares, Assad's brother-in-law even ran an al-Qaeda training camp struck by U.S. forces in October 2008. CNN reported his claim:

> "This was a hiding place for al-Qaeda on the border with Iraq, and it was under the control of Assif Shawkat, the brother-in-law of the president," Fares said. "One hour after the raid, Assif Shawkat was there at the location. A conversation took place between me and him ... and he was angry about the attack made against al Sukariya and he was kind of scared," Fares recalled.[146]

[140] Andrew McGregor, "Controversial Syrian Preacher Abu al-Qaqa Gunned Down in Aleppo," *Terrorism Focus* 4:33 (2007), https://jamestown.org/program/controversial-syrian-preacher-abu-al-qaqa-gunned-down-in-aleppo/.
[141] "Radical Syrian Cleric 'Shot Dead,'" BBC (U.K.), September 29, 2007.
[142] Charles Lister, *The Syrian Jihad* (Oxford: Oxford University Press, 2015), pp. 42-43.
[143] Muhanad Mohammed, "Iraq al Qaeda Militant Says Syria Trained Him," Reuters, August 30, 2009; Al-Iraqiyah television (Arabic), August 30, 2009.
[144] Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *Daily Beast*, December 1, 2016.
[145] U.S. Department of the Treasury, press release, "Treasury Designates Individuals with Ties to Al Qaida, Former Regime," December 7, 2007.
[146] Ivan Watson and Samya Ayish, "Ex-Syrian Ambassador Calls for Foreign Military Intervention," CNN, July 15, 2012.

Indeed, proof of Assif Shawkat's role as Assad's main point man in the regime's dealings with jihadists is compelling, well supported by numerous sources. Nabeel Dendal, former director of political intelligence in Latakia who defected from the Syrian regime in June 2012, was interviewed by the *Daily Beast* in 2016. He explained that he had direct experience with the ties between jihadists and the regime—specifically those of Shawkat. According to *Daily Beast*:

> [Dendal] twice led security forces in raids on al Qaeda cells, only to learn that the cell leader he was working for was supported by the Syrian intelligence. "They were preparing them to be leaders," the defected colonel said, referring to the Assad regime. An example is Nadim Baloush, an al Qaeda cell leader he arrested in Latakia in 2006, and told him "don't do anything. I am working for Assef Shawkat," Assad's brother-in-law who served as the deputy defense minister. Baloush was arrested after he traveled to Turkey about a year ago and is reported to have committed suicide in prison.[147]

These journalistic findings about Shawkat's role are consistent with the U.S. government's conclusions about his support for terrorism. In 2006, the U.S. Treasury named Shawkat a Specially Designated National "for directly furthering the Government of Syria's support for terrorism and interference in the sovereignty of Lebanon." The designation further outlined how Shawkat's career in government progressed even as he collaborated with numerous designated foreign terrorist organizations, including Palestinian Islamic Jihad, Hizballah, and Hamas, from 1997 onward. By the time of his designation, Shawkat was the director of Syrian military intelligence, which was "the strongest and most influential security service in Syria."[148]

The third factor I noted that makes Fares's claim of purposeful Syrian support for the Zarqawi organization highly likely is that it aligns with the Iraqi government's conclusions. Following catastrophic August 2009 bombings in Baghdad,[149] Iraqi officials publicly aired their own conclusions about the Syrian regime's ties to the Zarqawi organization. Iraqi Prime Minister Nouri al-Maliki detailed Syria's reluctance to respond to Iraqi intelligence reports about jihadists operating in Syria. Maliki lamented that despite receiving "good words about cooperation" from Syria, "the activities of these [jihadist] organizations did not stop and rather increased." Maliki proceeded to describe a July 30, 2009 meeting in Zabadani, Syria, which he said brought together jihadists "in the presence of Syrian intelligence officials."[150] A former director of intelligence in Iraq's interior ministry, Major General Hussein Ali Kamal, further elaborated on the Zabadani meetings in an account published in *The Guardian* in 2014. Gen. Kamal said that there were "two secret meetings in Zabadani" in the spring of 2009, and the Iraqi government "had a source in the room wearing a wire." Kamal described the case against Syria for its involvement in the August 2009 Baghdad bombings as "solid."[151]

---

[147] Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *The Daily Beast,* December 1, 2016.
[148] U.S. Department of the Treasury, press release, "Treasury Designates Director of Syrian Military Intelligence," January 18, 2006.
[149] On August 19, 2009, Iraqi government targets in Baghdad were hit by coordinated bombings. These were the first major attacks in the city after American forces had given control of Baghdad's security back to the Iraqis in June. The Iraqi government's finance and foreign ministries were targeted, along with dense urban areas, resulting in around 100 civilian deaths and large infrastructural damage. In response to these attacks, Iraq's government recalled its Syrian ambassador, and publicly criticized Syria for harboring insurgent forces.
[150] *Aswat al-Iraq* (Iraq), September 5, 2009.
[151] Martin Chulov, "Isis: The Inside Story," *The Guardian* (London), December 11, 2014.

Further underscoring the Iraqi government's conclusions about Syria's support for jihadists, in December 2009 Iraqi minister of defense Abd al-Qadir al-Ubaydi stated that "most of the weapons seized by his ministry's forces" were arriving from Syria, and the regime was "financing armed groups in Iraq."[152]

In sum, in addition to its willful negligence toward the Zarqawi organization and other insurgents, Syria actively supported the Zarqawi organization's efforts from 2000-08. The regime's efforts created a fertile environment in which Sunni extremist groups could operate.

## V.    ISI's Responsibility for the Death of Byron Wayne Fouty and Alex Ramon Jiménez

At around 4:44 a.m. on May 12, 2007, a group of militants attacked an American military post near Mahmoudiyah, Iraq, killing five soldiers—four Americans and one Iraqi—and wounding and capturing three Americans: Joseph J. Anzack, Byron Wayne Fouty, and Alex Ramon Jiménez.[153] Among many other sources, this incident has been examined in detail in *Surging South of Baghdad: The 3d Infantry Division and Task Force Marne in Iraq 2007-2008*. This history was written by Dale Andrade— formerly a senior historian for the U.S. Army, and currently a historian and analyst for the Department of Defense Joint Chiefs of Staff—and published by the United States Army Center of Military History in 2010.[154] In this rigorous account, Andrade concluded that the tactics and weapons employed indicated that the attackers' "primary goal" was to capture U.S. soldiers. Indeed, investigations revealed that "the attackers had fragmentary grenades but that they used only concussion explosives, and when they opened fire they deliberately aimed low, apparently intending to wound rather than kill."[155] The attack initiated what became more than a year-long effort to recover the captured soldiers, during which the culpability of the Islamic State of Iraq (ISI) became clear. This section outlines the events most relevant to the attack's attribution before discussing the authenticity of the evidence that establishes ISI's culpability.

In the days immediately after the attack, ISI released multiple statements claiming responsibility for the assault and capture of the U.S. soldiers in Mahmoudiyah. The first claim appeared on May 13, 2007, when ISI released a statement claiming responsibility for the previous day's attack, promising that it would later provide a more detailed description of the "blessed operation."[156] The following day, ISI released a second statement that again highlighted the group's responsibility, and warned the Americans that they should not try to free the captured soldiers.[157]

---

[152] Al-Sharqiyah television (Arabic), December 12, 2009.

[153] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Tab 3: Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001795; Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Tab 3: Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001797.

[154] Dale Andrade, *Surging South of Baghdad: The 3d Infantry Division and Task Force Marne in Iraq 2007-2008* (Washington, DC: United States Army Center of Military History, 2010).

[155] Ibid., p. 89.

[156] Islamic State of Iraq Ministry of Information, statement posted to al-Firdaws jihadist forum, May 13, 2007.

[157] Islamic State of Iraq Ministry of Information, "And the War Between Us Continues," posted to the World News Network website, May 14, 2007.

The next day, the London-based Arabic-language news agency Quds Press reported that an ISI leader, Abu al-Harith al-Dulaymi, called one of the agency's correspondents to deliver another warning to the Americans about searching for the missing soldiers.[158] Though there is a dearth of information available about Dulaymi, it is clear that he was a prominent ISI jihadist. Dulaymi is a featured author in al-Qaeda's "Technical Mujahid" magazine. Listed as part of the magazine's "staff," Dulaymi authored an article titled "The System of Determining Position by Satellites," in Issue 1, as well as an article titled "Smart Weapons: Short-Range Surface-to-Air Missiles" in Issue 2.[159] The fact that he was the author of these publications is significant, implying that he possessed a level of credibility within ISI. Dulaymi's acknowledgement of the operation thus bolsters the veracity of ISI's claim of responsibility.

Indeed, Dulaymi explained that the attack fit into al-Qaeda's broader propaganda strategy. It is worth pausing momentarily to explain why Dulaymi repeatedly referred to the group holding the hostages as "al-Qaeda." At the time, ISI remained a part of al-Qaeda despite abandoning the AQI moniker, and indeed was still often referred to as *al-Qaeda in Iraq* by both subject-matter experts and jihadist insiders. As Part III of this report details, the organizational continuity of the Zarqawi organization remained unbroken despite its various changes of name, which made it reasonable to refer to the group by its most notorious moniker, and the one associated with the group to which it had pledged its fealty: al-Qaeda. The U.S. State Department would itself not stop referring to the Zarqawi organization and its successors as *al-Qaeda in Iraq* until May 14, 2014, when it finally revised the names employed in its designations.[160]

In the interview with Quds Press, Dulaymi encouraged the soldiers' captors to maximize the propaganda value of the operation for al-Qaeda. According to Quds Press, Dulaymi had "no information about the details of the kidnapping," but assured the publication that the soldiers were "still alive."[161] He explained al-Qaeda's desire to produce a video in which the soldiers "trample on the U.S. flag, curse [President George W.] Bush and demand him to pull out troops, and advise other soldiers to escape." According to Dulaymi, "failure to release any video of the captive soldiers means that they are still alive." He further stated that the recovery effort underway by the United States "aims to put al-Qaeda in a position where it has to kill the soldiers and dump their bodies down the street or in one of the orchards." According to Dulaymi, the "U.S. Army does not want to see these soldiers alive in the hands of al-Qaeda organization so as not to be used to put pressure on the U.S. Army…. Bush does not want his soldiers to appear on TV screens begging for their release. He prefers finding their decapitated bodies to seeing this. The search campaign the U.S. Army launched in search for these soldiers was for media purposes only, and to show the families of captive soldiers that the U.S. Army cares for the soldiers' fate." In closing, Dulaymi implored the soldiers' captors to keep their American captives alive, and "to shoot a video showing these soldiers with swords at their necks, pleading for their life."[162]

The U.S. military, of course, did not heed Dulaymi's warnings. It continued to search for the missing men. According to Andrade, in the two days immediately after the attack, U.S. forces "captured almost

---

[158] Quds Press, May 15, 2007.
[159] See Al-Fajr Media Center, *Technical Mujahid*, issue 1, December 18, 2006; Al-Fajr Media Center, *Technical Mujahid*, issue 2, March 15, 2007.
[160] Office of Spokesperson, U.S. Department of State, "Terrorist Designations of Groups Operating in Syria," May 14, 2014.
[161] Quds Press, May 15, 2007.
[162] Ibid.

a half-dozen of the kidnappers and planners," who revealed detailed knowledge of the attack and disclosed the attackers' identities. Intelligence from these sources led analysts to see the likely perpetrator as Mohammed Khalil Ibrahim al-Qarghuli, describe as a "local Sunni tribal leader" with close ties to al-Qaeda.[163] Analysts often referred to him by his initials, as "MKI." According to Andrade:

> MKI apparently began to assemble the assault team on 9 May, assigning tasks and issuing arms and equipment to the other insurgents, including six Iraqi Army uniforms. The enemy group consisted of seventeen men in six teams, each with specific tasks. There were two three-man strike teams, a three-man and a two-man IED placement team, a two-man sniper team, and a four-man command-and-control team.[164]

MKI's relationship with ISI was complex, which was not unusual for individual militants' relationship to the organization. He was at once considered to be a key leader within ISI and also an independent operator.[165] Andrade explains the contours of the MKI/ISI relationship, writing: "Surrounded by a large security element made up of heavily armed men, many of whom reportedly wore explosive suicide belts and most of whom were clan members he had known from childhood, MKI rebuffed al-Qaeda offers to include foreign fighters in his cells because he correctly regarded them as a potential threat."[166]

Again, this was not an unusual relationship for individual militants to have with ISI. Some militants, like MKI, who possessed their own pre-existing power base were able to both wield influence within ISI and also wield power or conduct operations independent of it. This is where the biggest ambiguity related to the attack exists: whether the initial attack was the work of ISI, or whether MKI carried it out independent of ISI's leadership. I will explain this ambiguity, but believe that it is unnecessary to resolve it: Whether the initial attack was the work of ISI or MKI acting independently, ISI was ultimately responsible for the deaths of Fouty or Jiménez. The resources that ISI then possessed allowed it to hold hostages for longer durations, even in the face of a U.S. military hunt to uncover them, than an individual power broker acting independently would be able to do.

Turning to the aforementioned ambiguity, there is some evidence to suggest that, despite MKI's position in ISI, the attack and kidnapping in this case began as his independent operation. Andrade, for example, surmises that "the hit was partly meant to prove that he could undertake his own spectacular operations without support from al-Qaeda."[167] It is not clear that Andrade's conclusion in this regard is correct. But it is, the fact that the captured soldiers later ended up in ISI's hands would again not constitute an atypical relationship between ISI and other militants: Other militant groups often took hostages and sold or handed them over to the Zarqawi organization. The evidence—ranging from propaganda releases to where their bodies were recovered—is conclusive that the two Americans whose deaths I have been asked to analyze, Alex Ramon Jiménez and Byron Wayne Fouty, were held by ISI at the time they were killed.

---

[163] Andrade, *Surging South of Baghdad*, p. 94.
[164] Ibid., pp. 94-95.
[165] Ibid., p. 94.
[166] Ibid.
[167] Ibid.

Given that there is an unresolved question of whether MKI acted independent of ISI in launching the May 12 attack, it is worth detailing his relationship with ISI. Despite MKI's power and independent streak, the U.S. military has concluded that he was also an important ISI official. Indeed, MKI may have carried out a similar operation for the Zarqawi organization previously: MKI was "probably involved" in a similar kidnapping operation attributed to the Mujahedin Shura Council (ISI's predecessor) in June 2006, which resulted in the capture, torture, and murder of Thomas Tucker and Kristian Menchaca.[168] Following MKI's death in December 2007, a U.S. military spokesman described him as "the deputy military leader for … al-Qaeda's network south of Baghdad."[169] The U.S. military also described MKI as "a key planner in numerous attacks against Coalition forces operating in the Mahmudiyah area," and noted that he "was also involved in the facilitation of foreign terrorists and weapons."[170] This is further evidence of the strength of MKI's relationship with al-Qaeda: Given his decision to exclude foreign fighters from his cells, his facilitation of foreign terrorists was designed to help the broader Zarqawi organization rather than his own personal efforts.

Andrade writes that the effort to recover the missing soldiers "became a massive endeavor, involving at least four thousand U.S. and two thousand Iraqi soldiers."[171] Coalition forces extended a reward of $200,000 to "anyone able to reveal the whereabouts of the missing men," and covered the area with "leaflets urging local citizens to come forward with information."[172] On May 23, 2007, a group of locals discovered the body of Joseph J. Anzack in the Euphrates River.[173] His body was recovered subsequently by Coalition Forces.[174] But there was no sign of Fouty or Jiménez.

On June 4, 2007, ISI posted a video claiming responsibility for killing the soldiers. The video, 10 minutes and 42 seconds in length (described in further detail later in this report), claimed responsibility for the murder. However, ISI contended that it expedited killing them as a result of U.S. forces' effort to recover the soldiers.[175]

U.S. forces recovered the soldiers' IDs days later, on June 10, 2007.[176] Further corroborating that Fouty and Jiménez were in ISI's hands, the IDs were discovered in a raid of a suspected ISI safe house near Samarra, around 90 miles north of where Fouty and Jiménez were abducted.[177] American troops also discovered "computers, video production equipment, rifles and ammunition."[178] This discovery led to a three-day sweep of the area. But nothing further was found.

---

[168] Ibid.

[169] "Key al Qaeda Deputy Killed in Iraq," CNN, January 4, 2008.

[170] Ibid.

[171] Andrade, *Surging South of Baghdad*, p. 93.

[172] Ibid.

[173] "Officials Confirm Body Found in Baghdad is Missing Soldier," American Forces Press Service, May 25, 2007.

[174] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001797.

[175] Islamic State of Iraq, "The Holocaust of the Romans and Apostates in the Land of the Two Rivers," video produced by Al-Furqan Media Productions, June 4, 2007.

[176] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001797.

[177] "Raid That Yielded Missing Troops' IDs Came During a Raid," CNN, June 17, 2007; "Troops Find Missing U.S. Soldiers' ID Cards," CNN, June 17, 2007; Combined Press Information Center, Multi-National Force – Iraq, June 17, 2007.

[178] "Raid That Yielded Missing Troops' IDs Came During a Raid," CNN, June 17, 2007.

In October 2007, U.S. forces recovered the kidnapped soldiers' weapons in Fetuah, Iraq.[179] Andrade writes that "Anzack's M4 rifle was found along with the M249 squad automatic weapon carried by Specialist Jiménez. An M4 with an attached M203 grenade launcher belonging to Sgt. Anthony Schober, one of the other four soldiers killed on 12 May, was also retrieved."[180] In late November, U.S. troops also discovered "a notebook entitled 'Operation Capture Soldiers' containing documents about the planning and execution of the kidnappings as well as a list of safe houses and routes used by Mohammed Khalil Ibrahim, the chief planner of the incident and the only important suspect still at large."[181]

Despite these discoveries, Fouty and Jiménez remained missing until July 2008. On July 1, 2008, Coalition Special Forces from Task Force Knight captured Sami al-Salman al-Janabi. The AR 15-6 investigation, a U.S. Army administrative investigation carried out by a selected investigating officer,[182] reported that Janabi "was identified as an Al Qaeda Emir from the Jurf As Sukhr area who may have supervised the burial of the MISCAP Soldiers. At a minimum, it was believed that he might have knowledge of where their remains were located."[183] Andrade notes that Janabi was believed to be "the man in charge of disposing of the soldiers' bodies," and was designated one of the "most important high-value targets" by coalition forces.[184]

Janabi initially claimed to know where Fouty's and Jiménez's remains were buried, and "agreed to lead CF to a site approximately 10 km east of Jurf As Sukhr where he said the remains could be found."[185] However, upon visiting the site with Coalition Forces on July 8, 2008, Sami al-Janabi "was unable to pinpoint the exact location."[186] Instead, he "supplied the name and address of a local national, Jabar Khudair Alwan al-Janabi, who he said could show CF where the remains were buried."[187] The same day, Coalition Forces took Jabar al-Janabi into custody. According to the AR 15-6:

> Jabar was transported to the area identified by Sami. Once there, he led CF to two different sites. At the first site, Jabar pointed out the area where he allegedly found the Soldiers' remains—primarily bones, clothes, and equipment—in September 2007.

---

[179] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001797.
["9 October 2007 Weapons issued to SPC Jimenez and PFC Anzack recovered by coalition forces in Fetauh, Iraq."]
[180] Andrade., *Surging South of Baghdad*, pp. 98-99.
[181] Ibid., pp. 287-88.
[182] The AR 15-6 is an administrative inquiry designed to "ascertain the magnitude of a problem, to identify and interview witnesses, to summarize or record witnesses' statements, to determine whether an investigation or board may be necessary, or to assist in determining the scope of a subsequent investigation." Headquarters Department of the Army, *Army Regulation 15-6: Boards, Commissions, and Committees Procedures for Administrative Investigations and Boards of Officers* (April 1, 2016), p. 1.
[183] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001796.
[184] Andrade, *Surging South of Baghdad*, pp. 288-89.
[185] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001796.
[186] Ibid.
[187] Ibid.

Jabar stated that upon making the discovery, he collected the remains, wrapped them in a blanket, and moved them to a location 2 km away. Jabar led CF to the second site where he claimed he left the remains on the desert floor.[188]

Jabar al-Janabi claimed he had moved the remains because "Sami was angry with their location."[189] It was in the vicinity of these locations that Coalition Forces discovered what would later be confirmed as the remains of Fouty and Jiménez.[190]

*Digital evidence authentication.* As noted previously, ISI posted two statements arguing that the group was responsibility for the capture of Fouty and Jiménez, followed by a video where ISI claimed responsibility for their murder. This discussion establishes the authenticity of each claim, before providing a summary of the evidence establishing ISI's responsibility for the death of Byron Wayne Fouty and Alex Ramon Jiménez.

<u>Statement #1</u> – The first statement was posted on the al-Firdaws jihadist forums on May 13, 2007. Here is a translation of the full text:

> In the name of God, the Merciful, the Compassionate. Praise be to God, Lord of all creation. Prayers and peace be upon our Prophet Muhammad and upon all of his family and companions.
>
> On Saturday, 24 Rabi al-Thani 1428 Hegira, corresponding to 12 May 2007, your brothers in the Islamic State of Iraq were favored by God to clash with a crusader patrol in the area of al-Mahmudiyah, south of the state of Baghdad, which lead to the capturing and death of a number of them. We shall provide you with the full details of this blessed operation as soon as it arrives. We ask God for His help and guidance.
>
> Oh Lord, Revealer of the book, the Mover of the clouds, and the Defeater of the parties, defeat the hateful rejectionists, the Zionist Crusaders, and their allies. O God, make them and their equipment booty of war for Muslims. O God, destroy them and shake the ground under them. O God, you are our support and helper, we count on you in our movements and battles. O God, defeat and crush them: you are the Almighty and All-powerful. O God, we ask you to strike them like you did the Pharaoh and his people. O God, send the deluge to their land, and make them perish with something of fear, hunger, and loss of wealth, lives, and fruits…. O God, your soldiers shall never be defeated, and your people shall never be beaten. O God, defeat them and shake them; you are the Possessor of All Strength, the Victorious. O Lord of majesty and bounty, O Everlasting, O Self-Existing One….
>
> The Islamic State of Iraq - Ministry of Information.

---

[188] Ibid.

[189] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Tab 6: Facts and Circumstances Surrounding Recovery of Evidence* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001817.

[190] Ibid., p. 001818; Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Tab 3: Executive Summary of Findings and Chronology of Key Events* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001796.

The fact that the statement is signed by ISI's Ministry of Information in itself suggests the statement's authenticity as an official statement from ISI: This kidnapping was extremely high profile, and neither ISI nor any other militant group repudiated this claim as a false attribution. Further, the forum to which the statement was posted is also indicative of its authenticity. The al-Firdaws jihadist forum was a jihadist website that password protected some of its forums, and regularly published authentic statements issued by Iraqi militant groups. Scholarly reports and articles from the time identify al-Firdaws as a clearinghouse for jihadist content.[191] An academic book published in 2011 described al-Firdaws as being "sponsored by" the al-Fajr Media Center, which at the time was al-Qaeda's official distributor of online content.[192] Indeed, al-Firdaws was publicly endorsed by al-Fajr. In June 2006, in response to the appearance of "unauthentic statements attributed to mujahedin," al-Fajr publicly identified al-Firdaws as one of several websites that al-Fajr used to distribute al-Qaeda publications.[193] Al-Fajr disclaimed any sites not specifically endorsed by the center.

Statement #2 – The second statement was posted to the World News Network on May 14, 2007. A translation of the statement follows:

In the name of God, the Merciful, the Compassionate….

 "And slacken not in following up the enemy: If ye are suffering hardships, they are suffering similar hardships; but ye have Hope from Allah, while they have none. And Allah is full of knowledge and wisdom." [Qur'anic verse 4:104]

Praise be to God, Lord of all creation, and prayers and peace be upon our Prophet Muhammad and upon all his family and companions.

For the second time since the capture of the Crusader soldiers by the sons of the Islamic State of Iraq, the official spokesman for the Crusader forces William Caldwell appeared pale-faced and speechless. Yes, the war between us continues…. But, when this Crusader William announced the killing of Shaykh Muharib al-Jabburi, may God have mercy on his soul, he [Caldwell] appeared swollen with pride because they were able to kill our shaykh. Today you were hit by a disaster because in your false propaganda you described the American soldier as invincible and said that there is no way to capture a soldier. By the grace of God Almighty, the American soldier was

---

[191] See, for example, Daniel Kimmage & Kathleen Ridolfo, "Iraqi Insurgent Media: The War of Images and Ideas," Radio Free Europe/Radio Liberty, June 2007, p. 54; Hanna Rogan, "Al-Qaeda's Online Media Strategies: From Abu Reuter to Irhabi 007," Norwegian Defence Research Establishment (FFI), January 12, 2007, https://www.ffi.no/no/Rapporter/07-02729.pdf; Gabriel Weimann, "Terror on Facebook, Twitter, and Youtube," *The Brown Journal of World Affairs* 16:2 (Spring/Summer 2010), p. 47.

[192] Akil N. Awan, Andrew Hoskins & Ben O'Loughlin, *Radicalisation and Media: Connectivity and Terrorism in the New Media Ecology* (New York: Routledge, 2011), p. 53. The authors of this book are well qualified observers. Dr. Akil Awan is an Associate Professor of Modern History, Political Violence and Terrorism at Royal Holloway, University of London, who has functioned as an expert advisor to institutions that include the United Nations, UNDP, UK Home Office, the Foreign Office, the U.S. State Department, the U.S. Department of Defense, the Council of Europe, NATO and the OSCE. Andrew Hoskins is an Interdisciplinary Research Professor in the College of Social Sciences Global Security Post-Graduate Program at University of Glasgow. Among his academic achievements, Hoskins is the founding Co-Editor of the Routledge book series *Media, War & Security* and the Sage journal *Media, War & Conflict*. Ben O'Loughlin is a professor of International Relations at Royal Holloway, University of London. His research has, in part, focused on the effect of media on politics and security.

[193] Al-Fajr Media Center, statement posted to Al-Meer Forums, June 21, 2006.

humiliated at the hands of the monotheists from the soldiers of the Islamic State [of Iraq]. Remember what you did in this place, when you raped our sister Abir al-Janabi and when you did what you did in the Land of the Two Rivers of killing, displacing, and arresting. Abu Ghraib and the Buk Prisons are not far from the sight of the world.

We say to you that your search for your soldiers will lead you nowhere except fatigue and annoyance. Your soldiers are in our hands, and if you want the safety of your soldiers, do not look for them. We are confident that you would rather have your entire army annihilated than have even one Crusader captured. Praise be to God, Lord of all creation.

May God reward you well, oh men of Baghdad, both leaders and soldiers, and may God protect its emir because you brought happiness to all the hearts of the ummah of the beloved [the Prophet].

O God, Revealer of the book, Disperser of the clouds, Defeater of the Confederates, crush the cunning rejectionists, the Zionist Crusaders, and their allies. O God, make them and their weapons and equipment easy booty for Muslims. O God destroy them and shake them. O Lord, You are the one who helps us and the one who assists us; with Your power we move and by Your power we fight.

God is great. "Honor belongs to Allah and His Messenger, and to the Believers; but the Hypocrites know not." [Qur'anic verse 63:8]

The Islamic State of Iraq/Ministry of Information[194]

A website that specialized in posting statements issued by militant groups in Iraq and Afghanistan, World News Network functioned as another clearinghouse for jihadist content. Though the site is now defunct, at the time of posting, World News Network was one of the most reliable and current sources for this kind of information. This characterization is also shared in relevant academic writing. For example, a report by Hanna Rogan of the Norwegian Defence Research Establishment describes the World News Network as a "distributor of jihadists' media" and "perhaps the most comprehensive database of statements and news reports from global jihadist groups."[195] Additionally, like Al-Firdaw (described above), the World News Network was one of the sites specifically endorsed by Al-Fajr Media Center in 2006 as a reliable source for official al Qaeda communiques and media content.[196]

Several elements of the message identify the statement as an authentic ISI production. Most significant are the appearance of the ISI and al-Furqan Media Foundation logos, the attribution to al-Fajr Media Center, and the identification of the Ministry of Information in the Islamic State of Iraq as the signatory.

[194] Islamic State of Iraq Ministry of Information, "And the War Between Us Continues," posted to the World News Network website, May 14, 2007.
[195] Hanna Rogan, "Al-Qaeda's Online Media Strategies: From Abu Reuter to Irhabi 007," Norwegian Defence Research Establishment (FFI), January 12, 2007, p. 67, https://www.ffi.no/no/Rapporter/07-02729.pdf.
[196] Al-Fajr Media Center, statement posted to Al-Meer Forums, June 21, 2006.



The ISI logo is a black flag with Arabic script on it: *There is no god but Allah* (*la ilaha il Allah*) is written in white along the top, beneath which is a white circle in which *Muhammad is the messenger of Allah* (*Allah rasul Muhammad*) appears in black writing. This logo appears in the top right corner of the statement, beneath the date and time stamp.

Three banners featuring the al-Furqan Media Foundation logo appear at the top of the page beneath a World News Network heading. Established in October 2006, al-Furqan Media Foundation was created to—in ISI's own words—"handle audio and video dispatches, and all media issuances from the Ministry of Information in the Islamic State of Iraq," which is the signatory of the May 14 statement.[197]

In addition to its attribution to ISI's Ministry of Information, the statement also attributes its content to al-Fajr Media Center, an official media dissemination arm employed by al-Qaeda.[198] The al-Fajr Media Center attribution highlights the statement as an official message from an al-Qaeda affiliate.

It is also worth noting that one of the grievances identified as a justification and impetus for the attack—the rape of Abir al-Janabi—is the same grievance highlighted in the video in which the Zarqawi organization, operating under the MSC banner at the time, claimed responsibility for the torture and murder of U.S. soldiers Kristian Menchaca and Thomas Tucker in the same area of Iraq in 2006.[199] The United States District Court for the District of Columbia previous held the Zarqawi organization to be responsible for the capture, torture, and murder of Menchaca and Tucker.[200] This internal consistency of grievances from one Zarqawi organization release to another further underscores the authenticity of this attribution.

June 4, 2007 Video – ISI made its final claim of responsibility on June 4, 2007, when the group published a video announcing the death of its three American captives.[201]

The video opens with the logo and name of the Islamic State of Iraq. Then a caption says "Al-Furqan Media Production presents: The Holocaust of the Romans [Christians] and Apostates in the Land of the Two Rivers [Iraq]." Next, a caption reads: "Clash and Capture of Three Americans in the Province of Baghdad."

The video then opens with footage of U.S. helicopters flying, and U.S. soldiers on the ground. During the footage, which also shows American soldiers searching Iraqis, masked men standing under a tree, and other scenes of dead Iraqis, a narrator speaks over the footage:

---

[197] Islamic State of Iraq, statement establishing the announcement of al-Furqan, October 31, 2006 (Arabic).
[198] See U.S. Department of Homeland Security, Office of Intelligence and Analysis, reference aid, "Foreign Terrorist Organizations' Official Media Arms and Violent Extremist Web Forums," April 13, 2016.
[199] *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186 (D.D.C. 2017).
[200] Ibid.
[201] Islamic State of Iraq, "The Holocaust of the Romans and Apostates in the Land of the Two Rivers," video produced by al-Furqan Media Productions, June 4, 2007.

This is not the first time that the U.S. Army shows disregard for the blood of its soldiers, although it utilizes the media and writers to convince people that it greatly sympathizes with its soldiers. The brigades of the Ministry of War have succeeded in luring Bush and his party into several tests that show how he lies to his people and fools the families and parents of soldiers.

The last incident was when the brigade of the mother of the faithful, Aishah, may God be pleased with her, planned a raid to kill the soldiers of Bush, who continued to shake their heads as a sign of satisfaction with what he is doing to the Islamic nation in the Land of the Two Rivers, in terms of killing and torturing of innocent and unarmed people. The brigade managed to capture three U.S. soldiers. It did not kill them for a certain intention that it had. However, the U.S. Army sent 4,000 soldiers to search for the three captive soldiers. It vowed to use all methods to find them, and that it will send helicopters and drones. They were deceived by their capability and technology, which were humiliated at the hands of the soldiers of the Islamic State [of Iraq], with the grace of God alone.

Thus, they set up checkpoints to prevent people from fleeing to the west, as they alleged. Then, they expanded the search and cordoned off the area in which the operation took place. However, they failed. They then admitted that they gave up on finding them. As usual, the search was accompanied by indiscriminate detentions, humiliation of Muslim women, and humiliation of old people. Even unarmed mosque guards were not spared. We warned them and we told them that if you want the safety of your soldiers then you should stop the raids. However, they did not heed this.

Out of fear on the part of the Islamic State [of Iraq] that the occupation forces might go too far in hurting its subjects, and that they might continue the search, which will be to no avail and which will only harm our Muslim brethren, including women, children, and old people; fearing this, it decided to end the issue and it announced news of their killing so that the bitter result for the enemies of God will be the three soldiers after they were alive and in captivity. Thus, they became dead bodies. The U.S. Army alone bears responsibility for what happened to the three soldiers, besides its leaders and commanders, who scorn all of humanity and do not care about the feelings of the mothers of the three soldiers, who could have survived had the U.S. Army not exhausted its soldiers in an imaginary and hollow search. Just as you refuse to give us the bodies of our dead, we will not give you the bodies of your dead. Their abode will be burial in the ground, God willing. Mothers, wives: Bush and his aides could have not sent your sons to a fierce war. They could have saved them and not made their death faster through their search and random raids. However, they insisted on acting arrogantly and trampling upon the feelings of their subjects because Bush's administration is fanatical and arrogant.

After that, the video shows a group of masked militants standing under trees in an open area, with what appears to be a map hung on one of the trees. A caption appears on the screen saying: "A field commander explains the plan of the battle. Southern Baghdad." The masked commander says that Abu Umar al-Baghdadi, ISI's emir, informed the commander of the Aishah brigade that he wanted them "to capture Americans." He says that he and his troops want to do this to give glory to Islam.

The masked militant says: "This is the sector where the operation will take place between the two bases known as Shakir Base and Abi Ziyad Base. At midway between the two bases there is a checkpoint. We managed to lure the Americans to a weak checkpoint in this away, thanks to God Almighty's help, in this place. We lured two U.S. vehicles, thanks to Almighty God's help, approximately 1.5 kilometers away from Shakir Base north of the checkpoint, and approximately 900 meters to the south of the checkpoint where Abi Ziyad Base is situated. We set the time, thanks be to God, for the raid, a qualitative operation which is considered one of the martyrdom operations in which blood is sacrificed with God's grace. The plan entails that there will be no engagement in fight, but there will be a raid at the heart of the enemy's positions."

The man's voice fades into a short jihadist song (*nasheed*), and the voice of Abu Umar al-Baghdadi, ISI's emir, is heard saying: "We have shed the blood of many Romans, so do not fail to take your share of them, as they will leave soon and then you will regret. Fry up their flesh with booby-trapped cars, tear them apart with explosive charges, and terrorize them with sniper shots. You should know that attack is the best defense. Beware not to lay down your arms until the war ends."

After returning to the masked militant, who further recounts his plan, the video then shows a report taken from the satellite channel Al Jazeera. The report says: "In the western suburbs of al-Mahmudiyah city, five U.S. soldiers were killed and three others have disappeared, and their fate has become unknown. According to the U.S. Army, the soldiers' patrol was targeted by an ambush set by gunmen in the city, which is situated in what has become known as the 'triangle of death' due to the huge number of armed operations carried out there. For its part, the U.S. forces rushed to seal off the area, and deployed a rapid response force and conducted raid-and-search operations in search of the missing soldiers, according to U.S. commanders.'

Al Jazeera's report includes statements from Gen. William Caldwell, who says that the attack resulted in the deaths of five soldiers, and that three others were reported missing during the clashes.

The video then shows some of the mujahedin's "spoils of war" that they took from the Americans. These include credit cards, machine guns, U.S. dollars, documents, and guns. The video shows IDs of the U.S. soldiers: Byron Wayne Fouty and Alex Ramon Jiménez, with a caption in Arabic on top, which translates to: "Bush caused the death of your prisoners."

Similar to the statements described above, the video includes many hallmarks of an ISI production. The video opens with the ISI logo, and is attributed to the Al-Furqan Media Foundation. The video makes explicit reference ISI's emir, Abu Umar al-Baghdadi, and suggests that the inspiration for this attack originated with him. Additionally, it is worth noting that this video reinforces the validity of the previous claims of responsibility put forth in the statements issued on May 13 and 14. In addition to claiming responsibility for the soldiers' deaths, by depicting the planning stage of the attack and outlining how the U.S. did not heed ISI's warning (the May 14 message), ISI reiterates and emphasizes its



*The logo of the Al-Furqan Media Foundation.*

responsibility for the operation.

In sum, I conclude that ISI was responsible for the deaths of Byron Wayne Fouty and Alex Ramon Jiménez based on the following:

- *MKI's involvement.* The attack was conceptualized and carried out by Mohammed Khalil Ibrahim (MKI), a known ISI element. While there is ambiguity about whether he carried out the attack on behalf of ISI, the two Americans soon ended up in ISI's custody. A powerful organization like ISI was better able to absorb the intense U.S. manhunt for the two captured soldiers.

- *The May 13, 2007 statement.* ISI claimed responsibility for Fouty and Jiménez's abduction in a statement issued on May 13, 2007. The Islamic State of Iraq's Ministry of Information was the signatory of the statement, and it was distributed on al-Firdaw's Forum, a prominent site known for the dissemination of jihadist content and publicly endorsed by al-Qaeda's al-Fajr Media Center.

- *The May 14, 2007 statement.* ISI claimed responsibility for Fouty and Jiménez's abduction in a second statement on May 14, 2007. The statement featured the ISI logo, and was attributed to ISI's propaganda outlet, al-Furqan Media Foundation. The Islamic State of Iraq's Ministry of Information was the signatory of the statement. The statement was distributed on World News Network, another prominent site known for its dissemination of jihadist content and publicly endorsed by al-Qaeda's al-Fajr Media Center.

- *Dulaymi's interview with a London-based media outlet.* ISI's responsibility was further established by ISI leader Abu al-Harith al-Dulaymi's interview with London's Quds Press, in which he implicitly confirmed ISI's responsibility for the attack.

- *The June 4, 2007 video.* ISI claimed responsibility for Fouty and Jiménez's murder in a video released on June 4, 2007. The video is branded with ISI's logo, as well as the logo of ISI propaganda outlet al-Furqan Media Foundation. ISI distributed the video online through the World News Network, a site known for disseminating official statements and content from jihadist groups, and specifically endorsed by al-Qaeda's al-Fajr Media Center. The video makes explicit reference to the orders of ISI emir Abu Umar al-Baghdadi as inspiration for the operation, and refers back to the two aforementioned ISI statements claiming responsibility for the abduction.

- *Location of Fouty and Jiménez's IDs.* U.S. forces recovered Fouty and Jiménez's IDs in an ISI safe house.

- *Identification of the location of Fouty and Jiménez's bodies.* Sami Ali Salman al-Janabi, a member of ISI, connected U.S. forces with the individual associated with his organization who had moved, and could lead Coalition forces to, the remains of Fouty and Jiménez.

## VI.    ISI's Torture of Byron Wayne Fouty and Alex Ramon Jiménez

Based on publicly available information about the treatment of captives by the Zarqawi organization—including ISI and forerunners that bore different names—it is my expert opinion that Byron Wayne Fouty and Alex Ramon Jiménez were tortured prior to being killed. This conclusion is consistent with contemporaneous news accounts. According to a 2009 report by NBC, the autopsy taken of the two men revealed evidence of torture prior to death:

> The one-page autopsy report and its four-page supplement offer clues that the 19-year-old may have been beaten and dismembered before he and 25-year-old Staff Sergeant Alex R. Jimenez were killed and buried in a shallow grave. The report's last page said that Fouty's nose had been broken but had "well healed prior to death." The report also described foot bones detached from commingled remains of Fouty and Jimenez, and finger bones wrapped in a blanket. Part of a pair of handcuffs was found.[202]

The autopsy report led the Fouty family to conclude that Fouty's captors held him "for up to four months and tortured him all the way."[203] The autopsy report also aligns with the Army's AR 15-6 investigation's confirmation of Fouty's burial site.[204] According to "initial reports from the recovery site," the following items were found on July 8, 2008 at the burial site:

- Torn ACU Pants
- Full ACU Pants
- Boot
- Sock
- ACU Shirt w/ PV2 Rank Insignia, and 10th MTN SSI
- Hand cuff
- Bone fragment
- Undershirt
- Ribs & Vertebrae
- Blanket
- Multiple bone fragments
- Underwear
- Boot Sole
- Red and yellow blanket
- Desert boot
- Torn OTV
- Torn boot[205]

---

[202] "Parents of Soldier Fear He Was Tortured," NBC – Dallas Ft. Worth, July 17, 2009.

[203] Ibid.

[204] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Facts and Circumstances Surrounding Recovery of Evidence* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001820-21.

[205] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Tab 6: Facts and Circumstances Surrounding Recovery of Evidence* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001818.

The handcuffs were found to be "broken in two and very rusty."[206]

Indeed, torture of captives was a well-established *modus operandi* of ISI. Abu Musab al-Zarqawi himself introduced the routine use of torture on captives, and this practice remained popular in the organization following Zarqawi's death.[207]

*"Torture Houses"*
From as early as 2004 to as late as 2009, U.S. and coalition forces discovered a multitude of structures used by the Zarqawi to torture and execute hostages. In November 2004, one month after Zarqawi publicly aligned his network with al-Qaeda and formed AQI, multiple news outlets reported American forces' discovery of "nearly 20 buildings" in Fallujah, Iraq, believed to be where the Zarqawi organization tortured and murdered Western hostages like Kenneth Bigley, Jack Hensley, and Olin Eugene "Jack" Armstrong.[208] According to a *New York Times* report, in addition to torture instruments like "shackles, handcuffs, … bayonets, and knives encrusted with blood," American forces found a black banner with "The organization of One God and Jihad" written in yellow.[209] The banner, adorned with the name used by the Zarqawi organization prior to its formal allegiance with al-Qaeda, repeatedly served as the backdrop for execution videos carried out by the Zarqawi organization. Describing the buildings to the press as "atrocity sites," U.S. Marine intelligence officer Maj. Jim West detailed how victims had been mutilated and killed at these locations, and showed reporters "photographs of bloodstained walls and floors."[210] The *New York Times* describes an alcove under a staircase in one of the houses believed by U.S. officials to be used for interrogation and torture. According to the report, the alcove's walls were "stained with a dark substance, with two large nails sticking out."[211]

American and coalition forces found more of these kinds of houses houses between 2004 and 2010 that were used by ISI. For example, during an offensive against ISI in Baquba, Iraq, U.S. forces freed 42 Iraqis who had been imprisoned and tortured by ISI in one of the multiple torture houses that the group had established in the area.[212] U.S. Brigadier General Mick Bednarek described one such house as trailed with blood, and noted that it contained saws, drills, knives, and weapons.[213] A couple of months later, American forces discovered an ISI "execution room" in Arab Jabour. In a statement to the press, U.S. Army officials explained the clues that led them to conclude that the site had been used for torture and executions. Troops had discovered "a decapitated head, body parts, and bones in the area" as well as "blood spattered on the walls" and "other clues" inside the building.

In December 2007, coalition forces discovered another ISI torture complex near a mass grave site.[214] CNN reported that the bloodstained torture house was adorned with graffiti that read "Long Live the

[206] Department of the Army, Headquarters, Multi-National Division-Center, 10th Mountain Division (Light Infantry), *Tab 6: Facts and Circumstances Surrounding Recovery of Evidence* in *AR 15-6 Investigating Officer's Report: MISCAP Recovery Operations 8-9 July 2008* (August 7, 2008), p. 001821.
[207] See Stanley McChrystal et al., *Team of Teams: New Rules of Engagement for a Complex World* (New York: Penguin Publishing Group, 2015), p. 23 (describing Zarqawi's institutionalization of torture).
[208] Robert F. Worth, "Clues on Hostages Emerge From Houses in Fallujah," *New York Times*, November 22, 2004; Toby Harnden, "U.S. Troops Find House with 'Bigley Cage,'" *Telegraph* (London), November 23, 2004.
[209] Worth, "Clues on Hostages Emerge From Houses in Fallujah."
[210] Harnden, "U.S. Troops Find House with 'Bigley Cage.'"
[211] Worth, "Clues on Hostages Emerge From Houses in Fallujah."
[212] Col. Joel D. Rayburn & Col. Frank K. Sobchak, *The U.S. Army in the Iraq War – Volume 2: Surge and Withdrawal, 2007 – 2011* (Carlisle Barracks, PA: United States Army War College Press, 2019), p. 200.
[213] Alister Bull, "U.S. Offensive Faces Resistance in Iraq," Reuters, June 21, 2007.
[214] "Torture House, Mass Graves Discovered in Iraq," CNN, December 20, 2007.

Islamic State," and contained "chains hanging from walls and ceilings and a bed connected to an electrical system." Additionally, coalition forces recovered "rubber hoses and boxing gloves, a ski mask and a blood-covered sword and knives."[215] A few months later, U.S. forces destroyed another ISI torture complex. An article published by Air Forces Central Public Affairs explains:

> The compound consisted of three buildings along with several small shelters near the back of the compound. The facilities had been used for torture, with handcuffs hooked to the walls with bare wires plugged into outlets nearby. Several of the walls were blood splattered. There were also several interrogation manuals Soldiers found when they captured the compound.[216]

Two more ISI torture houses were discovered in Baghdad in January 2008.[217] Another such site was discovered a few months later in Zambraniyah.[218] In August 2009, CNN reported on the discovery of yet another torture house where ISI had brutally tortured and killed its victims. According to the report, the floor of the "bunker" was found "littered with bodies" that had been "left to rot or be eaten by animals."[219]

<u>Prior Cases of ISI Torturing and Executing Western Hostages</u>
While the existence of a plethora of sites dedicated to torture and execution demonstrates the widespread institutionalization of such practices throughout the Zarqawi organization, an examination of the cases of other Western hostages held by the Zarqawi organization further illustrates its routine practice of torturing hostages. For example, in 2009 the United States District Court for the District of Columbia determined that the method by which the Zarqawi organization executed Jack Hensley and Olin Eugene "Jack" Armstrong in 2004 indicated that the group *de facto* tortured both men. According to the judgment, both men were executed in an extremely inhumane manner that could have only been intended to cause the most pain:

> These decapitations were so awful because, anatomically, it is almost impossible to decapitate someone quickly with the tool and technique used by Zarqawi's terrorists… The technique and instrument involved the "greatest amount of pain and trauma to that individual because you have multiple actions that are actually tearing at the tissues as the head is being wrenched around and trying to separate."[220]

American hostages Nicholas Berg, Kenneth Bigley and Keith Matthew Maupin were also tortured by the Zarqawi organization in 2004. Bigley and Berg were killed in a similar manner to Hensley and Armstrong, and were thus subjected to the same merciless and excruciating violence in their final moments of life.[221] In November 2016, Dr. Craig Mallak, the Armed Forces Medical Examiner at the

[215] Ibid.
[216] Tech. Sgt. Joel Langton, "B-1B Destroys al-Qaida Torture Compound in Iraq," Air Forces Central Public Affairs, March 11, 2008.
[217] "U.S. Warplanes Flatten 'Safe Havens' in Iraq," Associated Press, January 10, 2008 (noting that an air raid "was followed by a ground attack that led to 12 arrests and the discovery of two houses used to torture kidnap victims, according to an Iraqi army officer").
[218] "Iraq Ops Leave 10 Terrorists Killed, 16 Captured," American Force Press Service, March 7, 2008 (noting that the "Sons of Iraq led coalition forces to an al Qaeda in Iraq torture house and prison in northern Zambraniyah").
[219] Arwa Damon, "Inside al Qaeda Underground Torture Bunkers," CNN, August 25, 2009.
[220] Memorandum Opinion, *Gates v. Syrian Arab Republic*, No. 06-1500 (D.D.C., September 26, 2008).
[221] "Bigley Beheaded on Video – Witness," *News24*, October 8, 2004.

time of Maupin's death, testified that Maupin "suffered mental torture." Dr. Mallak said that he had "[n]o doubt that at some point there was physical torture, … just based on my experience with all these cases."[222]

One year before the kidnapping and murder of Fouty and Jiménez, the Zarqawi organization kidnapped, tortured, and brutally murdered two U.S. soldiers, Kristian Menchaca and Thomas Tucker, in the same area of Iraq. In a 2017 Memorandum Opinion issued by the United States District Court for the District of Columbia in *Foley v. Syrian Arab Republic*, the court determined that the Zarqawi organization viciously tortured Menchaca prior to his death. The opinion summarizes the aforementioned Dr. Mallak's testimony:

> [P]rior to his death, Menchaca had his tongue cut out and his right eye removed with a sharp instrument. Also prior to his death, Menchaca suffered a blunt force injury to his face that tore a four inch-by-four inch hole in his cheek and shattered his jaw, was violently strangled, and kicked in the back with "enormous amounts of force." Finally, Menchaca's body demonstrated injuries consistent with being dragged over a very rough surface, doused with a flammable liquid and set on fire. Menchaca was tortured and suffered an enormous amount of pain and suffering before his death.[223]

According to Dr. Mallak, the militants' treatment of Menchaca went "beyond torture." He testified that

> this is definitely torture, but it wasn't just—it was total disregard for PFC Menchaca for his pain and his suffering, but it was also in a time of social media and placed for the whole world to see to terrorize an entire nation, bring incredible pain and suffering to his family, and go well beyond just total disregard for PFC Menchaca.[224]

Though Thomas Tucker was not represented in the aforementioned legal case, evidence indicates that the Zarqawi organization showed a similar disregard for his pain and suffering, subjecting him to similarly brutal torture prior to killing him.[225]

*Torture Manual*

In addition, U.S. forces discovered a manual specifically dedicated to providing instruction for torture in an ISI safe house in May 2007. The images, depicted in an exclusive CNN report, featured gruesome illustrations of torturous treatment. One image shows an individual hanging upside down while being whipped. Another depicts a drill penetrating the hand of victim. Other images show atrocities like a torturer using a blowtorch on a victim's skin or a victim "suspended from the ceiling and electrocuted."

---

[222] Transcript of Liability Hearing, *Foley v. Syrian Arab Republic*, No. 11-699 (D.D.C., November 17, 2016), p. 13; see also Memorandum Opinion, *Foley v. Syrian Arab Republic*, No. 11-699 (D.D.C., April 13, 2017), p. 16.
[223] Memorandum Opinion, *Foley v. Syrian Arab Republic*, 11-699 (D.D.C., April 13, 2017), pp. 17-18 (citations omitted from passage).
[224] Transcript of Liability Hearing, *Foley v. Syrian Arab Republic*, No. 11-699 (D.D.C., November 17, 2016), pp. 39-40.
[225] Edward Wong, "Insurgent Group Posts Video of 2 Mutilated U.S. Soldiers," *New York Times,* July 10, 2006.

In a statement aired by CNN, Major General William Caldwell explained: "They made it in a cartoon manner so that no matter what your literacy rate or what nationality you are, all you've got to do is look at this picture to understand how to conduct torture of innocent people."

Along with the manual, the U.S. military also released images of some of the injuries of the Iraqi torture victims, whom American forces were subsequently able to rescue from other safe houses. When describing some of these victims, Caldwell recalled "a thirteen-year-old boy that literally had been tortured, electrocuted, whipped, [and] beat, by these al-Qaeda terrorists."[226]



*An image that appeared in al-Qaeda's "torture manual."*

In sum, I conclude that Byron Wayne Fouty and Alex Ramon Jiménez, were more than likely tortured by ISI prior to their deaths based on the following:

- The state of both bodies, as discovered by U.S. forces, suggests that they were tortured.

- Coalition forces discovered a multitude of facilities utilized by the Zarqawi organization from 2004 to as late as 2009 to torture and brutalize hostages. These facilities show that torture was one of the group's common methods.

- The cases of other western hostages held by the Zarqawi organization—including Nicholas Berg, Kenneth Bigley, Jack Hensley, Olin Eugene "Jack" Armstrong, Keith Matthew Maupin, Kristian Menchaca, and Thomas Tucker—further demonstrate the common practice of torturing Western hostages.

- U.S. forces discovered a manual specifically dedicated to providing instruction for torture.

## VII.   The Zarqawi Organization's Use of Beheadings

A key component of the Zarqawi organization's method of spreading terror was its routine practice of beheading its captives. The group became notorious for performing, and often filming, beheadings throughout the 2000s, both prior to and contemporaneous with the 2007 deaths of Alex Ramon Jiménez and Byron Wayne Fouty. Victims typically included foreigners and local Iraqis accused of collaborating with American and Coalition forces.

*The Zarqawi Organization's Use of Beheadings: A Brief History.* In May 2004, Zarqawi personally beheaded Nicholas Berg, an American freelance communications contractor.[227] The Zarqawi organization released a video of the beheading, which was subsequently posted to a website known to act as a

---

[226] See video at https://www.youtube.com/watch?v=3SWO-JiM3bQ.
[227] Steven T. Zech and Zane M. Kelly, "Off with Their Heads: The Islamic State and Civilian Beheadings," *Journal of Terrorism Research* 6:2 (2015), p. 85.

"clearinghouse" for content created by al-Qaeda and other jihadist groups.[228] In the video, Berg wears an orange jumpsuit, similar to those worn by inmates at the Guantánamo Bay detention facility. Standing behind him are five black-clad militants. One of the captors steps forward and holds a large knife to Berg's neck, then beheads him. Berg was the first American in Iraq to be beheaded on camera by the Zarqawi organization, but he would not be the last.

In June 2004, just a month after Berg's murder, the Zarqawi organization beheaded Kim Sun-il, a South Korean translator working for a company that provided supplies to the U.S. military.[229] After capturing Kim, the Zarqawi organization tried to negotiate with the South Korean government, threatening to kill Kim if South Korea refused to withdraw their troops from Iraq and cancel a scheduled troop deployment.[230] South Korea rejected these demands, and the Zarqawi organization subsequently released a video of Kim's beheading, which bears several similarities to the Berg video. For example, the video shows Kim on the ground in front of masked insurgents who claim responsibility for Berg's beheading. Like Berg, Kim is seen wearing an orange jumpsuit. One of Kim's captors reads a statement addressing the South Korean people: "We warned you…. Your soldiers here are not for the sake of Iraqis, but they are here for the cursed America." Kim's beheaded body was later found west of Baghdad by U.S. military police, who concluded it had been thrown from a car.[231]

In late June 2004, the same month Kim Sun-il was beheaded, the Zarqawi organization abducted two Bulgarian truck drivers, Georgi Lazov and Ivaylo Kepov, in Mosul.[232] Shortly after their abduction, the organization released a video showing Lazov and Kepov kneeling at the feet of their captors. As intended, this imagery incited criticism in Bulgaria of the government's decision to contribute forces to the Coalition in Iraq.[233] On July 14, 2004, Lazov's decapitated body was found in the Tigris River.[234] That same day, Al Jazeera received a video showing the decapitation of one of the two Bulgarians, presumably Lazov.[235] The video warned that if America did not release all Iraqis detainees held by U.S. forces in the next 24 hours, the militants would behead Ivaylo Kepov as well. Kepov's decapitated body was found in the Tigris River on July 22.[236]

In September 2004, the Zarqawi organization beheaded two more Americans, Olin Eugene Armstrong and Jack Hensley, and one Briton, Kenneth Bigley. The men were captured in Iraq while working on development projects for a company based in the United Arab Emirates.[237] On September 18, Al Jazeera broadcast a video of the three captives, in which the Zarqawi organization declared that the U.S. and U.K. governments had 48 hours to release Muslim women allegedly held in Iraqi prisons, or they would begin beheading the hostages.[238] Two days later, on September 20, the group released a video of Armstrong's beheading. In the video, the Zarqawi organization said it ws giving the U.S. and U.K. governments 24 hours to release Muslim women from Iraqi prisons before they would behead another hostage. Two days later, on September 22, Jack Hensley's decapitated body was found by

[228] Brian Whitake and Luke Harding, "American Beheaded in Revenge for Torture," *The Guardian* (London), May 12, 2004.
[229] "Pentagon: South Korean Hostage Beheaded," CNN, June 23, 2004.
[230] Peter Hong & Barbara Demick, "South Korean Held in Iraq is Beheaded," *Los Angeles Times*, June 23, 2004.
[231] "Pentagon: South Korean Hostage Beheaded," CNN, June 23, 2004.
[232] "Beheading of 2nd Bulgarian Captive Confirmed," *NBC News*, August 11, 2004.
[233] Ibid.
[234] Ibid.
[235] "Beheaded Body Found in Northern Iraq," CNN, July 22, 2004.
[236] "Beheading of 2nd Bulgarian Captive Confirmed," *NBC News*, August 11, 2004
[237] "Body of Slain American Hostage Found," CNN, September 22, 2004.
[238] The video is described in ibid.

Iraqi police.[239] The same day, the Zarqawi organization released a video of the British hostage Kenneth Bigley pleading with Prime Minister Tony Blair to intervene to save his life.[240] On Friday, October 8, the Zarqawi organization released a video of Bigley's beheading.

In 2006, the Zarqawi organization (then known as the Mujahedin Shura Council) kidnapped and murdered four Russian diplomatic employees, beheading three and shooting one. The Russians were captured when Zarqawi organization assailants attacked a car belonging to the Russian Embassy in Iraq. The original attack resulted in the death of an additional Russian embassy employee.[241] Like the murders of Berg and Kim, the Zarqawi organization filmed the diplomats' executions. A video was later released online that showed one of the Russians being beheaded, one being shot in the head, and the dead body of another, previously decapitated. The Zarqawi organization made a later statement after the release of the video calling for Russia to withdraw its troops from Chechnya and to release Chechen prisoners.[242]

In addition to foreigners, the Zarqawi organization also beheaded local Iraqis whom the group accused of collaborating with Coalition forces. On September 28, 2004, Fadhel Ibrahim and Firas Emeil, rumored to be Iraqi intelligence officers, were abducted in Baghdad.[243] Two weeks later, a Zarqawi-affiliated organization, the Brigades of Abu Bakr al-Sidiq, released a video of Ibrahim and Imeil advising other Iraqis to quit their jobs in Iraqi intelligence, police, or the Iraqi national guard. Both men were subsequently beheaded.[244]

*Why Beheadings?* Zarqawi was known for his sadistic brutality, but there were also other rationales driving his organization's employment of this practice. Since the Zarqawi organization had adopted a salafi jihadist worldview, it is unsurprising that the group and its supporters could offer an array of theological and ideological justifications for the beheading of captives.[245] Slaughtering hostages in this manner also served several strategic purposes.

The first strategic purpose was that, by beheading citizens of countries that contributed to the Coalition, the organization tried to extract concessions from Coalition forces, or generate the kind of public pressure that could cause the governments to withdraw from Iraq. In the case of Georgi Lazov, Ivaylo Kepov, and Kim Sun-il's beheadings, the Zarqawi organization called on the Bulgarian and South Korean governments, respectively, to withdraw from Iraq. Not only did the Zarqawi organization demonstrate that these governments were unable to protect their citizens in Iraq, but these executions had the potential to cause horrified citizens to oppose their governments' involvement in the Iraq conflict.

A second strategic purpose was that, by targeting employees of private companies involved in the reconstruction of Iraq, such as truck drivers and construction workers, the Zarqawi organization

---

[239] Ibid.

[240] Ibid.

[241] "Putin Orders Diplomats' Killers 'Destroyed,'" CNN, June 29, 2006.

[242] Ibid.

[243] Ronald H. Jones, *Terrorist Beheadings: Cultural and Strategic Implications* (Carlisle, PA: Strategic Studies Institute, U.S. Army War College, 2005), p. 7.

[244] Ibid.

[245] These justifications are discussed in, *e.g.*, Nir Rosen, "Thinking Like a Jihadist: Iraq's Jordanian Connection," *World Policy Journal* 23:1 (2006).

sought to deter private companies and governments from investing in Iraq's reconstruction, and to deter foreign workers from contributing to these efforts.

And a third strategic purpose was that, by beheading Iraqis who aided the government of Iraq, the Zarqawi organization sent a message that local Iraqis should not work with the Coalition or the Iraqi government. These efforts could both have a deterrent effect and also force the Iraqi government to pay a "risk premium" for those assisting or doing business with it. Overall, the practice of beheadings and use of beheading videos played an important role in the Zarqawi organization's efforts to soften the resolve of its enemies, be they local Iraqis, private companies, or foreign governments.[246]

While the Zarqawi organization frequently captured beheadings on tape, not all were released publicly. In 2008, the United States received a trove of al-Qaeda documents and videos from its allies in the *Sahwa* ("awakening") movement. This trove, in addition to outlining the Zarqawi organization's internal structure and battle plans, included 80 execution videos, predominantly beheadings, that had never been released online.[247] A senior U.S. intelligence analyst told CNN that the unreleased videos likely served as a kind of progress report: The Zarqawi organization likely showed these videos to senior al-Qaeda members in order to advocate for increased funding and support.[248]

## CONCLUSION

Thus, relying upon substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- Despite its various name changes (including Jamaat al-Tawhid wal-Jihad, al-Qaeda in Iraq, Majlis Shura al-Mujahedin, and the Islamic State of Iraq), there was continuity within the Zarqawi organization, including in the renamed iterations that emerged after Abu Musab al-Zarqawi's death. From 1999-2008, the Zarqawi organization can be characterized by continuity, and should be considered a single continuous organization.

- The evidence overwhelmingly demonstrates that the Islamic State of Iraq (which is the name that the Zarqawi organization employed at the time of the incident) was responsible for killing Byron Wayne Fouty and Alex Ramon Jiménez.

- Based on the well-established practices of the Islamic State of Iraq/Zarqawi organization, it is more likely than not that Fouty and Jiménez were tortured during their time in captivity.

- The Zarqawi organization had a common, well-established, and ongoing practice of beheading its captives.

- From 2000-08, the Syrian Arab Republic engaged in significant explicit and tacit support for the Zarqawi organization. It is more likely than not that, absent the support of the Syrian Arab

---

[246] Steven T. Zech & Zane M. Kelly, "Off With Their Heads: The Islamic State and Civilian Beheadings," *Journal of Terrorism Research,* 6:2 (2015), p. 86.
[247] Michael Ware, "Papers Give Peek Inside al-Qaeda," CNN, June 11, 2008.
[248] Ibid.

Republic, Fouty and Jiménez could not have been kidnapped, held, tortured, and killed in the manner that they were.

I declare the foregoing under the penalty of perjury:

_____

Daveed Gartenstein-Ross, Ph.D.